```
1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2
     * * * * * * * * * * * * * * *    )
3    UNITED STATES OF AMERICA,        )      Criminal Action
                                      )       No. 21-00037
4                   Plaintiff,        )
                                      )      MORNING SESSION
5      vs.                            )
                                      )
6    TIMOTHY LOUIS HALE-CUSANELLI,    )      Washington, D.C.
                                      )      May 26, 2022
7                   Defendant.        )      9:18 a.m.
                                      )
8    * * * * * * * * * * * * * * *    )

9

10                   TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE TREVOR N. McFADDEN,
11                  UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   FOR THE GOVERNMENT:      KAREN P. SEIFERT, ESQ.
                              KATHRYN E. FIFIELD, ESQ.
15                            UNITED STATES ATTORNEY'S OFFICE
                                FOR THE DISTRICT OF COLUMBIA
16                            555 Fourth Street, Northwest
                              Eleventh Floor
17                            Washington, D.C. 20530

18
     FOR THE DEFENDANT:       JONATHAN W. CRISP, ESQ.
19                            CRISP AND ASSOCIATES, LLC
                              4031 North Front Street
20                            Harrisburg, Pennsylvania 17110

21
     REPORTED BY:             LISA EDWARDS, RDR, CRR
22                            Official Court Reporter
                              United States District Court for the
23                              District of Columbia
                              333 Constitution Avenue, Northwest
24                            Room 6706
                              Washington, D.C. 20001
25                            (202) 354-3269
```

1                        I N D E X

2

3                               Direct      Cross        Red.

4

WITNESSES FOR THE GOVERNMENT:

5

Paul Wade                      830

6

7

8     WITNESSES FOR THE DEFENDANT:

9     Timothy Hale-Cusanelli        856       897

10

11

EXHIBITS RECEIVED IN EVIDENCE                        PAGE

12

13    Government's Exhibit Nos. 451, 452 & 511            833

14    Government's Exhibit No. 605-B                      849

15    Government's Exhibit No. 110-T                      913

16

17

18

19

20

21

22

23

24

25

 1              THE COURT:  Good morning.

 2              THE COURTROOM DEPUTY:  This is Criminal Case

 3      21-37, the United States of America versus Timothy

 4      Hale-Cusanelli.

 5              Counsel, please come forward to identify

 6      yourselves for the record, starting with the Government.

 7              MS. FIFIELD:  Good morning, your Honor.  Kathryn

 8      Fifield on behalf of the United States.

 9              My co-counsel is Karen Seifert, AUSA.  And she

10      will be joining us shortly.  She arranged childcare based on

11      the 9:30 call.  She's on her way.

12              THE COURT:  Good morning, Ms. Fifield.

13              MR. CRISP:  Good morning, your Honor.  Jonathan

14      Crisp on behalf of Timothy Hale-Cusanelli.

15              THE COURT:  Good morning, gentlemen.

16              I wanted to talk about final jury instructions.

17              I received an email last night from defense

18      requesting that the instruction on disorderly or disruptive

19      conduct in a Capitol building, when we define the term

20      "United States Capitol buildings," we say "includes, but is

21      not limited to, the United States Capitol."

22              Any objection to that, Ms. Fifield?

23              MS. FIFIELD:  No objection.

24              THE COURT:  So I will add that.

25              Also, on 2501, Mr. Crisp suggests striking any

1    references to firearms, magazines or ammunition.  So I would

2    strike that reference in the first sentence and then strike

3    the second paragraph altogether.

4            Does that make sense to you, Ms. Fifield?

5            MS. FIFIELD:  I'm sorry, your Honor.  Could you

6    specify which page of the instructions?

7            THE COURT:  It looks like 43, 2.501.  It's near

8    the end.  It doesn't look like all of these have page

9    numbers for some reason.

10           MS. FIFIELD:  Do you mind repeating for me the

11   exact edits you want to make?

12           THE COURT:  Yes.  In the first sentence, I'd just

13   end the sentence after "admitted into evidence."  And then

14   I'd strike the second paragraph altogether.

15           MS. FIFIELD:  Yes.  That's fine for the

16   Government.

17           THE COURT:  That's what you had in mind.  Right,

18   Mr. Crisp?

19           MR. CRISP:  It is, your Honor.  Thank you.

20           THE COURT:  And then the only other point was just

21   a typo on the proof of state of mind.  We had "intention"

22   rather than "intentionally."  So we'll fix that.

23           So, Mr. Crisp, I wanted to go back, make sure

24   you're not seeking a limiting instruction on what we heard

25   yesterday.

1              MR. CRISP:  Should I approach the podium?

2              THE COURT:  Sure.

3              MR. CRISP:  I do -- actually, as you say that, I

4    think it would be appropriate -- and I would request it if

5    it's not going to be terribly problematic -- to insert at

6    this point for the limited purpose of and narrowing down the

7    purpose behind what the Court's ruling was.

8              THE COURT:  Are you suggesting I give that now or

9    during final jury instructions?

10             MR. CRISP:  Closing would be appropriate, because

11   I think it would be sort of odd inserting it now when it

12   wouldn't be necessarily part of the timeline related to what

13   just happened.

14             THE COURT:  So I know you all had originally had

15   an "other crimes" instruction that I thought I would take

16   out.  Let me ask you two just to kind of see if you can come

17   up with language that makes sense rather than us trying to

18   do it on the fly here.

19             MR. CRISP:  Just so I'm clear, a limiting

20   instruction as to which specific language that we are taking

21   about that came in?  Because I don't want to be overbroad in

22   what we were looking at.

23             THE COURT:  Sorry.  I didn't hear that.

24             MR. CRISP:  Which specific language are we

25   referencing as part of this limiting instruction?  What was

```
 1    part of the Court's 404 or 403 ruling?

 2              THE COURT:  That's what I had in mind.

 3              MR. CRISP:  I just want to make sure.

 4              THE COURT:  You suggest instructions to me.  I'm

 5    not going to do it the other way around.

 6              MR. CRISP:  No, no, no.  I was talking about what

 7    it would apply to.  Because what the Court's intent was when

 8    you asked, am I seeking that --

 9              And, Ms. Fifield, do you agree it would pertain to

10    what we're talking about in terms of the --

11              MS. FIFIELD:  I want to make sure I'm tracking.

12    Are you asking the Court to include in the instruction

13    references to specific statements that have been introduced?

14              MR. CRISP:  I would make it and suggest it be

15    broader than "any references to."  This is where I was

16    seeking guidance from the Court.  "Any references to any

17    offensive language" is not designed or -- I'm trying to

18    think of that --

19              THE COURT:  I think you all should work on this.

20              MS. FIFIELD:  Understood.

21              THE COURT:  But generally, I wouldn't plan to go

22    back and repeat various statements.

23              MR. CRISP:  Right.

24              THE COURT:  I'm not interested in doing that.

25              MR. CRISP:  Correct.
```

```
 1              THE COURT:  Some sort of pointing to:  You've
 2   heard references to alleged statements that may be vulgar,
 3   offensive, what have you.  I direct you that you should only
 4   take those into account in considering whether the
 5   Government has proved intent behind obstruction or something
 6   like that.  That's kind of what I generally have in mind.
 7              But you all take a look at the Red Book, think
 8   about what makes sense and we can chat about that later.
 9              MS. FIFIELD:  Understood, your Honor.
10              MR. CRISP:  Thank you.
11              THE COURT:  Mr. Crisp, are you going to be
12   requesting a defense theory-of-the-case instruction?
13              MR. CRISP:  Yes, Judge.
14              THE COURT:  So if you can get that to me --
15              MR. CRISP:  Yes, your Honor.
16              THE COURT:  -- pretty quickly.
17              MR. CRISP:  Yes, your Honor.
18              THE COURT:  And then I don't know if your client
19   has made a decision about whether or not to testify.  But I
20   would --
21              MR. CRISP:  He will be.
22              THE COURT:  He will be testifying?
23              MR. CRISP:  Yes, sir.
24              THE COURT:  Well, then, I don't need to include
25   that instruction.
```

1          MR. CRISP:  You had that.  And honestly, we went

2     back and forth for a long time.  I wasn't 100 percent.  But

3     we've gone back and forth.  But yes.  He would be.

4          I've talked to the Government about exhibits we

5     will be playing through him, and I made reference to the

6     clerk in terms of how we get them to the Court.  I do have a

7     thumb drive that I will have dedicated for the Court for

8     purposes of getting it back to the jury, if necessary.

9          THE COURT:  Great.

10         Anything else we should talk about in the last --

11    before the jury comes in?

12         MR. CRISP:  No, your Honor.  Thank you.

13         THE COURT:  Ms. Fifield?

14         MS. FIFIELD:  No, your Honor.

15         THE COURT:  Great.  So we've got a few minutes.

16    You all can chat about that instruction or whatever else.

17    We'll bring the jury in.

18         Ms. Fifield, if you can have your last witness

19    ready for 9:30.

20         (Thereupon a recess was taken, after which the

21    following proceedings were had:)

22         THE COURT:  Folks, my law clerk pointed out to me

23    there is actually a Red Book instruction for when the

24    Defendant does testify.  Is either party seeking that?

25         Mr. Crisp?

1          MR. CRISP:  No, your Honor.

2          THE COURT:  And Mr. Seifert?  It's 2.208, I think.

3          THE LAW CLERK:  2.209.

4          THE COURT:  2.209.

5          MR. CRISP:  A brief indulgence, your Honor.

6          Your Honor, I generally am aware of the

7     instruction, I think, from other courts.  But may I see -- I

8     don't have 2.209 specifically.

9          THE LAW CLERK:  (Tenders document to counsel.)

10          MR. CRISP:  Thank you.

11          MS. SEIFERT:  The Government's position is it's

12     whatever Defendant wants, your Honor.

13          THE COURT:  I missed that.

14          MS. SEIFERT:  The Government's position is that

15     it's whatever Defendant wants.  If Defendant wants it, it

16     should be in.

17          THE COURT:  Thanks.  So we will keep it out.

18          So you all know, it sounds like we're missing a

19     juror.  That's what we're working on.

20          MS. SEIFERT:  Since we are waiting on a juror,

21     your Honor, might I suggest that -- is the Court going to do

22     the inquiry of Defendant?  Or is it too soon to do that

23     since the Government has not yet rested?

24          THE COURT:  It sounds like he's going to testify,

25     so I don't think I need to.  Is that -- am I forgetting

1    that?

2              MS. SEIFERT:  I've seen it done both ways, even if

3    he does testify, that the Court still advise him about his

4    right not to testify.  But whatever your Honor wants to do.

5    And frankly, whatever defense wants to do.

6              THE COURT:  I'll take a look at my cheat sheet.

7              I think my practice is not to advise someone who

8    intends to testify unless, Mr. Crisp, you're requesting that

9    I do.

10              MR. CRISP:  No, your Honor.

11              THE COURT:  Is your witness here in the courtroom?

12              SPECIAL AGENT GOLT:  (Indicates.)

13              THE COURT:  Great.  We've got the last juror and

14    we are fishing him out of line.

15              (Thereupon, the witness entered the courtroom and

16    the following proceedings were had:)

17              THE COURT:  Sir, you can take a seat right on the

18    bench there.

19              THE COURTROOM DEPUTY:  Jury panel.

20              (Whereupon, the jury entered the courtroom at 9:39

21    a.m. and the following proceedings were had:)

22              THE COURT:  Welcome back, ladies and gentlemen.  I

23    hope you all had a good evening.  We're making good progress

24    on the case.

25              Please have a seat.

```
 1                I'll ask the Government to call its next witness.
 2                MS. SEIFERT:  The United States calls Secret
 3     Service Officer Paul Wade to the stand -- excuse me; special
 4     agent -- to the stand.
 5                THE COURT:  Agent Wade, if you could come over
 6     here.  Remain standing for a moment, sir.
 7                PAUL WADE, GOVERNMENT WITNESS, SWORN.
 8                          DIRECT EXAMINATION
 9     BY MS. SEIFERT:
10     Q.  Good morning, Agent Wade.
11     A.  Good morning.
12     Q.  Could you please introduce yourself to the ladies and
13     gentlemen of the jury.
14     A.  Good morning.  I'm Special Agent Paul Wade from the
15     United States Secret Service.
16     Q.  How long have you been part of the Secret Service?
17     A.  This August, it'll be 23 years.
18     Q.  23 years.  Okay.
19                And what agency is Secret Service a part of?
20     A.  What agency?
21     Q.  Yes.
22     A.  We're under the Department of Homeland Security.
23     Q.  And there's a dual mission with respect to the Secret
24     Service.  Could you tell us about that?
25     A.  Yeah.  Investigations and protection.
```

1    Q.  I want to talk to you today about the protective mission

2    of the Secret Service.  Tell us about what the protective

3    mission is focused on.

4    A.  Protecting the president, vice president and their

5    families; also, foreign heads of state that visit the United

6    States.

7    Q.  And specifically, where are you stationed currently?

8    A.  I'm assigned to the liaison division.  And my office is

9    in the U.S. Capitol Building.

10   Q.  Did you hold that same position on January 6th of 2021?

11   A.  Yes.

12   Q.  And as a liaison for the U.S. Capitol for U.S. Secret

13   Service, what was your role when it came to either foreign

14   dignitaries or the president, vice president and their

15   family visiting the U.S. Capitol?

16   A.  We primarily conduct protective visits or protective

17   advances for Secret Service protectees who are visiting the

18   Capitol.

19   Q.  When you say "advances," what does that mean?

20   A.  That is preplanning for protective events.

21   Q.  So when a protectee comes to the Capitol, are there

22   certain steps that you need to take in advance?

23   A.  Yes.

24   Q.  Would you just describe in general what those steps are?

25   A.  Well, at the Capitol, we coordinate with the U.S.

Wade - DIRECT - By Mr. Seifert

```
 1    Capitol Police and the House and Senate Sergeant At Arms
 2    offices.
 3    Q.  I'm just going to ask if you would just move your mic up
 4    a little higher.  You're so tall.  And then move slightly
 5    closer for the benefit of our jury and our court reporter.
 6    A.  Sure.
 7    Q.  Now, on January 6, 2021, was a protectee visiting the
 8    U.S. Capitol?
 9    A.  Yes.
10    Q.  If so, who?
11    A.  Yes.  Vice President Pence and his -- and Mrs. Karen
12    Pence and Charlotte Pence.
13    Q.  Is Charlotte their daughter?
14    A.  Yes.
15    Q.  All three of those individuals had protective status
16    with the Secret Service?
17    A.  Yes, they do.
18    Q.  What did you do to prepare for Vice President Pence and
19    his family's visit to the Capitol on January 6th?
20    A.  As stated, my office coordinated with the Capitol Police
21    Sergeant At Arms prior to the visit.
22    Q.  And did you do anything to submit your notification of
23    Vice President Pence's visit?
24    A.  Yeah.  Once most of the advance work is completed, we
25    send a formal notification out that kind of finalizes the
```

1    known itinerary at that time for the visit.

2              MS. SEIFERT:  And if I may have shown to the

3    witness Exhibit 511.

4              THE COURTROOM DEPUTY:  Only for the witness?

5              MS. SEIFERT:  At this time, yes.

6              I'd ask, actually, whether defense objects to the

7    movement in at this time of 511, 451 and 452.

8              THE COURT:  Any objection?

9              MR. CRISP:  No objections, Judge.

10             THE COURT:  Without objection, 511, 451 and 452

11   are in and may be published.

12             (Whereupon, Government's Exhibit Nos. 451, 452 and

13   511 were entered into evidence.)

14             MS. SEIFERT:  If we could publish 511 to the jury,

15   please.

16   BY MS. SEIFERT:

17   Q.  Is this the notification document that you sent with

18   respect to Vice President Pence's visit on January 6th?

19   A.  That was sent by one of my agents, Lanelle Hawa,

20   H-A-W-A.

21   Q.  And if we could go to Page 2 of this document, please.

22   Is this the information about Vice President Pence's

23   itinerary for that day?

24   A.  Yes.

25   Q.  And it has all the times of arrival and things of that

 1    nature?

 2    A.  Correct.  And it's the attachment for the email of the

 3    prior exhibit.

 4    Q.  Now, on the itinerary for January the 6th, how was Vice

 5    President Pence coming to the Capitol?

 6    A.  This shows at 12:30.  It says "Arrive via motorcade, MC

 7    motorcade, to Senate Carriage."

 8    Q.  What's the Senate Carriage?

 9    A.  That is the north-most steps on the U.S. Capitol

10    Building closest to Constitution Avenue.

11    Q.  And what does it mean to be the carriage entrance?

12    A.  I guess in earlier times, the congressional members,

13    senators, would arrive via horse and carriage.  And

14    therefore it retained the name, because you would go under

15    the steps, under the carriageway, for arrivals.

16    Q.  So it's that area under the steps of the Senate?

17    A.  Yes.

18    Q.  Now, on the morning of January 6, what did you do to

19    prepare for Vice President Pence's arrival?

20    A.  In that morning -- I had discussions with Lani and also

21    with Capitol Police prior to the arrival.

22    Q.  And may I show you, please, 601-A?  This has already

23    been admitted.  And do you recognize what's displayed in

24    601-A?

25    A.  Yes.

1    Q.  And what is this area?

2    A.  The red line is the perimeter established that day for

3    January 6th.

4    Q.  Did you personally inspect this perimeter or at least

5    parts of the perimeter on January 6th?

6    A.  Yes.  I had walk-throughs for the inauguration that

7    morning, so I had a group of agents.  And we were walking

8    the perimeter for posting, and I observed various parts of

9    the perimeter at that time.

10   Q.  Was the perimeter as this line is shown on the map

11   intact on the morning of January 6, 2021?

12   A.  Yes.

13   Q.  Were there any signs on the perimeter?

14   A.  There were some signs, yes, with police markings.

15   Q.  And did any of the signs indicate whether the area was

16   open or closed to the public?

17   A.  I don't remember the exact verbiage, but it would say

18   Police or -- yeah.  I don't want to speculate.  But there

19   were some signs that said Police.

20   Q.  Well, let me show you a couple of exhibits.

21        MS. SEIFERT:  601-C, please, which has been

22   admitted.

23   BY MS. SEIFERT:

24   Q.  This sign that you see in this exhibit area, "Closed,"

25   did you see any of those signs on the morning of January

```
1     6th?

2     A.  Yes.  Those were up.  Yes.

3               MS. SEIFERT:  We can take that exhibit down,

4     please.

5     BY MS. SEIFERT:

6     Q.  Let's move on to the events of January 6th itself.

7               At what time did Vice President Pence arrive at

8     the U.S. Capitol?

9     A.  Approximately 12:30.

10    Q.  And were you there to meet him?

11    A.  Yes.

12    Q.  And when Vice President Pence arrived at -- I guess you

13    said it was in the carriage entrance, where did he go?

14    A.  We went up to the second floor to the Vice President

15    Ceremonial Office.

16    Q.  And what was your role in facilitating Vice President

17    Pence and his family's movement around the U.S. Capitol on

18    January 6th?

19    A.  I was the -- as Secret Service liaison, we counterpart

20    with the vice president's detail and also the Capitol Police

21    and sergeant at arms entities at the Capitol.  So our

22    position is to coordinate with all these entities and be the

23    conduit for the vice president's protective detail.  So we

24    were -- we're their on-site Secret Service team to

25    facilitate these visits.
```

1    Q.  And the vice president's family, did they in fact come

2    with him on January 6th?

3    A.  Yes.

4    Q.  At some point, did Vice President Pence go into the

5    Senate Chamber?

6    A.  Yes.

7    Q.  And then at that time, what did you do?

8    A.  Seeing him go onto the floor, I took the family,

9    Mrs. Pence and Charlotte Pence, up to the third floor

10   gallery level.

11   Q.  And what happened after you were in the gallery for some

12   time?  Did you leave that place?

13   A.  Yes.

14   Q.  Where did you go?

15   A.  We then went down to the House gallery.

16   Q.  And when you say "we," are you referring to Mrs. Pence,

17   their daughter and yourself?

18   A.  Yes.

19   Q.  And when you escorted Mrs. Pence and Charlotte Pence to

20   the House gallery, what did you do next?

21   A.  At the House gallery, I was coordinating further with my

22   partners from the vice president's detail that were

23   Mrs. Pence's agent and the Capitol Police counterpart.  And

24   we were standing by until the House actually had an

25   objection on the floor, and then Mrs. Pence and Charlotte

1    came out of the House gallery.  At that point, we moved back

2    to the Senate.

3    Q.  And did you go to the Senate gallery?

4    A.  Yes.  At that point, we went back to the Senate gallery.

5    Q.  Just for perspective, what floor of the U.S. Capitol

6    were you on as you were traversing between the House and

7    Senate gallery?

8    A.  That's the third floor.

9    Q.  And when you returned to the Senate Chambers gallery,

10   did you go inside?

11   A.  I did not go in the gallery.  No.

12   Q.  Where did Mrs. Pence and Charlotte go?

13   A.  They went inside the Senate gallery.

14   Q.  What did you do?

15   A.  At that point, I discussed with my counterparts -- based

16   on my inauguration role, I had to retrieve some paperwork.

17   So I ensured they were briefed up on EA procedures prior to

18   going down to my office.

19             THE COURT REPORTER:  Excuse me.  Did you say EA?

20             THE WITNESS:  EA, standing for emergency action

21   procedures, prior to responding to my office in the

22   basement.

23   BY MS. SEIFERT:

24   Q.  And what are emergency action procedures in general?

25   What types of things do you talk about?

1   A.   Preplanning in the event of an incident or threat

2   towards our protectee, just having contingency planning.

3   Q.   And is that things like where you're going to go if

4   there's an emergency?

5   A.   Yes.

6   Q.   And in this instance, where did you tell Mrs. Pence and

7   Charlotte Pence's detail that they should go in the event of

8   an emergency?

9   A.   I said imminently to respond back to the Vice President

10  Ceremonial Office to join up with the vice president.

11  Q.   And Vice President Pence's ceremonial office, what floor

12  of the Capitol is that on?

13  A.   The second floor, just below the gallery.

14  Q.   Now, when you went down to the basement -- you said your

15  office was in the basement?

16  A.   Yes.

17  Q.   When you went down to the basement for your paperwork,

18  what happened?

19  A.   I was down there for a few minutes and then I heard some

20  commotion in the hallway, scurrying around.  And I looked

21  around and I saw a couple officers running.  At that point,

22  I knew there was some type of imminent situation.  So my

23  immediate thought was to get to the protectee.  So knowing

24  that I had just briefed them about where to go, that's where

25  I went first, was to respond to the second floor.

```
 1    Q.  To Vice President Pence's office?
 2    A.  Yes.
 3    Q.  And before you got -- sorry.  Let me rephrase that.
 4          When you got to the second floor, before you
 5    entered Vice President Pence's office, who did you see or
 6    speak with?
 7    A.  I encountered Lanelle Hawa.
 8    Q.  And you already identified Hawa as -- is it Ms. or
 9    Mr. Hawa?
10    A.  Ms. Hawa.  I'm a supervisor at the Capitol and over four
11    other special agents.  She was one of my employees.
12    Q.  And what conversation did you have with Ms. Hawa?
13    A.  A brief discussion of what -- the incident that was
14    occurring.  And at that time, she had notified me that there
15    were people breaching the bike racks.
16    Q.  What did you understand that to mean, "breaching the
17    bike racks"?
18    A.  That people were accessing the grounds unauthorized.
19    Q.  What, if anything, did you order to be done or did -- at
20    the time in which you knew the bike racks were being
21    breached?
22    A.  When she advised that at the east side of the Capitol in
23    particular the bike racks were breached, knowing that that's
24    where the motorcade stage is, I asked her the status of the
25    motorcade.  And then she told me they were being relocated.
```

Wade - DIRECT - By Mr. Seifert

1    So I acknowledged that and next wanted to move on to check

2    on the protectees.

3    Q.  When you say the motorcade stages, are you referring to

4    the vice president's motorcade being in that area of the

5    east front?

6    A.  Yes.

7              MS. SEIFERT:  If I could have played for the

8    witness and the jury 451, please.   This is at 1:58 and 45

9    seconds p.m., in the afternoon, on January 6th.

10             (Whereupon, segments of Government's Exhibit No.

11   451 were published in open court.)

12             MS. SEIFERT:  We can pause there.

13   BY MS. SEIFERT:

14   Q.  Special Agent, what did you see happening with the cars

15   in this video?

16   A.  That group of cars that were staged in the middle were

17   the vice president's motorcade.  And at this point, they're

18   relocating off complex, which was not part of the planned --

19   any planned movements for that day.

20   Q.  After the cars started to move away or almost finished

21   moving away, did you see anything happen with respect to the

22   protesters who were standing on the east front?

23   A.  Yeah.  They're moving in on the restricted area.

24   Q.  Okay.  And what happened after you engaged with Ms. Hawa

25   about the motorcade?  What happened next?

1           MS. SEIFERT:  We can take this down, please.

2           THE WITNESS:  At that point, I responded to the

3    Vice President Ceremonial Office and had a brief discussion

4    with a uniformed officer about the condition of the breaches

5    at the barricades.  And I made a phone call to Inspector Tom

6    Lloyd of the U.S. Capitol division, and he informed me to --

7    that there were people breaching the building in numbers at

8    that time.  So he told me:  Move the vice president

9    immediately.

10   BY MS. SEIFERT:

11   Q.  And when you got to the Vice President's Ceremonial

12   Office, who was present in the room?

13   A.  As I looked towards the doorway, in front of me was the

14   special agent in charge, Tim Giebles, of the vice

15   president's detail.  Past him was Vice President Pence,

16   looking in my direction.  And then to the right on his couch

17   and so forth was Mrs. Pence, Charlotte Pence, his brother,

18   Congressman Greg Pence, and some staff.

19   Q.  And at the time you arrived at the office, before you

20   talked to Mr. Lloyd, were they preparing to leave or were

21   those individuals you just stated holding there in the

22   office?

23   A.  They appeared kind of fixed in their position, you know.

24   Q.  So after you talked to -- is it officer or inspector?  I

25   apologize.

```
 1    A.  Inspector.

 2    Q.  After you spoke with Inspector Lloyd from the Capitol

 3    Police and he gave you that additional information, what did

 4    you do or say with respect to the vice president?

 5    A.  I briefed that directly to SAIC, Special Agent in

 6    Charge, Tim Giebles, G-I-E-B-L-E-S.

 7    Q.  You said you briefed Mr. Giebles about what you had just

 8    heard from Mr. Lloyd.  And then what happened?

 9    A.  I briefed the urgency of the situation, that people were

10    breaching the bike racks, and that they were also breaching

11    the building at that time.

12            And he then turned to the vice president, who made

13    a nodding motion, and at that point we began to move.

14    Q.  Did you make any instructions to SAIC Giebles or the

15    vice president with respect to what needed to happen?

16    A.  Well, again, I briefed the urgency of the situation.

17    And at that point, it's up to the vice president's

18    supervisor to make the determination on whether the

19    protectee moves or not.

20    Q.  And so what determination was made?

21    A.  SAIC Giebles concurred with my statements and turned and

22    was relaying that to the vice president.

23    Q.  And did the vice president respond?

24    A.  I did not hear a verbal; I saw a nod.  And at that

25    point, everybody in the room kind of got up in preparation
```

1    to move.

2    Q.  And what did you do next?  I don't want you to tell me

3    specifically the location you went to.  But if you could

4    just in general speak about where you went next.

5    A.  Well, at that point, I had just prior -- I also was

6    having other discussions with Lani about our path of

7    relocation, to move the -- to ensure we had a clear path.

8    So at that point, once that discussion with SAIC Giebles

9    occurred and we began to move, we then again moved

10   downstairs to relocate to a safe position.

11   Q.  And the stairs that you went down, can you just describe

12   in general where those are located in the U.S. Capitol?

13   A.  They're right there outside the Senate floor.  There's a

14   lobby behind the Senate Chamber, which joins that, and the

15   Vice President's Ceremonial Office.  And as you come out

16   that area, there's a set of -- a staircase that goes down

17   that the Capitol refers to as the member stairs because

18   they're restricted to U.S. senators.

19          MS. SEIFERT:  If we could have shown to the jury

20   and the witness 452, please.

21          (Whereupon, segments of Government's Exhibit No.

22   452 were published in open court.)

23          MS. SEIFERT:  Pause here, please.  If we could

24   just back up the video two seconds, please.  Perfect.

25

 1    BY MS. SEIFERT:

 2    Q.  Is this the staircase you've just been discussing?

 3    A.  Yes.

 4    Q.  Could you identify the people that we can see in this

 5    shot at 2:26 and two seconds p.m.?

 6    A.  Yeah.  The gentleman with the white hair right in the

 7    middle of this picture, who's looking back towards the door,

 8    that is -- that was Vice President Michael Pence.

 9    Q.  You can use the touch screen in front of you to circle

10    the individuals you're discussing.

11    A.  Oh, okay.  That's Vice President Michael Pence.  This is

12    Charlotte Pence.  And then in front of her was Mrs. Karen

13    Pence.

14    Q.  And are you in this shot?

15    A.  Not at this -- I had already proceeded.  I'm about

16    halfway down the staircase.

17          MS. SEIFERT:  May the record reflect that at

18    2:26:02 p.m. on this exhibit, which is Government's 452, the

19    witness first identified Mike Pence as the man looking back

20    at the camera with the white hair; and immediately behind

21    him in the shot, the woman with the lighter blond hair, as

22    his daughter Charlotte; and behind her in the shot, the

23    woman with the darker blond-brown hair, as Mrs. Pence.

24          THE COURT:  It will so reflect.

25          MS. SEIFERT:  If we could play again, please.

```
 1                    (Whereupon, segments of Government's Exhibit No.
 2      452 were published in open court.)
 3      BY MS. SEIFERT:
 4      Q.  Now, before -- when that video began, there was an
 5      individual standing out in the stairwell with his hands out.
 6      What, if you know, was that individual doing?
 7      A.  He was trying to speak to Lani Hawa down below him to
 8      ensure that that staircase landing was clear down below.
 9      Q.  And when you say "clear," what is the importance of
10      "clearing," quote-unquote, the stairwell?
11      A.  Well, to ensure that we didn't encounter any protesters,
12      demonstrators, rioters, whatever term you want to use, prior
13      to moving the vice president to the basement.
14      Q.  Did you have concerns that protesters or rioters would
15      be potentially on the vice president's path at that time?
16      A.  Absolutely, because people were breaching the building
17      at that time.
18      Q.  And you mentioned that the vice president's office is on
19      the second floor.  When you were heading down those stairs,
20      did you pass through the first floor of the U.S. Capitol?
21      A.  Yeah.  That staircase takes you to the first level.
22      Yes.  So it's the first floor, which is the floor of the
23      Senate Carriage, where we arrived, which would have been
24      where we would have loaded him had the plaza been safe.  But
25      due to all the activity, we could not safely load him in the
```

```
1    Senate Carriage.

2    Q.  So you could not exit off the first floor because of the

3    activity?

4    A.  Yes.

5    Q.  When you were -- let me just clarify.  The first floor

6    of the Capitol, is that the same level as the Crypt is

7    located?

8    A.  Yes.

9    Q.  Is that also the same level as the Senate Wing door on

10   the west front terrace?

11   A.  Yes.

12   Q.  When you were traveling down the staircase on that

13   first -- in and around and near that first-floor level, did

14   you hear anything?

15   A.  When I got to the bottom of the -- of that staircase in

16   the video, I was looking up at the protectees as they were

17   coming down.  And I could hear around the corner loud

18   screams from the folks breaching the building -- which

19   appeared to be the folks breaching the building.

20   Q.  Could you make out what they were stating?

21   A.  No.  It was just loud screams, noise.

22   Q.  And at any point on your traverse down the staircase,

23   did you run into any individuals who had breached the

24   building?

25   A.  Thankfully not.
```

Wade - DIRECT - By Mr. Seifert

1    Q.  After the vice president left the chamber and went to

2    the next location, did he physically leave the area of the

3    United States Capitol complex?

4    A.  No.

5    Q.  And did he return to the United States Senate floor

6    sometime later that evening?

7    A.  Yes.  Approximately 7:00 p.m.

8    Q.  Were you with him when he returned?

9    A.  Yes.

10   Q.  Did his family also return?

11   A.  Yes.

12              MS. SEIFERT:  No other questions.

13              THE COURT:  Mr. Crisp.

14              MR. CRISP:  No questions, your Honor.

15              THE COURT:  Agent Wade, you may step down.  You're

16   free to go.  Thank you for your testimony today.

17              THE WITNESS:  Thank you, sir.

18              (Witness excused.)

19              THE COURT:  Ms. Seifert, does the Government have

20   any additional evidence?

21              MS. SEIFERT:  A brief indulgence, your Honor.

22              Just as a matter of housekeeping, the Government

23   moves in 605-B, which was marked by, I believe, Officer

24   Watts yesterday during his testimony.

25              THE COURT:  605-B, you said?

1              MS. SEIFERT:  That is correct.  The markings are

2       on Page 3 of that exhibit.

3              THE COURT:  Any objection, Mr. Crisp?

4              MR. CRISP:  No, your Honor.

5              THE COURT:  Without objection, 605-B is in.

6              (Whereupon, Government's Exhibit No. 605-B was

7       entered into evidence.)

8              MS. SEIFERT:  Your Honor, the Government rests.

9              THE COURT:  All right, ladies and gentlemen.

10      You've heard the evidence from the Government in this case.

11             We'll take an early break.  The attorneys and I

12      have some things to discuss.  And then we'll carry on from

13      there.

14             Let me ask you to be back by, say, 10:25.

15             (Whereupon, the jury exited the courtroom at 10:06

16      a.m. and the following proceedings were had:)

17             THE COURT:  Mr. Crisp, do you have a motion?

18             MR. CRISP:  No, your Honor.

19             THE COURT:  Anything we need to do before we move

20      to the defense case?

21             MR. CRISP:  While we're on the break, what I

22      intend to do is just make sure everything works and is set

23      up and I can pull up the videos I need to and so on.  So

24      other than that, I think we should be fine.

25             THE COURT:  Mr. Hale-Cusanelli is going to be

1    testifying next?

2              MR. CRISP:  Yes, sir.

3              THE COURT:  I'll see you all in about 15 minutes.

4              (Thereupon a recess was taken, after which the

5    following proceedings were had:)

6              MR. CRISP:  May we approach?

7              THE COURT:  You may.

8              (Whereupon, the following proceedings were had at

9    sidebar:)

10             MR. CRISP:  So the issue with the exhibits, we're

11   using essentially the Government exhibits.  But there is

12   apparently a change.  When they put them on USAfx, then they

13   had to go through a screening process.  And then they're

14   essentially the same thing, but they have a time/date stamp

15   showing they'd been approved.

16             I wasn't tracking that.  So what I have as the

17   download from USAfx doesn't have that timestamp.  So we are

18   trying to reconcile it and go through and get the ones that

19   have that timestamp so we're not putting something in that

20   the Government would object to.

21             THE COURT:  I don't --

22             MS. SEIFERT:  Can I just clarify?

23             THE COURT:  Yes.  I didn't understand.

24             MS. SEIFERT:  In discovery, the Government has

25   produced loads and loads of videos as part of its discovery

1    obligation.  And we identified the portions of those videos

2    that we wanted to use earlier.  But to actually get them in

3    front of the Court and publish them to the public, the

4    Government is required by the U.S. Capitol Police to go

5    through a screening process where we tell them:  These are

6    the specific clips we want.  And the lawyers look at them

7    and make sure there are no security issues with having those

8    clips released.

9           When we did finally tell defense all the exhibits

10   were ready, which was Friday, those finalized clips were in

11   there.

12          My understanding is that they may have downloaded

13   an earlier version, which were not the finalized clips, and

14   that's the version they're working on.  But the finalized

15   clips as of Friday, which was when we said they were ready,

16   are the official blessed clips.

17          We are happy to help defense figure out which

18   clips that are already in evidence are the cameras they need

19   and the times they need.  The exhibits are listed by camera

20   number, so I don't think it will be that hard.  And we're

21   happy to pull those exhibits and Mr. Casillas is happy to

22   run them for defense.

23          But we have to, unfortunately, object to a

24   different version of the clips coming in because I can't say

25   that those are the cleared clips that the lawyers have

1    looked at and don't have any issues with.

2              THE COURT:  Is this the same thing we've already

3    seen?

4              MS. SEIFERT:  Yes.

5              MR. CRISP:  By and large, yes.  But because I

6    compiled this exhibit list and gave it to the Court, it

7    didn't have that timestamp.  So that's the problem.

8    Hopefully, it should be fairly quick.  And I do think that

9    we can --

10             THE COURT:  What's "fairly quick"?

11             MS. FIFIELD:  We just --

12             MR. CRISP:  She said about ten minutes.

13             MS. FIFIELD:  Pardon me.

14             We just need to line up what they want to use with

15   the exhibits that are already marked and introduced.  But

16   the content of these videos is identical except for the time

17   stamp that denotes that it's an official clip from the

18   United States Capitol Police as opposed to the unofficial

19   clips that we were using.

20             THE COURT:  I feel like I understand you all need

21   to object.  I have my own interests.  And so I kind of feel

22   like you should make your record and I'm going to overrule

23   the objection.

24             And if you think -- if you see something that

25   looks different, you can let me know and we'll stop.  But I

1    really -- I don't care about the Capitol Police's interest

2    or approval.

3              MS. SEIFERT:  I would ask defense to use the

4    exhibits that we disclosed to them.  You asked us to

5    disclose the exhibits at trial to defense, and I did

6    disclose them.  And I would ask them to use the versions

7    that were disclosed as the final exhibits.  That's all we're

8    asking.

9              I can't control when they use certain copies.  But

10   we did certify what was available at the trial, and this is

11   the first we are hearing of it this morning.  So I don't

12   think it's too much to ask them to use the official version

13   that we disclosed several days ago.  They've had it now for

14   more than a week.  I think we got the initial versions onto

15   USAfx on Thursday of last week.

16             THE COURT:  Can you just tell them which ones you

17   want to use?

18             MR. CRISP:  I am, your Honor.

19             MS. FIFIELD:  We're working on that.

20             THE COURT:  As we go?

21             MS. SEIFERT:  Yes.

22             THE COURT:  And Mr. -- "Casillas"?

23             MS. SEIFERT:  "Casillas."

24             THE COURT:  He can pull them up?

25             MS. SEIFERT:  Yes.

```
1              THE COURT:  Can we do it that way?

2              MR. CRISP:  That's what we're trying to do.  Like

3      I said, I want to make sure that I have the right

4      nomenclature to tell him what to pull up so I'm not doing

5      something -- candidly, what I'm doing is tracking him

6      through the building.  I only want to play where he is.  I

7      don't want to play all this frivolous stuff and say, "Here,

8      here, here, here," more thoroughly than what the Government

9      did.

10             Does that make sense?

11             THE COURT:  I thought they were pretty thorough.

12             MS. SEIFERT:  In fact, the Court stated that I was

13     too long.

14             THE COURT:  So can they just -- you're doing it in

15     order.  Right?

16             MR. CRISP:  I am, Judge.

17             THE COURT:  This feels like something that -- can

18     we try this and have Mr. Casillas just kind of play the

19     exhibits that you know and see how far we get?

20             MR. CRISP:  Different from what -- I'm not going

21     to pull it up.

22             MS. SEIFERT:  If you can tell us, "Can I have the

23     Senate Wing door camera at 2:12," Mr. Casillas can pull that

24     up.  That's Exhibit 400.  He can get you to the 2:12 counter

25     and we can play it for you.
```

1          MR. CRISP:  The problem is, there's multiple

2     videos of the Senate Wing door.

3          MS. SEIFERT:  There's just one on the inside and

4     one on the outside.

5          MR. CRISP:  Right.  And I'm trying to do that.

6     Yes.  We keep saying the same thing.  I think we can do

7     this.  I just want to make sure that there's similar names

8     for similar ones.  I want to make sure I have the right time

9     that this is being played, because I don't want to pull up

10     the Senate Wing door during the time period that he's not

11     there.  That would be wasteful.

12          THE COURT:  I agree.  And I think you all have got

13     a lot of notes about --

14          MS. SEIFERT:  We do.

15          THE COURT:  -- when things happened.  So let's

16     give this a try.

17          MR. CRISP:  Yes, Judge.

18          THE COURT:  Thanks, folks.

19          (Whereupon, the following proceedings were had in

20     open court:)

21          THE COURT:  Ms. Fifield, would you mind checking?

22     I can't tell if Ms. Chaclan is waiting out there for us.

23          THE COURTROOM DEPUTY:  Jury panel.

24          (Whereupon, the jury entered the courtroom at

25     10:34 a.m. and the following proceedings were had:)

```
 1              THE COURT:  Welcome back, ladies and gentlemen.
 2              You've heard from the Government.  Now you all
 3     will hear from the defense.
 4              Mr. Crisp?
 5              MR. CRISP:  Thank you, your Honor.
 6              Defense called Timothy Hale-Cusanelli to the
 7     stand.
 8          TIMOTHY HALE-CUSANELLI, DEFENSE WITNESS, SWORN.
 9              MR. CRISP:  Your Honor, may I place some water up
10     there?  I'm sure he may be there for a little bit.
11              THE COURT:  I think we've got some.
12                        DIRECT EXAMINATION
13     BY MR. CRISP:
14     Q.  Mr. Cusanelli, good morning.
15     A.  Good morning, sir.
16     Q.  Can you please tell the jury where you were born and
17     raised.
18     A.  I was born in Central New Jersey, in Neptune.  I was
19     raised in Freehold, which is also Central New Jersey,
20     Monmouth County.
21     Q.  Where did you go to high school?
22     A.  I went to high school at Freehold Township High School.
23     Q.  Do you have any other educational background or
24     training?
25     A.  I majored in history in Brookdale Community College, and
```

1    I have an associate's degree in social science.

2    Q.  You did not get a bachelor's?

3    A.  No, sir.

4    Q.  I want to talk you with you a little bit about your

5    family.

6              Are you close with your mother?

7    A.  No, I am not, sir.

8    Q.  Why not?

9    A.  My mother was frequently addicted to drugs and an

10   alcoholic and often involved in crime, and she was never

11   really there in my life.  And I tried to distance myself

12   from her.

13   Q.  And your relationship with your father?

14   A.  It's a similar matter.  My father was a career criminal,

15   a drug addict and a thief.  And he was -- he left me very

16   early in my life, sir.

17   Q.  Do you have a relationship with your mother today?

18   A.  No, I do not, sir.

19   Q.  Brothers and sisters?

20   A.  No, sir.  Two half-brothers.  We don't communicate.

21   Q.  I want to talk a little bit about your military

22   background.  There's been discussion about where -- the fact

23   that you were in the Army.

24              Is that accurate?

25   A.  That is correct, sir.

Hale-Cusanelli - DIRECT - By Mr. Crisp

1   Q.  And when were you in?  From when to when?

2   A.  I joined the United States Army after high school in

3   2009.  At the time of my arrest, I was in the service for

4   approximately 11 years.

5   Q.  What was your MOS, or military occupational specialty?

6   A.  I was a 42 alpha, sir.

7   Q.  For the jury's understanding, what does that mean?

8   A.  A 42 alpha is a human resources specialist.  It is an HR

9   rep, essentially.

10  Q.  Or a clerk?  It used to be a -- what we called a PAC

11  clerk?

12  A.  Yes, sir.

13  Q.  As a PAC clerk, did you get significant infantry tactics

14  training?

15  A.  No, sir.  I worked in an office.

16  Q.  Now, you also were employed by a company in January of

17  2021.  Right?

18  A.  That is correct, sir.

19  Q.  What was that company?

20  A.  HBC Management, sir.

21  Q.  What did you do for them?

22  A.  I was a security officer and I was the union

23  representative.

24  Q.  As a union representative, what did you do?

25  A.  I alleviated -- I alleviated grievances that employees

Hale-Cusanelli - DIRECT - By Mr. Crisp

```
 1    had and I advocated on behalf of my fellow employees, sir.

 2    Q.  Now, I want to talk about your interest in politics.  Is

 3    it fair to say you have an interest in politics?

 4    A.  Yes, sir.

 5    Q.  You heard the testimony of Mr. Jacobs yesterday.  You

 6    guys talked about it in every or almost every conversation

 7    you had?

 8    A.  More or less.  Yes, sir.

 9    Q.  And did you talk about it with other friends?

10    A.  Yes, sir, I did.

11    Q.  Were you a fan, proponent, advocate of former President

12    Trump?

13    A.  Yes, sir.

14    Q.  Is that something that you felt strongly about?

15    A.  Absolutely, sir.  Yes.

16    Q.  So there were discussions about the January -- November

17    '20 elections?  Right?

18    A.  Correct, sir.

19    Q.  And do you remember -- did you question the validity of

20    the election?

21    A.  Yes, sir.

22    Q.  And briefly, why?

23    A.  I thought that there were a lot of irregularities that

24    were reported and I don't think anything was ever done about

25    them, sir.
```

Hale-Cusanelli - DIRECT - By Mr. Crisp

1    Q.  Do you recognize that a lot of people don't agree with

2    that position?

3    A.  I do understand that.  Yes, sir.

4    Q.  Now, after the election, in the weeks after the

5    election, was it something that was still heavily on your

6    mind?

7    A.  Yes.  Yes.  It didn't seem like the question was

8    resolved until the certification, sir.

9    Q.  All right.  I want to talk about December.  There was

10    discussion as well that in December of '20, you went down to

11    D.C. for a Trump rally of some sort?

12    A.  Yes, sir.

13    Q.  And when, approximately, was that?

14    A.  The middle of December, sir.  December the 20th,

15    perhaps.  I don't recall the exact date.

16    Q.  I'm sorry?

17    A.  I don't recall the exact day.  It was in the middle of

18    December, though, sir.

19    Q.  Was it a rally at which Trump actually spoke?

20    A.  No, he did not, sir.

21    Q.  So I want to fast-forward to January 5th of 2021.  Were

22    you aware that President Trump was going to be giving a

23    speech in that timeframe?

24    A.  Yes, I was.

25    Q.  Or on the 6th?

```
 1    A.  Yes.

 2    Q.  When did you become aware of that?

 3    A.  I don't remember the exact time, but within the span of

 4    a week or so of going down.

 5    Q.  Okay.  And did you intend to go down when you heard

 6    about it?

 7    A.  Yes, sir.

 8    Q.  Why?

 9    A.  Because no matter what happened with the certification,

10    I thought it was going to be a historic day; and I wanted to

11    be there for the speech, sir.

12    Q.  What about it did you think would be historic?

13    A.  No matter what happened, either Trump magically pulled a

14    win out of wherever or it would be the last speech of his

15    presidency.  And I wanted to catch at least one speech of

16    his -- while he was president.

17    Q.  Okay.  Now, you talk about the certification.  What did

18    you know about the certification?

19    A.  My understanding was that the states send slates of

20    electors to Congress which are reviewed on the certification

21    date and the vice president certifies it after objections,

22    sir.

23    Q.  Did you know it was going to be conducted on the 6th of

24    January?

25    A.  Yes, I did.
```

1    Q.  Did you know where it was going to be conducted on the

2    6th of January?

3    A.  I thought it was going to be in a building called

4    Congress.

5    Q.  What do you mean by that?

6    A.  As stupid as it sounds, I did not realize that Congress

7    sat in a building called the Capitol Building.  I had --

8    throughout my life, I had just thought that Congress was the

9    building and the House and Senate were in there.  I never --

10   I don't recall throughout my life hearing that the Capitol

11   Building was where the legislature was seated in Washington,

12   D.C., sir.

13   Q.  So you have a pretty extensive knowledge about how the

14   processes worked, fair to say, in your opinion?

15   A.  Yes, sir.

16   Q.  Is it also fair to say you never spent much time

17   figuring out where they sat?

18   A.  It never occurred to me to care, sir.  I never thought

19   about it.

20   Q.  So let's talk about what you did on the morning of the

21   6th.  When did you work?

22   A.  I was working on base where I lived, sir.  I was working

23   an overnight shift.

24   Q.  Okay.

25   A.  I got off of duty and I jumped into my favorite suit and

Hale-Cusanelli - DIRECT - By Mr. Crisp

```
1    I just hit the road for D.C., sir.

2    Q.  Why did you wear a suit?

3    A.  I thought it was going to be a historic day and I wanted

4    to look professional.  And that's basically it, sir.

5    Q.  Did you bring anything with you?

6    A.  No.  Just myself.

7    Q.  Okay.  Did you have any friends you traveled with?

8    A.  No.  I tried to link up with some friends, but everyone

9    was working, sir.

10   Q.  Okay.  I want to talk a little bit about your friends.

11   How would you describe yourself generally?

12   A.  I'm a nihilistic Millennial, and so are all my friends,

13   sir.

14   Q.  So, Tim, we've heard a lot of offensive and disgusting

15   language that came from you.  Would you agree with me?

16   A.  I would agree to that, sir.  Yes.

17   Q.  You would agree that you probably offended a lot of

18   people with what you've said?

19   A.  I've probably offended most people.  Yes, sir.

20   Q.  Why do you say disgusting, offensive, attacking

21   language?

22   A.  I do it for attention.  But I also -- I also do it

23   because it's how I cope with the life I've had, sir.

24   Q.  Do you recognize that's probably not a productive way to

25   go about things?
```

Hale-Cusanelli - DIRECT - By Mr. Crisp

1    A.  Yes, I do.

2            THE COURT REPORTER:  Mr. Crisp, if you could

3    please slide the microphone up your lapel.  I'm having

4    trouble hearing you.

5            THE COURT:  And stay at the podium.  Thank you.

6            THE WITNESS:  I do recognize that.  Yes.

7    BY MR. CRISP:

8    Q.  So when you arrive in -- well, what time do you remember

9    arriving in D.C.?

10   A.  I believe it was sometime after 12:00, sir.  I just -- I

11   know that I was late, spent 40 minutes looking for parking.

12   I wandered around.

13   Q.  Wandered around where, to your knowledge?

14   A.  Around Washington, D.C., until I could find the Ellipse,

15   sir.

16   Q.  Did you see Trump's speech -- or hear it, I should say?

17   A.  I did get to hear it.  I was late, but I did get to hear

18   it.  Yes, sir.

19   Q.  All right.  How long did you stay at the speech?

20   A.  I don't know the exact amount, but I would say

21   approximately 20 to 30 minutes, sir.

22   Q.  Okay.  And did you stay to the conclusion?

23   A.  I don't -- no, I did not, sir.

24   Q.  Why not?

25   A.  I started -- well, I was told that there was going to

```
1    be -- there was supposed to be a march to the Capitol.  And

2    Trump --

3    Q.  Let me interrupt, if I may.

4    A.  Sure.

5    Q.  When you said you were told, what do you mean by that?

6    A.  Trump said to go down to the Capitol Building, and so we

7    did.  And I saw people leaving.  People started forming

8    caravans and going down Constitution Ave.  And I followed.

9    Q.  Okay.  Go down to the Capitol and do what?

10   A.  To have a protest and wait for Trump to show up.  And

11   then I thought he was going to speak there, too.

12   Q.  Why did you think he was going to speak there?

13   A.  Well, it was a larger area, you know.

14   Q.  Let me rephrase the question.

15            Did he say he was coming down?

16   A.  He said he was going to march there with us.  Yes.

17   Q.  Did he ever show up there?

18   A.  No.

19   Q.  How long -- how did you get there?  Did you walk?  Did

20   you drive?

21   A.  I walked.

22   Q.  How many people to the best of your recollection were

23   you walking down with?

24   A.  I would say there were hundreds, if not thousands.

25   Q.  What was your mood at the speech?  How did you feel?
```

```
1   A.  I was elated to be there.

2   Q.  Why?

3   A.  Because I had never been part of something like that.

4   Q.  What did you think you were a part of?

5   A.  A historical moment, a movement bigger than myself,

6   American history.

7   Q.  When you get to the Capitol area, what do you see?

8   A.  I saw a large group of people, a large protest, a lot of

9   flags, a tower and what was the Capitol grounds, sir.

10  Q.  Did you start to make your way towards the front of the

11  people?

12  A.  Yes, I did.

13  Q.  Why?

14  A.  I wanted to see what was up front, sir, and I wanted to

15  keep following people.

16  Q.  Now, at this point, do you know approximately what time

17  it was that you got there?

18  A.  Quarter after 1:00, 1:30, sir.

19  Q.  Okay.  Ballpark?

20  A.  Approximately.

21  Q.  All right.  Now, you saw in the trial that there were

22  bike racks or barriers that were placed out further in the

23  Capitol area.  Right?

24  A.  Yes, sir.

25  Q.  The ones that were way out, do you remember seeing them?
```

Hale-Cusanelli - DIRECT - By Mr. Crisp

1    A.  No, I don't, sir.

2    Q.  Okay.  When you get closer to the front where the

3    majority -- was it getting more and more packed as you got

4    closer?

5    A.  Yes, sir.

6    Q.  And what were you seeing?

7    A.  I started seeing chaos.  I saw protesters getting

8    sprayed and hit with various projectiles from the Capitol

9    Police, the Metro police, really.  I saw a lot of injured

10   people.  I saw seniors hurt.  I saw a lot of vulnerable

11   people hurt.  And that's what I saw, sir.

12   Q.  So when you saw -- it's fair to say you saw protesters

13   interacting, clashing with the police.  Right?

14   A.  Yes, sir.

15   Q.  So when you see that, why don't you say, "I should

16   probably get out of here"?

17   A.  Because I was wrong.

18   Q.  What was your thought process about being there?

19   A.  There wasn't much of a thought process other than, I

20   want to be here and I want to be with these people.

21   Q.  Did you think you were allowed to be there?

22   A.  I -- no.  I shouldn't have been there.

23   Q.  At the time, is what I'm asking.

24   A.  At the time, I thought I was supposed to be there.  And

25   I was wrong.

1    Q.  Okay.  Why did you think at the time you thought you

2    were supposed to be there?

3    A.  I thought that was the area where the protest was

4    supposed to be.

5    Q.  Based on what?

6    A.  Based on the speech I had heard.

7    Q.  Okay.  Did you think that the president would tell you

8    to go to a place you shouldn't be?

9    A.  I did not think that.  No.

10   Q.  So when you see the police clashing with protesters,

11   what was your thought then?

12   A.  I thought we were being attacked because we were

13   protesters, not -- I did not know what was happening before

14   I arrived, sir.

15   Q.  Did you get upset?

16   A.  I got very upset.  Yes, sir.

17   Q.  Okay.  Now, we've seen a number of videos of you

18   outside -- or a few videos of what was going on outside,

19   one -- two, specifically.  There is a video, obviously, of

20   you picking up a bike rack barrier.  Do you remember that?

21   A.  I don't remember it, but it was me.  It's clearly me,

22   sir.

23   Q.  Okay.  So can you address as to what you were doing in

24   that moment?

25   A.  I have no idea why I picked it up.  I just know that at

 1    that point I would have already been hit in the head with a

 2    flash bang, so it's possible.  I just don't remember it

 3    because I was in a weird state of mind at the time.  I

 4    wasn't thinking.

 5    Q.  Fair to say your blood was up?

 6    A.  It was very up.

 7    Q.  And when you said you were hit in the head with a flash

 8    bang, you heard ordnance discussions yesterday.  Was there a

 9    large number of them?

10    A.  There was a massive amount of flash bangs thrown at

11    people, sir.

12    Q.  Okay.  And at times, were you disoriented or did you

13    have hearing loss?

14    A.  Yes, sir.  There were times when -- from my

15    recollection, yes.  There were times I couldn't hear.  We

16    were sprayed.  There was times it was hard to breathe.  And

17    a lot of it I don't remember probably because of whatever

18    happened to my head.

19    Q.  It's also fair to say that it was a pretty chaotic

20    situation.  Would you agree?

21    A.  Absolutely, sir.

22    Q.  You were there and your adrenaline was up.  Right?

23    A.  Very.  Yes, sir.

24    Q.  You made a conscious decision to go in the building?

25    A.  Yes, sir.

1    Q.  Did you know what was going on in that building as you

2    were following the crowd?

3    A.  I did not know.

4    Q.  Why would you go into a building and just follow the

5    crowd?

6    A.  Because I wanted to, because I wanted to keep following

7    the crowd and because I didn't want to be left out and

8    because I was angry.  It's not right.  I was wrong.  I

9    shouldn't have been there, but I was.  And it was because I

10   was angry.  I was exhausted.  I was exhausted from work and

11   from driving.  I was angry from being attacked.  I was in

12   shock from being hit.  And I was emotional from seeing all

13   the people hurt there.

14   Q.  So when you get inside -- well, let me slow you down.

15   Let me slow myself down here.  I apologize.

16            There's one video of you going through or adjacent

17   to the scaffolding.  Do you remember seeing that yesterday?

18   A.  Yes, sir.

19   Q.  And the Government focused in on you going down -- you

20   going down to the ground or bending over.  Do you remember

21   that?

22   A.  I do remember that video.  Yes, sir.

23   Q.  What do you remember about that?

24   A.  I was picking up a flag off the ground, sir.

25   Q.  What flag?

1    A.  It was a small three-inch American flag that I would

2    keep with me through the rest of the day, sir.

3    Q.  All right.  Did we see that flag in your hand when you

4    walked through the Senate doors later?

5    A.  Yes, sir.

6    Q.  Okay.  So why do you remember picking up that flag?

7    A.  I don't like seeing flags on the ground.  It's

8    disrespectful.  And I didn't go there with a flag, and it

9    was an opportunity to have a flag.

10   Q.  Did you keep that flag after you left D.C.?

11   A.  I did, sir.  Yes.

12   Q.  All right.  I want to talk about when you first went

13   into the building.  What was your thought process when you

14   got into the foyer area?

15   A.  When I got into the building?

16   Q.  Yes, sir.

17   A.  My thought process was:  Just keep following other

18   people.  I didn't have a plan.  I didn't know where to go.

19   I didn't know where I was.  I had no plans further than five

20   seconds out.

21   Q.  How many times have you been -- had you been to

22   Washington, D.C., on that day in question?

23   A.  The protest the month before and that's it, sir.

24   Q.  Something in 2017?

25   A.  Yes.  That's right.  I was at the -- I was in the

```
 1   inauguration.  I came to witness the inauguration in 2017,

 2   sir.

 3   Q.  All right.  Now --

 4              MR. CRISP:  The Court's indulgence.

 5              (Confers with opposing counsel privately.)

 6              MR. CRISP:  Your Honor, if we can have about 30

 7   seconds, we'll be good to go.

 8              THE COURT:  Okay.

 9              MR. CRISP:  I apologize.

10              Sir, if you wouldn't mind pulling up Government's

11   Exhibit 400, please, at 10:56.

12              May I have this published for the jury as well?

13              THE COURTROOM DEPUTY:  Which table is it coming

14   from?

15              MR. CRISP:  From the Government's side.

16              THE COURT:  These have all been admitted?

17              MR. CRISP:  Yes, sir.

18              THE COURT:  So we can publish.

19              MR. CRISP:  Yes.  There shouldn't be any issues

20   there.

21              (Whereupon, segments of Government's Exhibit No.

22   400 were published in open court.)

23   BY MR. CRISP:

24   Q.  So what are we watching here, Tim?

25   A.  I and other protesters are going past the scaffolds to
```

Hale-Cusanelli - DIRECT - By Mr. Crisp

1    the western terrace, sir.

2    Q.  All right.

3    A.  Right now I am bending over and I am picking up the

4    flag, dusting it off.

5    Q.  Were you messing with any door handles there?

6    A.  No, sir.

7          MR. CRISP:  If we can pull up -- may I please have

8    403?  May I please have Exhibit 403?  Government's Exhibit

9    403, starting at timestamp 3:11.

10          (Whereupon, segments of Government's Exhibit No.

11    403 were published in open court.)

12    BY MR. CRISP:

13    Q.  All right, Tim.  Is that you coming in right now?

14    A.  Yes, sir.

15    Q.  All right.

16    A.  That's me.

17    Q.  And what are you doing?

18    A.  I was shaking mud off of my shoes from the Ellipse, sir.

19    Q.  Okay.

20    A.  Then I take my hat off, feel my head, which is

21    injured --

22    Q.  Why?

23    A.  -- and I head down the hallway.

24    Q.  Why did you take your hat off to feel your head?

25    A.  What's that, sir?

874

1    Q.  Why did you take your hat off to feel your head?

2    A.  Because I was hit in the head with a flash bang and I

3    was in pain.

4    Q.  So what do you remember seeing in that direction?

5    A.  I just remember seeing lots of people, sir.

6    Q.  Okay.  And you come back.  And why do you come back?

7    A.  I just started following different people.  I didn't

8    know where to go and I didn't know where I was.  I just went

9    one way and the other.  I was just meandering about.

10   Q.  Did you have any intention of going into a particular

11   place as you're standing there, to your recollection?

12   A.  No, I don't, sir.

13   Q.  Why are you waving the flag, and ostensibly to people?

14   A.  I don't remember why I was waving it, but probably to

15   protest.

16   Q.  Okay.

17   A.  I don't particularly remember the -- what was going on.

18          MR. CRISP:  May I now have Government's Exhibit

19   404, starting at one minute.

20          (Whereupon, segments of Government's Exhibit No.

21   404 were published in open court.)

22   BY MR. CRISP:

23   Q.  Where are you now?  Do you remember?  Not necessarily in

24   the location on that screen, but what part of the building

25   do you remember it being?

Hale-Cusanelli - DIRECT - By Mr. Crisp

1    A.  This is the Crypt.

2    Q.  Okay.

3    A.  I have no idea where in this mass I am.

4    Q.  So do you remember what you did when you were in this

5    part of the building?

6    A.  I basically wandered around, sir, checking out statues,

7    chatting with a few people, sir.

8    Q.  All right.  When you walked into this room for the first

9    time, did you know what it was called?

10   A.  I had no idea what it was, sir.

11   Q.  Can you describe what you remember it looking like for

12   the jury?

13   A.  I just recall that there were a lot of statues, head

14   busts.  That's essentially it.  Pillars.  There's -- it is a

15   pretty magnificent place.  But nothing about it other than

16   that really stands out, other than there were hordes of

17   people there.

18   Q.  Okay.  Did you know where to go next?

19   A.  I had absolutely no idea.

20   Q.  Okay.

21           MR. CRISP:  If we can have Exhibit 406, please,

22   starting at 9:43.

23           (Whereupon, segments of Government's Exhibit No.

24   406 were published in open court.)

25

1    BY MR. CRISP:

2    Q.  Now, are you able to identify yourself here?

3    A.  Yes.  I'm in the center, right there.

4    Q.  Okay.  And I'm not sure I'm going to be able to remove

5    that mark.

6            And again, what was your intent in being in that

7    area?

8    A.  I had no real intent besides being there as a protest

9    with other people.

10           MR. CRISP:  If I can have Exhibit 407, please, at

11   39 seconds.

12           (Whereupon, segments of Government's Exhibit No.

13   407 were published in open court.)

14   BY MR. CRISP:

15   Q.  Do you know where you're heading now?

16   A.  I don't know where in the Crypt.  But that is -- that is

17   still the Crypt.  And I'm next to a statue that someone put

18   a flag in the hand of.

19   Q.  Okay.

20   A.  Communicating with a few other people.

21   Q.  Was this after you had been in the Crypt for a period of

22   time or was this early on?

23   A.  This was after I had been in there.  It was probably

24   within a few minutes of the other clips.  Like I said, I

25   meandered about, so I don't have any particular chronology

1    of what happened in the Crypt --

2    Q.  Okay.

3    A.  -- because I was wandering, sir.

4    Q.  Did you speak to anyone when you were in, saying, "Hey,

5    what are we going to do?" or "What's the plan?"

6    A.  No.  I did talk to a few people, but not about plans.

7                MR. CRISP:  Thank you.

8                If we can move to --

9    BY MR. CRISP:

10   Q.  Before we do that, when you entered the building --

11   A.  Yes, sir.

12   Q.  -- at the Senate doors, was the Crypt the first next big

13   room that you recall being in?

14   A.  Yes.

15   Q.  There's obviously probably a connecting hallway.  Right?

16   A.  Yes, sir.

17   Q.  What do you remember, if anything, about the connecting

18   hallway from the Senate Wing doors to the Crypt?

19   A.  The only thing that stands out is that I stood in line

20   to use the restroom.  That's basically it, sir.

21               MR. CRISP:  Exhibit 409, please, starting at 00 to

22   030.

23               (Whereupon, segments of Government's Exhibit No.

24   409 were published in open court.)

25

1    BY MR. CRISP:

2    Q.  Now, how do you remember getting to here?  And do you

3    see yourself?

4    A.  I see myself right in the center.

5    Q.  Do you remember what that gentleman just said to you

6    right there?

7    A.  I do not.  It seemed to -- other than -- he's pointing

8    in one direction, but I don't follow it.

9    Q.  Okay.

10   A.  I believe I just wandered in here from the Crypt.

11   Q.  Why did you stay if you had no real goal?

12   A.  I mean, I didn't want to leave all these people.  But

13   other than that, I -- I don't know.  I just -- I wasn't

14   thinking about it.  I was just wandering around.  I mean, it

15   is -- it's a nice building.  I wanted to see what was there.

16   I was looking for stuff to do, I guess.  But other than

17   that, I had no goal.  I just come and go.

18         MR. CRISP:  If I may see Exhibit 410, please,

19   starting at 12:12 to 12:33.

20         (Whereupon, segment of Government's Exhibit No.

21   410 were published in open court.)

22   BY MR. CRISP:

23   Q.  Do you remember being in this area here?

24   A.  Yes, sir, I do.

25   Q.  From the last video we just saw, how did you get to this

1    area?  Which direction did you take?  Do you remember?

2    A.  I went to the left from the screen.

3    Q.  Okay.

4              MR. CRISP:  Exhibit 411, please, at 7:53.

5              (Whereupon, segments of Government's Exhibit No.

6    411 were published in open court.)

7    BY MR. CRISP:

8    Q.  And this is obviously the skylight area that we heard a

9    lot about.  Right?

10   A.  Yes, sir.

11   Q.  And there you are, walking down the center hallway.

12   Right?

13   A.  That's correct, sir.

14   Q.  What are you walking towards, to your knowledge?

15   A.  I have no idea.  I was just dancing.

16   Q.  Now, at some point, you see -- I believe you talked

17   about this a little bit with Mr. Jacobs when you got back

18   home.  Right?

19   A.  Yes.

20   Q.  All right.  So before we go any further, I want to talk

21   a little bit about that conversation you had with him.

22              Do you remember -- you read the transcripts.  I

23   mean, there's no question that what's on the audio is what

24   you said.

25   A.  Yes, sir.

1    Q.  Do you remember telling him what you were doing or what

2    you were gesturing to people through the skylights?

3    A.  Yes, sir.

4    Q.  And what was that?

5    A.  I said that I was using hand signals to get people to

6    come in.

7    Q.  There was a discussion about tactical hand signals,

8    things of that nature.  Right?

9    A.  Yes, sir.  That's correct.

10   Q.  What do you know about military tactical hand signals?

11   What training --

12   A.  Not a thing.  I was never taught tactical hand signs.

13   Q.  We talked a little bit about a couple different warnings

14   when you're, say, ground-guiding a Humvee or something like

15   that.

16   A.  Yes.

17   Q.  So --

18   A.  This means:  Stop backing up the Humvee.  You're going

19   to hit something.

20   Q.  Let me stop you.

21           MR. CRISP:  For the record, the witness held his

22   right hand up bent at a 90-degree angle with -- making a

23   fist.

24           THE WITNESS:  Yes.

25   BY MR. CRISP:

1    Q.  And what else did you learn?

2    A.  Nothing, sir.

3    Q.  Directions?

4    A.  Not really.  I mean, I probably did, but I don't

5    remember any of that.

6    Q.  Why did you tell Mr. Jacobs and have this conversation

7    with Mr. Jacobs in the fashion that you did about the use of

8    tactical hand signals?

9    A.  I was embellishing.  I was making up things so that --

10   well, I wanted to see if I could keep my friend's attention

11   and if he cared about me and what I experienced.  And that

12   was basically it.  I was -- I was exaggerating what

13   happened, sir.

14   Q.  Is it fair to say that you exaggerate, embellish a lot

15   of things you talk about?

16   A.  Most of the things I talk about.  Yes.

17   Q.  Why?

18   A.  I do it for attention.

19   Q.  Shock value?

20   A.  Yes.

21   Q.  Why do you think that it's a good idea to have horrific

22   things -- to say horrific things to shock people?

23   A.  It's just what I do.  It's how I grew up.  And it's an

24   outlet.  It's just an outlet for how I feel and it's a way

25   to see if anybody cares.

1    Q.  When you were having some of these conversations, did

2    you -- you've had multiple conversations with Mr. Jacobs

3    about things over three years.  Right?

4    A.  Yes, sir.

5    Q.  Did you guys banter in the fashion that he described?

6    A.  Yes, sir.

7    Q.  And I apologize.  I meant to go back and define

8    ground-guiding.  What does ground-guiding mean?

9    A.  Ground-guiding just -- it means directing a Humvee or

10   vehicle to park.

11   Q.  In an area where the driver may not be able to see well?

12   A.  Correct.

13   Q.  Thank you.

14   A.  No visibility.

15   Q.  Now, in terms of Mr. Jacobs, did you consider him a

16   friend?

17   A.  Yes, sir.  I considered him like a brother.

18   Q.  Did you think you could say whatever to him and it

19   wouldn't be taken offensively?

20   A.  I did think that, sir.

21   Q.  Do you recognize you were wrong?

22   A.  I was very wrong.  Yes, sir.

23   Q.  Now, I want to talk about the comment you made to him

24   about bringing people in and clearing the whole building.

25   A.  Yes, sir.

1    Q.  What did you mean by that, aside from the obvious words?

2    A.  I was just talking crap.

3    Q.  Why would you want to bring more people in?  Why would

4    you want to hold the building?

5    A.  Just so there would be more people to be there to

6    protest.  But I didn't really mean that.

7    Q.  So I want to understand what you thought was going to

8    happen by protesting where you were protesting and what you

9    thought that was going to accomplish.

10   A.  Yes, sir.

11   Q.  Why go there in the first place, aside from that's where

12   everyone else is going?

13   A.  I didn't think about it at all.  I just went there

14   because other people were there.  I thought about, Hey, if

15   enough of us get there, enough of us are in one location,

16   maybe someone will care.

17   Q.  Did you think it was a centralized location that was --

18   that would get people's attention?

19   A.  Yes.  That's what it was always about, was just being

20   heard.

21   Q.  So do you recall ever -- well, I'll ask that question in

22   a minute here.

23            MR. CRISP:  May I have Exhibit 412, please?

24   Starting at 00 as well.

25            (Whereupon, segments of Government's Exhibit No.

Hale-Cusanelli - DIRECT - By Mr. Crisp

1    412 were published in open court.)

2    BY MR. CRISP:

3    Q.  This is the scene.  You're in the upper left of the

4    screen.  Right?

5    A.  Yes, sir.

6    Q.  What's going on, to your recollection?

7    A.  The police, to their credit, are trying to deescalate

8    the situation and they're just talking to us.  And so a lot

9    of us took advantage of it and we tried to have one-on-ones

10   with the police.  And it worked.

11          But the cops are trying to reconcile their jobs

12   with the anger we have.  And they're -- we're having --

13   we're basically starting to talk to them.  And so at least

14   two cops, I think three, they sort of get us together.  They

15   wave us in and we have a powwow.

16   Q.  You're making hand gestures right there.  You're

17   pointing.  Who are you talking to there?

18   A.  I was showing support for the cops because the woman in

19   the cowboy hat in front of me just gave a speech about how

20   we're all on the same side, we all -- it's the same -- you

21   know, we're all Americans and we're supposed to back the

22   blue.  And what we were doing needed to stop.  And we kind

23   of came to our senses.  And the anger, even though I was

24   still emotional, but -- and, you know, we just started

25   talking.

1    Q.  Now --

2    A.  That ended it, basically.

3    Q.  Now, at this point, had the interaction with the police

4    officer who was taking down the -- one of the protesters

5    already occurred?

6    A.  It had already occurred, sir.  Yes.

7    Q.  While this is playing, let's talk a little bit about

8    that.

9         What do you remember about that?

10   A.  I don't remember much, other than just seeing the dude

11   fall on the ground and me trying to get him up.  I shouldn't

12   have.  I shouldn't have got involved.  I barely remember

13   the -- I don't think I even realized the police were ever

14   there until I did.  And I backed off.

15        I shouldn't have been there in the first place and

16   I should not have interfered.

17   Q.  Well, let me --

18   A.  I'm sorry that I did.

19   Q.  When you --

20   A.  But I was just trying to help someone I thought was

21   hurt.

22   Q.  What do you remember about the guy who was on the

23   ground?

24   A.  Not much, other than I thought he was hurt and he looked

25   like he might have been an older guy.  So I -- it bothers me

1    when I see old people hurt, so I was just trying to help.

2    Q.  Had the tenor of the cops at this point changed in terms

3    of how they were interacting with the protesters?

4    A.  Yes.  This is -- that was the first attempt to make an

5    arrest I had actually seen.  When I was outside, it was just

6    getting bombarded.  And then on the inside, I really didn't

7    get to see many until just here.  And so I made the

8    connection:  "Oh."  So I backed off.

9    Q.  Okay.  Now, when you leave this area --

10   A.  Yes, sir.

11   Q.  -- at this time, are you aware -- what do you remember

12   them telling you, the police?

13   A.  My recollection is:  Look, we support Trump, too.  We

14   don't want to do this.  But you guys gotta go.  This is

15   Congress.  You guys gotta leave.  We don't want to do this.

16   We're all on the same side.

17   Q.  Congress or the Capitol?

18   A.  Congress.

19   Q.  Okay.  And what did that mean to you?

20   A.  I needed to get the hell out.  And they told us to

21   leave.

22   Q.  Okay.  And where do you go next?

23   A.  They direct us basically -- a similar path that I took,

24   but in reverse.  There was a detour they sent us on around

25   the Crypt and then back through the Crypt.

1          MR. CRISP:  I'd ask for Government's Exhibit 413,

2     starting at 5:58, please.

3          (Whereupon, segments of Government's Exhibit No.

4     413 were published in open court.)

5     BY MR. CRISP:

6     Q.  So this is you obviously going back the same way you

7     came down.  Right?

8     A.  That's correct.

9     Q.  All right.  The chair that you see down there, were you

10    there or did you see people at the top of the steps throwing

11    them down that you saw earlier in the --

12    A.  No, I did not.

13    Q.  -- trial?

14          And the area where the fire doors are, we saw a

15    video there of protesters interacting with police violently.

16    A.  Yes.

17    Q.  Were you there when that was going on?

18    A.  I did not see that.  No.

19    Q.  How did you feel when you saw that?

20    A.  When I finally got to see it, I was extremely

21    embarrassed, and I'm sorry that I was a part of any of that.

22    I didn't mean to be a part of that.  I was just being a goof

23    or whatever.  But I did not mean to hurt cops.  And to any

24    extent that I might have been connected to that, I was

25    wrong.  I shouldn't have been there.  I know that.

1          MR. CRISP:  May I see Exhibit 413, please?  I'm

2    sorry.  414.  I apologize.  Starting at 5:35.

3          (Whereupon, segments of Government's Exhibit No.

4    414 were published in open court.)

5    BY MR. CRISP:

6    Q.  Is this you leaving, going in the direction that the

7    police were telling you to go to leave the building?

8    A.  Yes, sir.

9    Q.  All right.

10         MR. CRISP:  Exhibit 415, please, starting at

11   14:46.

12         (Whereupon, segments of Government's Exhibit No.

13   415 were published in open court.)

14   BY MR. CRISP:

15   Q.  Now, had you been in this area before?

16   A.  No, sir.  I was not there until I left.

17   Q.  You made a gesture, a finger, whatever gesture to

18   somebody on what would have been your left on the screen.

19   A.  Yes.

20   Q.  Who was that?

21   A.  It was an officer.

22   Q.  Okay.

23   A.  I don't know the name.

24   Q.  Did you -- did he acknowledge you and you responded or

25   you just --

1    A.  I was just acknowledging that he's there and that I'm

2    going the way I need to go.  I do believe that he pointed me

3    in the direction to where I'm headed, which is back into the

4    Crypt and then I guess back down the original hallway as I

5    entered through.

6                MR. CRISP:  Exhibit 416, starting at 1:18, please.

7                (Whereupon, segments of Government's Exhibit No.

8    416 were published in open court.)

9    BY MR. CRISP:

10   Q.  Now, do you recognize this area?

11   A.  Yes, sir.

12   Q.  And this is an area that you had come in.  Right?

13   A.  Correct.

14   Q.  Now, is that you just approaching right there?

15   A.  Yes, sir.

16   Q.  So here's a question for you, Tim.

17   A.  Yes.

18   Q.  You were told to get out.  And there's a big surge and

19   you run, and it looks like you're hiding behind a police

20   officer there.  Why?

21   A.  Because they're police officers and I'm hiding behind a

22   police officer.  Realistically, I mean, it was instinct.

23   Get behind the police instead of --

24   Q.  Why would you get behind the police?

25   A.  What's that?

1    Q.  What was happening that made you run and go behind the

2    police?

3    A.  A huge group of people pushed in and the area I was

4    supposed to leave out kind of got closed off a little,

5    choked off.  And I didn't want to get hit by stuff that was

6    getting knocked over.

7    Q.  We saw you pick up a flag a few moments ago.

8    A.  Yes, sir.

9    Q.  Now you're holding it.  Why?

10   A.  I don't like flags on the floor.  I didn't want someone

11   to trip over it.  That's basically it.

12   Q.  Okay.  So at this point, you see people exiting the

13   building.  Right?

14   A.  Yes, sir.

15   Q.  And you're not.

16   A.  Correct.

17   Q.  Why not?

18   A.  I got distracted.  I had a conversation with someone.  I

19   got distracted.

20   Q.  Okay.  At this point, are you interacting with police?

21   Are you trying to push your way to get in or anything like

22   that?

23   A.  No, sir.  I'm mainly staying out of the way.

24         MR. CRISP:  If we can fast-forward to 6:15,

25   please.

1           (Whereupon, segments of Government's Exhibit No.

2    416 were published in open court.)

3    BY MR. CRISP:

4    Q.  Now you're at the window.  At this point, I believe you

5    choose to leave.  Correct?

6    A.  Yes, sir.

7    Q.  Why now?

8    A.  Because I was told, and I realized I was meandering

9    again.  And it was getting hectic again.  I didn't want to

10   get caught up in it and I didn't want to get in trouble.

11   And I left.

12   Q.  Okay.  Now, what did you do when you left the building

13   there?

14   A.  I wandered around and then I went home so I could go

15   back to work for my overnight shift again.

16   Q.  Did you know that Vice President Pence was in the

17   building?

18   A.  No, I did not, sir.

19   Q.  Did you know there were senators and congresspersons in

20   that building?

21   A.  No, sir, I didn't.

22   Q.  When did you realize that there were?

23   A.  When the police told us where we were, sir.

24   Q.  Okay.  So when did you realize that there -- did you

25   know that the certification was being conducted in that

1    building?

2    A.  After it, yes.

3    Q.  Okay.  After you left the building?

4    A.  After the police told me.  Yes.

5    Q.  Okay.

6    A.  Congress.

7    Q.  Now, was it your intent to ever stop the certification?

8    A.  No, sir.

9    Q.  Was it your intent to do -- what?

10   A.  Just to protest.  It was the only goal I ever had.

11   Q.  Help me understand how going inside a building that you

12   don't know what it is furthered a protest.

13   A.  As stupid as it sounds, I wasn't thinking about it.

14   That's just where I thought we had to go.  And nothing about

15   that building stood out to me as, like, optimal or whatever.

16   I just was not thinking about it.  I was following the

17   crowd.  That's it.

18   Q.  Now, at the time, had you known that the certification

19   was actually being conducted, would you have gone there?

20   A.  No.  I wouldn't have.  No.

21           MR. CRISP:  If I may have a moment, your Honor.

22           THE COURT:  You may.

23   BY MR. CRISP:

24   Q.  Tim, I want to talk about some of the conversations you

25   had about civil war.  What's going on with that?

1   A.  It was more embellishment.  I don't actually want a

2   civil war.  What it was is -- and I do think that -- I think

3   the people in this country are getting angrier and angrier.

4   I don't think people think that the government cares about

5   them.  And I think it's certainly possible that something

6   like that could happen.  And that's basically what I said.

7   Q.  So when you say --

8   A.  I clarify it at the end, sir.

9   Q.  So when you say it's the simplest or the most likely or

10  however you phrased it, what are you saying?

11  A.  I'm saying that my observations tell me it's the most

12  likely option to happen.  Not that it's the best, but that

13  it is the simplest.  And it's most likely to happen.  But

14  it's not something I actually want.

15  Q.  So when you were talking with Mr. Jacobs about that and

16  you say, I believe, something to the effect of "I want to be

17  a part of something historical" or what have you, what did

18  you mean by that?

19  A.  I was a history major.  I love history.  And I've always

20  wanted to feel like I was part of something bigger than

21  myself.  I wanted to be a part of something.

22  Q.  Do you --

23  A.  And -- go ahead, sir.

24  Q.  Do you own a firearm?

25  A.  No.  I've never owned a firearm.  I've never applied for

1    a firearms permit.

2    Q.  And as part of your job, obviously, were you required to

3    fire -- to possess a firearm as part of your job?

4    A.  Yes.  I'm qualified with a .9-millimeter handgun and a

5    Mossberg shotgun in my last job, sir, yes.

6    Q.  So why do you talk about, you know, who has control and,

7    if it happens, one side's going to lose; one side's going to

8    win?  Why do you talk about it in such terminology?

9    A.  I mean, it was just my analysis of how I think it would

10   go down.

11   Q.  Okay.

12   A.  That's basically it.

13   Q.  So how do you reconcile the idea that if there's a civil

14   war, you don't want to see bloodshed, but you think it's the

15   most likely outcome and it's a clean slate?  What do you

16   mean?

17   A.  Basically, it means that if that were to happen, God

18   forbid, it would mean that a lot of the problems that do

19   exist might not be there.  So it would provide a -- I don't

20   know -- a different opportunity for whoever takes control to

21   do different things or whatever.

22           But I wasn't really thinking about it at the time.

23   It was frankly -- I pulled it out of thin air.  I said those

24   kind of things because I didn't think -- I didn't think my

25   roommate cared about my actual opinions.

1           You know, you heard him yourself, actually.  He

2    falls asleep when I actually talk about things for real.  He

3    said I drone on for hours and hours.  That's true.  We

4    didn't get to hear it, but -- historical observations.

5    Q.  Now, there were discussions about LARP-ing and --

6           THE COURT REPORTER:  I'm sorry?

7           MR. CRISP:  LARP.  L-A-R-P, I think.

8           THE WITNESS:  Life action role playing.

9    BY MR. CRISP:

10   Q.  There were discussions about LARP-ing and how the

11   protests are Feds and things of that nature.  What did you

12   mean by that?

13   A.  I meant that after January 6th, anybody who went to

14   attack the Capitol or something like that or went to even

15   protest there would be an idiot.  I just thought that, like,

16   it was clearly -- I mean, in hindsight, I didn't realize how

17   many people were dressed up and wearing costumes and things

18   line that.  I don't know.  It's just internet terminology

19   that we use all the time.  But LARP-ing basically just means

20   that someone is playing pretend.

21   Q.  Now, shortly after this conversation with Mr. Jacobs,

22   you were arrested?

23   A.  That's correct.  Yes.

24   Q.  And you consented to an interview with law enforcement?

25   A.  Yes, sir.

1    Q.  And about how long were you in the interview room, to

2    your recollection?

3    A.  At least five hours, sir.

4    Q.  Okay.  And why did you not invoke and not say anything?

5    A.  Frankly, I wasn't thinking, because part of it -- part

6    of it was I wanted to take responsibility.  Part of it was I

7    was scared.

8          When I -- you heard him say yesterday 15 to 20,

9    well over a dozen agents who pulled me over pointed weapons

10   in my face.  When I was taken out, I didn't resist.  But

11   when I was brought to the ground, a lot of flesh was scraped

12   off my shins.

13          I was worried.  I knew I was in trouble.  I didn't

14   want to resist.  I didn't want to put up a fight.  I just

15   wanted to take accountability, and I was hoping maybe I

16   could resolve it there.  I didn't want to end up in a hole

17   in, you know, the middle of nowhere.  I just -- I was

18   worried.

19          But I also wanted to tell the truth.  And it also

20   doesn't help that I really like attention and I like talking

21   a lot.  And that didn't help, sir.

22   Q.  Fair to say they didn't have to ask you a ton of

23   questions?  You talked quite a bit in that interview, didn't

24   you?

25   A.  Quite a bit, sir.  Yes.

1    Q.  Okay.  Now, I believe I've asked you this, but I'm just

2    going to conclude with this question just for clarity's sake

3    here:  Did you go in with the intent to obstruct

4    certification?

5    A.  No, sir, I did not.

6            MR. CRISP:  No further questions, Judge.  The

7    Government obviously will.

8            THE COURT:  Ms. Seifert?

9            MS. SEIFERT:  A brief indulgence, your Honor.

10                        CROSS-EXAMINATION

11   BY MS. SEIFERT:

12   Q.  Good afternoon, Mr. Hale-Cusanelli.

13   A.  Good afternoon, ma'am.

14   Q.  Now, you've been sitting in the courtroom with us for

15   the last few --

16   A.  Yes.

17   Q.  -- days.  Correct?

18   A.  Yes, ma'am.  Yes.

19   Q.  Just for our court reporter, will you just wait until I

20   finish my question before you answer?  Okay?

21   A.  I'm sorry?

22   Q.  Can you wait until I finish my question before you start

23   your answer?  Our court reporter can only record one voice

24   at a time.

25   A.  Yes, ma'am.

1    Q.  You've been in the courtroom for the last few days.

2    Correct?

3    A.  Correct, ma'am.

4    Q.  You've heard all of the Government's evidence up until

5    now?

6    A.  Yes, ma'am.

7    Q.  You've heard all the Government's witnesses.  Correct?

8    A.  Correct.

9    Q.  You've paid attention to all of the video that the

10   Government has put in.  Correct?

11   A.  Correct.

12   Q.  And all of the text messages from your cell phone that

13   were put into evidence.  Correct?

14   A.  Correct.

15   Q.  Now, you stated on -- let me ask you a -- let me clarify

16   a couple of the statements you made on direct examination.

17   Okay?

18   A.  Okay.

19   Q.  You stated that you went down first on January 6th to

20   the area of the Ellipse.  Is that correct?

21   A.  Yes, ma'am.

22   Q.  And you went there because President Trump was holding a

23   rally.  Is that correct?

24   A.  A speech.  Yes.

25   Q.  You wanted -- well, you wanted to go there because you

Hale-Cusanelli - CROSS - By Ms. Seifert

1    wanted to see the speech.  Is that correct?

2    A.  I wanted to listen and see, if I could.  Yes.

3    Q.  And when you arrived at the Ellipse, President Trump was

4    speaking already?

5    A.  Yes, ma'am.

6    Q.  And you stated that -- when you left, he was still

7    speaking?

8    A.  I believe so.  Yes, ma'am.

9    Q.  Okay.  So you didn't hear everything President Trump

10   said.  Correct?

11   A.  Not everything.

12   Q.  Okay.  But you did hear Trump tell you to go down to the

13   Capitol Building.  Correct?

14   A.  Yes, ma'am.

15   Q.  And he stated to go down to the Capitol -- let me

16   rephrase that.

17          His statement to "Go down to the Capitol" you

18   interpreted as he was going to join you at the Capitol.

19   Correct?

20   A.  Yes, ma'am.

21   Q.  But at that point in time, when you're at the Ellipse,

22   it is not your understanding that the U.S. Capitol has

23   members of Congress inside of it.  Correct?

24   A.  No, ma'am.  I didn't realize that.

25   Q.  What did you think the U.S. Capitol was?

```
1   A.  I thought there was several buildings called Capitol

2   buildings in Washington, D.C.

3            I know this sounds idiotic, but I'm from

4   New Jersey.  And in all my studies -- it's embarrassing to

5   say this.  It sounds idiotic.  I just did not realize that

6   the Capitol Building was synonymous with the Congress.  I

7   literally -- in all -- that's what I was under the

8   impression of.  I thought the building was called Congress

9   and I thought the congregation of the, you know,

10  representatives was also Congress.  It's embarrassing to say

11  this.  I feel like an idiot.  It sounds idiotic, and it is.

12  And --

13  Q.  Okay.  Let me ask you a couple follow up questions on

14  that.

15           So you mentioned you were at the part of the

16  speech where Trump said to go down to the Capitol.  Correct?

17  A.  Yes, ma'am.

18  Q.  You don't recall the actual time that you left.  Is that

19  correct?

20  A.  No, ma'am.

21  Q.  You recall, however -- or do you recall that you in fact

22  made a video walking down the street of Pennsylvania Avenue?

23  A.  Pennsylvania or Constitution.  One of those two, ma'am.

24  Yes.

25  Q.  So I'd like to show you what's been admitted as
```

```
1     Government's 350.6.
2               MS. SEIFERT:  And we can go to Page 6 of this
3     document, please.
4     BY MS. SEIFERT:
5     Q.  Do you see this video that says IMG 4898?
6     A.  Yes, ma'am.
7     Q.  And this one that says 4899?
8     A.  Yes, ma'am.
9     Q.  Okay.  The one that says 4898 states that it was created
10    on January 6th at 12:53 p.m.  Correct?
11    A.  Correct, ma'am.
12    Q.  And the one that's 4899 states that it was created on
13    January 6th at 12:56 p.m.  Correct?
14    A.  Correct, ma'am.
15              MS. SEIFERT:  If we could play these videos.
16              A brief indulgence, your Honor, while I grab my
17    exhibit list.
18              THE COURT:  These have already been admitted,
19    Ms. Seifert?
20              MS. SEIFERT:  They have.  All the phone exhibits
21    were admitted through Agent Deibert.
22              So 4899 -- let's start with 4898.  That's
23    Government's 317, please.
24              (Whereupon, Government's Exhibit No. 317 was
25    published in open court.)
```

Hale-Cusanelli - CROSS - By Ms. Seifert

1    BY MS. SEIFERT:

2    Q.  Did you hear the person speaking in the background of

3    the video that is Government's Exhibit 317?

4    A.  The one just now, ma'am?  Yes, ma'am.

5    Q.  Did that sound like President Trump?

6    A.  Yes.

7    Q.  And again, that video was recorded at 12:53 p.m.

8           Now, the next video is Government's 318, which was

9    recorded at 12:56.

10          MS. SEIFERT:  If we could play that video, please.

11          (Whereupon, Government's Exhibit No. 318 was

12   published in open court.)

13   BY MS. SEIFERT:

14   Q.  Did you hear President Trump speaking in that video?

15   A.  There was a person next to me.  Yes.

16   Q.  I'm sorry.  Did you hear President Trump speaking --

17   A.  There were people next to me who were live-streaming it

18   and there were actually speakers on the other side.  I could

19   hear it.  Yes, ma'am.

20   Q.  Did you hear the music that was being played in the

21   background?

22   A.  Yes.  That was "YMCA," I think.

23   Q.  Shortly after this video was taken, that's when you

24   started walking down Pennsylvania Avenue towards the Capitol

25   or Constitution, whatever your route was?

```
 1    A.  You're asking me, ma'am?

 2    Q.  Yes.

 3    A.  If that's what it is, yes.

 4    Q.  Now, in President Trump's speech, you stated that he

 5    told you to go to the Capitol.  Correct?

 6    A.  Yes.

 7    Q.  Okay.  And do you remember his exact words?

 8    A.  I do not remember the exact words, ma'am.

 9    Q.  Well, I have a transcript of what he said, and I want to

10    ask you if you recall the words.  So do you recall him

11    saying:  Anyone you want, but I think right here we're going

12    to walk down to the Capitol and we're going to steer on

13    our -- excuse me -- cheer on our brave senators and

14    congressmen and -women?

15              Do you recall him saying that?

16    A.  This sounds familiar.  Yes, ma'am.

17    Q.  Do you recall him saying:  Now, it is up to Congress to

18    confront this egregious assault on our democracy?

19              Do you recall him saying words like that?

20    A.  I don't remember that one specifically, ma'am.  No.

21    Q.  But you do recall him saying to walk down to the Capitol

22    and cheer on the senators and the congressmen?  You just

23    said that.  Correct?

24    A.  To my recollection.

25    Q.  And so when the president of the United States told you
```

1    that at the Capitol you're going to cheer on senators and

2    congressmen, your testimony today is that you didn't know

3    that those senators and congressmen were going to be at the

4    Capitol.  Is that right?

5    A.  That's correct, ma'am.  Yes.

6    Q.  Okay.  Despite that President Trump told you to go to

7    the Capitol to, quote, "cheer them on."  Is that right?

8    A.  I don't remember him saying to go into the Capitol.

9    Q.  Is that what -- is that right, is that that's what --

10   you just -- let me rephrase.

11          You just stated that you recalled him saying to go

12   to the Capitol to cheer on the senators and congressmen.

13   You did state that just a minute ago.  Right?

14   A.  To the Capitol.

15   Q.  To cheer on the senators and congressmen.  I believe

16   that's what you said?

17   A.  That sounds familiar.  I don't remember the exact words.

18   Q.  Okay.  So your testimony today is, despite that

19   statement from President Trump, you didn't realize senators

20   and congressmen would be in the Capitol Building at that

21   point in time.  Correct?

22   A.  I did not, ma'am.

23   Q.  Now, you gave us a little bit about your educational

24   background.  I'd just like to go there for a minute.

25          You have an associate's degree in history.  Is

```
 1    that right?
 2    A.  No, ma'am.  I tried to major in it, but I ended up
 3    getting a social science major.
 4    Q.  Okay.  But you were a history major to begin with?
 5    A.  Yes, ma'am.
 6    Q.  What type of history did you major in?
 7    A.  I didn't major in a particular kind.  You didn't need to
 8    for an associate's degree where I went to school, ma'am.
 9    Q.  Did you take classes in American history?
10    A.  I took a few.  Yes.
11    Q.  And in fact, you're pretty well-read, wouldn't you say?
12    A.  I try to be.
13    Q.  There's some text messages, conversations where you talk
14    about that you lost your library and you need to go out and
15    buy more and more books so you can rebuild your library.
16    Isn't that right?
17    A.  Yes.  My mother destroyed all my books.
18    Q.  If you could just answer yes or no, if that's okay, just
19    to keep us moving.  Okay?
20    A.  Yes, ma'am.
21    Q.  And some of the books that you referenced in some of
22    your conversations were George Orwell's *1984*.  Correct?
23    A.  Correct, ma'am.
24    Q.  Books about the Founding Fathers.  Correct?
25    A.  Correct, ma'am.
```

1    Q.  Books about Greek history?

2    A.  Yes, ma'am.

3    Q.  Books about philosophy?

4    A.  Yes, ma'am.

5    Q.  Books about American history?

6    A.  Yes, ma'am.

7    Q.  In fact, you have quoted to your friends and to other

8    people that we've heard from in this case quotes from Thomas

9    Jefferson.  Correct?

10   A.  That's correct, ma'am.

11   Q.  Quotes from Benjamin Franklin.  Correct?

12   A.  That's correct, ma'am.

13   Q.  Including their writings during the Revolutionary War

14   era.  Correct?

15   A.  Correct.

16   Q.  And you're also pretty knowledgeable about politics.  Is

17   that fair to say?

18   A.  Not as knowledgeable as I should be, ma'am.  But yes.

19   Q.  Well, isn't it true that some of your friends actually

20   come to you for questions about the election?

21   A.  My friend who's a car salesman, yes, ma'am.

22   Q.  So let me ask that again.  If you could just answer the

23   question I ask --

24   A.  Yes, ma'am.

25   Q.  -- we can get through this a lot faster.

1    A.  Okay.

2    Q.  Isn't it true that your friends, actually, multiple of

3    your friends, come to you and ask questions about the

4    election, and that's in the text messages that we reviewed

5    earlier?

6    A.  Yes, ma'am.  That's in text messages.  Yes.

7    Q.  And they ask you, for instance, how you think the

8    election is going.  Correct?

9    A.  Correct, ma'am.  Yes.

10   Q.  And when the election night happened, they asked you

11   questions about whether the results could be in fact true.

12   Isn't that correct?

13   A.  That is correct.  Yes.

14   Q.  And after the election was over, when President Trump

15   was challenging the results, they asked you questions about

16   whether certain electors were going to be faithful or

17   unfaithful.  Correct?

18   A.  That's correct.

19         MS. SEIFERT:  If we could pull up Government's

20   350.3.  Actually, I apologize.  We're going to go first to

21   350.2, please.  We can go to Page 409.  Actually, we'll

22   start at the bottom of 408, please.

23   BY MS. SEIFERT:

24   Q.  We're looking at -- there's two different page marks on

25   here.

```
 1              MS. SEIFERT:  This is 21 in the .pdf,

 2     Mr. Casillas.  Thank you.

 3     BY MS. SEIFERT:

 4     Q.  At the bottom of the page on December 14th, 2020, at

 5     2:28 p.m., you sent this message to your friend Justin:

 6     Georgia and Pennsylvania have sent faithless electors.

 7              Is that right?

 8     A.  Yes, ma'am.

 9     Q.  So in December of 2020, you understood that one of the

10     ways to challenge President Biden's election was through the

11     Electoral College process.  Correct?

12     A.  Yes, ma'am.

13              MS. SEIFERT:  If we can go down to the next page,

14     please.

15     BY MS. SEIFERT:

16     Q.  And in response, Mr. Huettler said:  "? Meaning?"

17              And you reply:  "Meaning the electors may not vote

18     how they were told to based on the certified results."

19              Did I read that correctly?

20     A.  Yes, ma'am.

21     Q.  And then in response, Mr. Huettler says:  Hmm.  That's

22     good, I guess.  Really floored by the Supreme Court.

23              And that's on December 14th of 2020.

24              Were you aware on December 14th of 2020 that the

25     Supreme Court had denied the litigation involving the 2020
```

Hale-Cusanelli - CROSS - By Ms. Seifert

1    presidential election that was filed by President Trump?

2    A.  I am aware of a lot of lawsuits that got thrown out.

3    Q.  If you could again just answer my question.

4    A.  Yes, ma'am.

5    Q.  Are you aware that by December 14th of 2020, that the

6    United States Supreme Court had denied President Trump's

7    attempts to overturn the election through the court system?

8    A.  Yes, ma'am.

9    Q.  Okay.

10          MS. SEIFERT:  If we can go to the next text.

11   Scroll down a little bit, please.

12   BY MS. SEIFERT:

13   Q.  This is on December 14 of 2020 at 2:30 p.m.  You state:

14   Georgia actually has competing electors, those representing

15   the governor for Biden and those representing Trump from the

16   legislature.  If this happens enough times, then Mike Pence

17   decides who wins.

18          Did I read that correctly?

19   A.  That sounds correct.

20          MS. SEIFERT:  You can take the exhibit down,

21   please.

22   BY MS. SEIFERT:

23   Q.  So again, fair to say you're pretty informed about the

24   election process and the certification thereof.  Is that

25   fair?

1    A.  Going through this, ma'am, I think I was just repeating

2    what I was reading on the internet.

3    Q.  So you're pretty informed because you've read things on

4    the internet about the Electoral College certification

5    process.  Correct?

6    A.  Not informed enough.

7    Q.  But informed enough to know that Mike Pence would decide

8    the certification.  Correct?

9    A.  Yes, ma'am.

10   Q.  And you heard Daniel Schwager, the counsel for the

11   United States Senate, testify that in fact that is what the

12   Constitution does require, that the vice president certify

13   the election.  Correct?

14   A.  That's correct, ma'am.

15   Q.  So even in December of 2020, you were knowledgeable

16   about that procedure.  Correct?

17   A.  That's correct, ma'am.

18   Q.  Now, you also mentioned that with respect to President

19   Trump and telling you to go to the Capitol -- let me ask

20   you:  Do you recall President Trump making statements about

21   Mike Pence?

22   A.  Not particularly, ma'am.

23   Q.  Okay.  But you do recall being at the Capitol itself and

24   being told by another protester that Mike Pence was not

25   going to overturn the election results.  Correct?

1    A.  That's correct.  Yes.

2    Q.  And so you were standing on the west front of the U.S.

3    Capitol and another protester told you that a tweet or some

4    news article had come out that Mike Pence was not going to

5    go along with the, quote, "Stop the Steal."  Correct?

6    A.  No.  I don't think that's correct.  My recollection,

7    ma'am, is that I learned that in the Crypt, that I had heard

8    about this tweet in the Crypt.  I could be misremembering.

9    I'm not entirely sure.

10   Q.  Well, we can --

11   A.  But I think --

12   Q.  -- refresh your recollection, so just give me one

13   second.

14           MS. SEIFERT:  A brief indulgence.

15           May I switch to the ELMO, please?  Thank you.

16   BY MS. SEIFERT:

17   Q.  I'm going to show you what I'll mark as 110-T, which is

18   a transcript of your interview that you gave to law

19   enforcement in this case.

20           Do you see the cover page?  It says:  Interview of

21   Timothy Hale-Cusanelli on January 15th, 2021.  Did I read

22   that correctly?

23   A.  Yes, ma'am.

24   Q.  And on the first page, it says Proceedings.  And we have

25   S/A Meyers saying:  Today is Friday, January 15th, 2021.

1    The time is 1730.  This is the interview of Timothy

2    Hale-Cusanelli.

3              Did I read that correctly?

4    A.  Yes, ma'am.

5    Q.  Okay.  I'd like to go forward to -- let's start on Page

6    52.  And we'll start at -- you're talking with the agents,

7    just for context, because I know context is important.  You

8    were talking to the agents about why you were at the Capitol

9    on January 6th.

10             MS. SEIFERT:  Oh, this can be published -- sorry.

11   Let me ask defense counsel before I ask.

12             (Confers with opposing counsel privately. )

13             MR. CRISP:  Your Honor --

14             MS. SEIFERT:  I believe that counsel has agreed --

15   and I'll let him state at the microphone -- that he does not

16   object to the portions that we would be seeking to introduce

17   into evidence.

18             MR. CRISP:  That is correct, your Honor.

19             MS. SEIFERT:  So with that, may we show them to

20   the jury at this time?

21             THE COURT:  So you're seeking to move these

22   portions into evidence?

23             MS. SEIFERT:  Yes.  And we will make sure a clean

24   redacted copy that only involves relevant portions is

25   submitted at the end of the day, your Honor.

```
 1            THE COURT:  Without objection?
 2            MR. CRISP:  Your Honor, the only thing I would
 3    request is a limiting instruction for the purpose of -- in
 4    terms of substantive versus impeachment.
 5            MS. SEIFERT:  It's a statement of a party
 6    opponent, so I think it's coming in both for impeachment and
 7    for the truth of the matter, your Honor.
 8            THE COURT:  I think that's correct.
 9            MR. CRISP:  Okay.
10            (Whereupon, Government's Exhibit No. 110-T was
11    entered into evidence.)
12            MS. SEIFERT:  I'm sorry.  Does the jury have it
13    up?
14            THE JURY:  Yes.
15            MS. SEIFERT:  Thank you.
16    BY MS. SEIFERT:
17    Q.  So you're talking about going down to the Capitol just
18    in the sentences before, and about President Trump.  And the
19    question posed was -- I'm on Line 18:  It felt like he
20    definitely wanted you in the Capitol.  Is that what you're
21    saying?  He wanted you there at the protest?
22            Answer:  At least on the grounds, because that's
23    where everyone ended up.  And it -- I don't -- there's no
24    way we just ended up there by accident.  It was, we are
25    going to do a protest at the Capitol.  That's what he
```

1          wanted.

2                    Did I read that correctly?

3          A.  Yes, ma'am, you did.

4          Q.  And then you go on still talking about that being on the

5          grounds.  And on the bottom of Page 53, you say -- actually,

6          let's start a little higher.

7                    The question is:  Was there a thought that by

8          being there you could somehow, like, stop the election from

9          being fraudulent?

10                    I'm not asking about that specific question, but

11         that's what you're talking about.

12                    And then you come down to the next question, which

13         says:  So when that failed, right, did you feel like the

14         crowds felt like it was -- they had to stop it?

15                    And then answer:  Well, nobody really knew.  I

16         don't think people knew at that point.  It was a little

17         after that point, like, we were already there and maybe the

18         conflict had already started and that's when, like, it was

19         going around.  I specifically remember that there was a

20         tweet that someone read to me from the president that Mike

21         Pence didn't have the courage to do the right thing.

22                    Question:  Yeah.

23                    Did I read that correctly?

24         A.  Yes, you did, ma'am.

25         Q.  And then you state:  And that's basically when it fell

1    apart.

2              Correct?

3    A.  That's correct, ma'am.

4    Q.  Okay.  When you were outside the Capitol, you heard

5    people chanting, "Stop the Steal."  Correct?

6    A.  I don't recall if I heard that.  I did hear other

7    chants, though.

8    Q.  And you yourself took part in statements to police

9    officers who were guarding the U.S. Capitol at the west

10   front.  Correct?

11   A.  At the west front?  Could you repeat the question,

12   ma'am?

13   Q.  When you were outside the U.S. Capitol at the west

14   front, you yourself took part in statements against police

15   officers.  Correct?

16   A.  I did.  And I shouldn't have.

17   Q.  Just "yes" or "no" is fine.  Thanks.

18   A.  I'm sorry, ma'am.

19   Q.  Okay.

20             MS. SEIFERT:  If we could please have played

21   304-T -- 304-A.

22             (Whereupon, Government's Exhibit No. 304-A was

23   published in open court.)

24   BY MS. SEIFERT:

25   Q.  Mr. Hale-Cusanelli, that's your voice.  Correct?

1    A.  Yes, ma'am.  That is my voice.

2    Q.  And the statement that you said was that there would be

3    a revolution that would be televised.  Correct?

4    A.  I said:  The revolution will be televised.  I thought I

5    had said "will not be televised, ma'am."  I was trying to

6    quote Malcolm X, but I was very mad.

7    Q.  So the statement that you said on the video was, "The

8    revolution will be televised, cunt."  Correct?

9    A.  Yes, ma'am.  I said that.

10   Q.  And you said that to a police officer who was standing

11   in uniform at the United States Capitol.  Correct?

12   A.  I did say that, ma'am.  Yes.

13   Q.  And you recorded that on video.  Correct?

14   A.  I did do that.  Yes.

15   Q.  And at that point in time -- do you recall exactly when

16   that video was made?

17   A.  It was a moment before going through the scaffolding.

18   Q.  Okay.  At the point of that time, the topic coming out

19   of your mouth was revolution.  Correct?

20   A.  That is what I said.  Yes.

21   Q.  You mentioned that that was the point in time when you

22   were about to go through the scaffolding.  Correct?

23   A.  Slightly before.  Yes.

24   Q.  Okay.  And before you go through the scaffolding, that's

25   when you go and pick up that bike rack that we saw in

1    Government's 450 and you move it to the side.  Correct?

2    A.  It did look like that.  Yes.

3    Q.  Are you saying it's not you?

4    A.  I'm not saying it was not me.

5    Q.  Do you want to watch --

6    A.  It definitely looks like me, and I shouldn't have done

7    what I did.

8    Q.  Okay.  So again, it'll go much faster if you just answer

9    the question I ask you.

10   A.  I apologize.

11   Q.  So that is the point in time before you're going up to

12   the scaffolding that you pick up the bike rack and move it

13   to the side.  Correct?

14   A.  I don't recall the exact order.  I believe all that

15   happened after the flash bangs.

16   Q.  Okay.  Should we watch the video so you can see for

17   yourself what you did?  Or do you recall it from seeing it

18   earlier in court?

19   A.  I recall seeing it, ma'am.  I'm just saying that I don't

20   recall the specific order, which video came before which.

21   But I don't deny that I was in both.

22   Q.  Is it fair to say you moved the bike rack before you

23   went up the stairs?

24   A.  Yes, ma'am.

25   Q.  Okay.  So you're heading up the stairs, and there is a

1    large crowd on the stairs.  Correct?

2    A.  That's correct, ma'am.

3    Q.  And in fact, you have to wait on those stairs for

4    several minutes because there are so many people and they're

5    not making progress on the stairs.  Correct?

6    A.  I'm not sure if that's how it was when I went up it.

7    But yes.

8    Q.  Well, how about right before you entered the

9    scaffolding?  There's a big group of people and they're

10   standing there and they're waiting.  And you can see those

11   people.  Correct?

12   A.  Yes.

13   Q.  And you can see that to your right are all those

14   uniformed police officers in a line of police in front of

15   the west front.  Correct?

16   A.  Correct, ma'am.

17   Q.  And it took you several minutes to get up those stairs.

18   Correct?

19   A.  I don't know how long it took.

20   Q.  Okay.  Well, let me refresh your recollection with that.

21          MS. SEIFERT:  If we can pull up 350.6 again,

22   please.

23   BY MS. SEIFERT:

24   Q.  So this is the report of the metadata from your phone.

25          MS. SEIFERT:  Actually, maybe it would be easier

1    if we go to Government's 200, please.  All these times are

2    in Government's 200, and then we don't have to keep flipping

3    back and forth.

4    BY MS. SEIFERT:

5    Q.  You took a video at the bottom of the stairs.  Correct?

6    A.  Yes.

7    Q.  And then you took a video when you got to the top of the

8    stairs.  Correct?

9    A.  Correct.

10           MS. SEIFERT:  If we could go to Point 1, please.

11   The last video at the bottom of the stairs, that's 305.  If

12   you could pull that up, please.  So that's at 1:58 p.m.

13   BY MS. SEIFERT:

14   Q.  And before we start, do you see this large object in the

15   person's hand next to you at the beginning of this video?

16   A.  Yes.

17   Q.  The silver object?

18   A.  Yes, ma'am.

19   Q.  Do you recognize what that is?

20   A.  No.  I thought it was a crutch.

21   Q.  What's a crush?

22   A.  "Crutch."  To stand on.

23           THE COURT:  "Crutch."

24   BY MS. SEIFERT:

25   Q.  "Crutch."  You thought this metal object was a crutch

1   for walking?

2   A.  Ma'am, I did not really examine it or, like, think about

3   it like that.  I just knew that in this area I saw a lot of

4   people who were hurt.  So it wouldn't have surprised me.  I

5   really didn't think about it.

6   Q.  Okay.

7            MS. SEIFERT:  Let's press play.

8            (Whereupon, segments of Government's Exhibit No.

9   200 were published in open court.)

10  BY MS. SEIFERT:

11  Q.  So this is where you're standing waiting to go up the

12  stairs that are in this scaffolding where the sheets have

13  been ripped off the scaffolding.  Correct?

14  A.  Correct, ma'am.

15  Q.  And you just saw the person to your left, and he had

16  blood on his face.  Correct?

17  A.  Correct.

18  Q.  And you see these other protesters who have things in

19  their hand like that large metal object; not sure what it

20  is, but you definitely noticed it, because it's on the

21  video.  Correct?

22  A.  Yes, ma'am.

23  Q.  And you see other protesters, and they're wearing

24  military gear.  Correct?

25  A.  I don't see any right now.  But yes, there were.

1    Q.  Okay.  This gentleman here has a camouflage backpack,

2    doesn't he?

3    A.  I think you can buy that in -- well --

4    Q.  Does he have a camouflage backpack?

5    A.  What's that, ma'am?

6    Q.  Does he have a camouflage backpack?

7    A.  Yes, he does.

8    Q.  And is it the case that you saw gentlemen in military

9    gear that day, ladies and gentlemen potentially?  You saw

10   other protesters wearing military gear.  Correct?

11   A.  Yes.

12   Q.  And wearing helmets.  Correct?

13   A.  Yes.

14   Q.  And wearing, you know, protective vests.  Correct?

15   A.  Yes.

16   Q.  And then --

17         MS. SEIFERT:  If we can close out of this, please.

18   So that's 158.  We can close this out altogether.  If we can

19   go to the top of the stairs, which is Location 2.

20   BY MS. SEIFERT:

21   Q.  You took a video up here.  That's 308.

22         MS. SEIFERT:  If we can please play that one.

23   This is at 2:12 p.m.

24   BY MS. SEIFERT:

25   Q.  You're at the top of the stairs.

1              MS. SEIFERT:  If we can play the video.

2                   (Whereupon, segments of Government's Exhibit No.

3      308 were published in open court.

4      BY MS. SEIFERT:

5      Q.  Is that you on the video saying "Trump won" at the top

6      of the stairs?

7      A.  Yes, ma'am.  That's me.

8      Q.  So it took approximately 14 minutes for you to get from

9      the bottom of the stairs to this point at the top of the

10     stairs.  Correct?

11     A.  Correct.

12              MS. SEIFERT:  Close that out, please.

13              At this point in time, 12:12, if we could open 2

14     again, please, and play Government's 400, please.  Sorry.

15     Let's play 401.  So this is the view of the west front at

16     12:11.

17                   (Whereupon, segments of Government's Exhibit No.

18     401 were published in open court.)

19     BY MS. SEIFERT:

20     Q.  Do you recognize that area?

21     A.  That's the western terrace.

22     Q.  So this is the west front of the Capitol looking down.

23     This is the ground.  This is the scaffolding that you've

24     just come up at 2:12.  And this is the entrance to the

25     scaffolding right down there.  Do you recognize the area

1    now?

2    A.  Yes.

3    Q.  Earlier in the day, you'd been stationed generally in

4    this area.  Correct?

5    A.  Yes.

6    Q.  Near this tower here that has -- it looks like for TV

7    cameras.  Correct?

8    A.  Correct, ma'am.

9    Q.  At 2:12, when you're at the top of the stairs, do you

10   see all these people who are still on the West Lawn?

11   A.  On the western portion?

12   Q.  Yes.  All these people I'm circling in the general part

13   of the shot at 2:11 p.m.  Do you see all those folks?

14   A.  Could you rephrase that?  You're saying that when I'm at

15   the top of the stairs I see these people?

16   Q.  As you look at the video right now, do you see all the

17   people who are in the West Lawn at 2:11 p.m.?

18   A.  Oh, yes, ma'am.  Yes.

19   Q.  A lot of people in that shot.  Correct?

20   A.  Yes, ma'am.

21   Q.  Maybe thousands of people.  Correct?

22   A.  Yes, ma'am.  Thousands.

23   Q.  Still protesting, it appears, still waving their flags.

24   Correct?

25   A.  Yes, ma'am.

1   Q.  But you're up at the top of the stairs at this time.

2   Correct?

3   A.  Correct, ma'am.

4          MS. SEIFERT:  You can take this down, please.

5          And if we can go inside the Capitol to Point 4,

6   please.  We can pick the video at Location 4.  If we can

7   fast-forward on the video to 2:13, please.  Just a little

8   earlier.

9          THE COURT REPORTER:  Counsel, what exhibit is

10  this, please?

11         MS. SEIFERT:  Oh, I apologize.  I believe this is

12  403.

13         (Whereupon, segments of Government's Exhibit No.

14  403 were published in open court.)

15         MS. SEIFERT:  Can we pause?

16  BY MS. SEIFERT:

17  Q.  You see at 2:13 p.m., these folks here are coming in

18  through this broken window.  Correct?

19  A.  Yes, ma'am, they are.

20  Q.  And you watched this video with us in trial.  Correct?

21  A.  Sorry.  What?

22  Q.  You watched this video with all of us in trial?

23  A.  Yes, I did.

24  Q.  And you watched the people banged on this window.

25  Correct?

Hale-Cusanelli - CROSS - By Ms. Seifert

```
 1    A.  Correct.

 2    Q.  People banged on this window over here.  Correct?

 3    A.  Correct.

 4    Q.  There was banging on this door.  Correct?

 5    A.  Correct.

 6    Q.  And that's all happening at 2:13 p.m.  Correct?

 7    A.  Correct.

 8    Q.  And 23 seconds.  Correct?

 9    A.  Correct.

10    Q.  And you enter about 60 second after this.

11              MS. SEIFERT:  If we can just pull up the video.

12              (Whereupon, segments of Government's Exhibit No.

13    403 were published in open court.)

14              MS. SEIFERT:  Go forward to 2:14 and 5 seconds.

15              (Whereupon, segments of Government's Exhibit No.

16    403 were published in open court.)

17              MS. SEIFERT:  Pause, please.

18    BY MS. SEIFERT:

19    Q.  Did you see yourself right there?

20    A.  Yes, ma'am.

21    Q.  So they're actually outside the door at the front of the

22    door at 2:14 and one second.  Correct?

23    A.  Yes, ma'am.

24    Q.  And from your vantage point, you have a clear

25    perspective of this broken window.  Correct?
```

1    A.  I should.  Yes.

2            MS. SEIFERT:  Now, if we could fast-forward on

3    this video to --

4            A brief indulgence, your Honor.

5            -- four minutes on the counter, please.

6            (Whereupon, segments of Government's Exhibit No.

7    403 were published in open court.)

8            MS. SEIFERT:  Pause here.

9    BY MS. SEIFERT:

10   Q.  Did you see all these folks that were pushed back in the

11   direction I put the arrow, so on the screen from the bottom

12   right up to the top left?

13   A.  Yes.

14   Q.  Did you see yourself shield your face there?

15   A.  Yes, ma'am.

16   Q.  And your position on direct was that you don't recall

17   what was down at the end of that hall.  Right?

18   A.  That's correct.

19   Q.  You do recall standing in the hall and waving a flag at

20   someone?

21   A.  I do recall seeing that.  Yes.

22   Q.  And there's other times in the day where you see police

23   and you stand and you wave that American flag at them,

24   aren't there?

25   A.  There may be.  I don't recall specifically.

Hale-Cusanelli - CROSS - By Ms. Seifert

1    Q.  For instance, when you're down in the Capitol Visitor

2    Center and you're in that long hallway and you see the

3    police posted up at the end of the hall, you stand there and

4    you wave the flag at them.  Correct?

5    A.  I don't recall if I saw them at the end of the hall.

6    It's possible.

7            MS. SEIFERT:  Now, if we could go forward on the

8    video, please, to the Crypt.

9    BY MS. SEIFERT:

10   Q.  You said you got into the Crypt?

11           MS. SEIFERT:  We can take this down, please.

12   BY MS. SEIFERT:

13   Q.  You got into the Crypt and you didn't know what that

14   room was.  Correct?

15   A.  That's correct.

16   Q.  You did know that you were in the Capitol, but you

17   didn't know that Congress was there.  Correct?

18   A.  I -- yes.  I thought I was in the Capitol.  But I didn't

19   know if the Capitol Building was the same as the

20   congressional building.  Yes, ma'am.

21   Q.  Okay.  And you see all the statues around the room.

22   Correct?

23   A.  Correct.

24   Q.  And as you said, it's an impressive room.  Correct?

25   A.  Yes, ma'am.

1    Q.  And it's an impressive building?

2    A.  It is.

3    Q.  When you first entered the Crypt, you're being held back

4    with the other rioters at the edge of the Crypt.  Correct?

5    A.  I don't remember how I entered in.  I don't remember

6    that time.

7    Q.  So it's fair to say at some point you get farther and

8    deeper into the Crypt.  Correct?

9    A.  Yes.

10    Q.  Because you take the video?

11    A.  Yes, ma'am.

12            MS. SEIFERT:  Let's go to Point 6.  Sorry.  It's

13    5.  I apologize.  This is 309, please, if we could play this

14    at 2:26 p.m.

15            (Whereupon, segments of Government's Exhibit

16    No. 309 were published in open court.)

17    BY MS. SEIFERT:

18    Q.  You took this video.  Correct?

19    A.  I did, ma'am.

20    Q.  And you're standing in the Crypt.  Correct?

21    A.  I am standing in.

22    Q.  And the people are screaming "Stop the Steal" inside the

23    Crypt.  Correct?

24    A.  Yes, ma'am.

25    Q.  And President Trump has told you to go to the Capitol to

1    cheer on the congressmen at this point, and they're chanting

2    "Stop the Steal."  Correct?

3    A.  They are chanting "Stop the Steal."  Yes.

4    Q.  And your testimony is even now, you still did not know

5    that there were members of Congress in the building.  Is

6    that correct?

7    A.  That's correct.

8    Q.  Okay.

9              MS. SEIFERT:  Let's go down to the Capitol Visitor

10   Center, please.  So we're going to exit out of here and go

11   to the basement.  We can actually go to Point 9, I think, if

12   you can pull up that video, please.  Actually, let's -- it

13   might be a little bit faster if we pull up 420, please.

14   BY MS. SEIFERT:

15   Q.  You recall 420 is those two videos.  One of you is

16   inside the hallway of the Visitor Center, correct?  And the

17   other one is an exterior shot.  Do you recall seeing that

18   earlier?

19   A.  Yes, ma'am.

20   Q.  Okay.

21             MS. SEIFERT:  If we could play 420, starting at

22   1:23.

23             (Whereupon, segments of Government's Exhibit

24   No. 420 were published in open court.)

25

Hale-Cusanelli - CROSS - By Ms. Seifert

```
 1    BY MS. SEIFERT:

 2    Q.  Do you see yourself in the video?

 3    A.  Yes, ma'am, I do.

 4          MS. SEIFERT:  Can we pause at 1:46 on the counter,

 5    please.

 6    BY MS. SEIFERT:

 7    Q.  Can you circle yourself in this video?

 8    A.  Yes, ma'am.

 9    Q.  And fair to say you have your arms up in the air and

10    you're looking up towards the skylight.  Correct?

11    A.  Correct, ma'am.

12    Q.  Keep watching what you're doing, please.

13          MS. SEIFERT:  If we can play.

14          (Whereupon, segments of Government's Exhibit No.

15    420 were published in open court.)

16    BY MS. SEIFERT:

17    Q.  This motion you made with your hands, where you went up

18    in the air and brought your hands back down to yourself, you

19    do recall seeing yourself in the video doing that multiple

20    times.  Correct?

21    A.  That's correct, ma'am.

22    Q.  All within this area of the skylight.  Correct?

23    A.  Correct, ma'am.

24          (Whereupon, segments of Government's Exhibit No.

25    420 were published in open court.)
```

1          MS. SEIFERT:  Can we pause again, please.

2     BY MS. SEIFERT:

3     Q.  And at 2:15, you see there are protesters standing --

4     rioters standing on top of this glass that's right above

5     where you're standing right now.  Do you see those folks?

6     A.  Yes, ma'am.

7     Q.  You could see them on the day, too.  Correct?

8     A.  Yes, ma'am.

9     Q.  And you were trying to communicate with them.  Correct?

10    A.  I was trying to get their attention.

11    Q.  You were trying to communicate they needed to come

12    inside.  Correct?

13    A.  Yes, ma'am.

14    Q.  You tried multiple times to wave those people in.

15    Correct?

16    A.  Correct.

17    Q.  Because you stated that you needed more people inside.

18    Correct?

19    A.  That's what I said after the fact.

20    Q.  You waved them in multiple times because you needed more

21    people inside.  Correct?

22    A.  I wanted more people.  Yes.

23    Q.  You did want more people inside.  Correct?

24    A.  I -- I acknowledge.  And I shouldn't have been there.

25    We shouldn't have been there.

1    Q.  I'm just asking you a "yes" or "no" question.  Did you

2    want more people inside the Capitol at that point in time

3    when you're standing under the skylight waving people in

4    back and forth for about five minutes?

5    A.  Yes, ma'am.  Yes.

6    Q.  Okay.  Because the force that you had in the Capitol

7    Visitor Center couldn't get past the police that are at the

8    end of this hallway.  Correct?

9    A.  No, ma'am.  That's not why.

10   Q.  Well, there were police at the end of this hallway

11   blocking the progress of the protesters to continue on.

12   Correct?

13   A.  I can't see them.  I don't recall that.

14   Q.  Okay.  So you're in the Visitor Center.  Correct?

15   A.  Who is?

16   Q.  You are in the Visitor Center.  Correct?

17   A.  Yes, ma'am.

18   Q.  And the Visitor Center, as you heard Officer Watts say,

19   is made for tourists.  Right?

20   A.  Yes.

21   Q.  And it has big signs that post where everything is.

22   Right?

23   A.  I don't recall the signs except that small one there.

24   Q.  You don't recall seeing a sign that you were outside of

25   the House of Representatives when you were in this hallway?

1    A.  No, ma'am.

2    Q.  I'm going to show you -- this is 100-T, I believe.  I'm

3    going to highlight the version that I'm using here, so that

4    way I can read it to you and we'll make sure we're all on

5    the same page.

6         MS. SEIFERT:  For counsel, we're on Page 10,

7    starting at Line 3.

8    BY MS. SEIFERT:

9    Q.  I think we actually have this as an electronic exhibit,

10   so let's pull that up so we can read it together.

11        MS. SEIFERT:   So 110-T at Page 10, Line 3.  I'm

12   sorry.  100-T.  I apologize, Mr. Casillas.  100-T.

13   BY MS. SEIFERT:

14   Q.  100-T is a copy of the transcript from your statement

15   that you made to your roommate, Mr. Jacobs.  Correct?

16   A.  That looks correct.  Yes.

17   Q.  And you heard all of those statements yesterday in court

18   when we were here together.  Correct?

19   A.  I did, ma'am.

20        MS. SEIFERT:  And if we could go to Page 10, Line

21   3.

22   BY MS. SEIFERT:

23   Q.  This is you, Mr. Hale-Cusanelli:

24        Maybe.  I'm trying to remember what I did.  I know

25   I used a lot of hand signals.  There were some people who

1    were in a room right -- right before, like, the entrance to

2    the House of Representatives.  And there's, like, a glass

3    ceiling and there's people standing on it and I'm, like,

4    trying to get their attention, like, Yo, we need more

5    people; get down here.

6            And that's kind of -- that's when it kind of fell

7    apart.  I was using some hand signals that I guess could be

8    construed as tactical hand signals, maybe.  I don't know.  I

9    don't remember.  I know I definitely was yelling "Advance" a

10   lot, both inside and outside.  But, you know, yeah.  I don't

11   know.  I wasn't the only person there who's ever worn a

12   fucking uniform.

13           Did I read that correctly?

14   A.  Yes, ma'am.  You read that correctly.

15   Q.  And so when you were standing in this hallway, you knew

16   that you were near the entrance to the House of

17   Representatives.  Correct?

18   A.  No.  I made that part up.  The police told me that.  And

19   I added that into the story to tell to my roommate.

20   Q.  Well, actually, you told us that the police told you you

21   were in Congress.  You never mentioned that the police told

22   you that you were near the House of Representatives.  You

23   didn't say that.

24   A.  The House of Representatives is in Congress, ma'am.

25   Q.  I'm sorry.  Didn't you say --

Hale-Cusanelli - CROSS - By Ms. Seifert

1    A.  The House --

2    Q.  -- that -- I'm sorry.

3    A.  Go ahead.

4    Q.  Let me finish my question so our poor court reporter

5    isn't trying to deal with us.

6    A.  I apologize.

7    Q.  On direct, you stated that the police officer told you

8    that you were, quote, "at Congress."  Those were your words.

9    Correct?

10   A.  Yes.

11   Q.  That's what you said to Mr. Crisp.  Correct?

12   A.  Yes, ma'am.

13   Q.  You made no mention that the police officer told you

14   that you were near the entrance of the House of

15   Representatives.  Correct?

16   A.  Correct, ma'am.  I wasn't giving a direct quote.

17   Q.  Oh, so your testimony today with Mr. Crisp is not

18   precise?  Is that what you're saying?

19   A.  I'm saying it wasn't a direct quote.  I was still being

20   honest.

21   Q.  Okay.  So your testimony is that you were standing in

22   the Capitol Visitor Center near all of the signs that said

23   House of Representatives near the check-in desk for tours to

24   go up to the gallery of the House of Representatives, and

25   that you did not know at that time when you were standing

1   there waving people in saying, "Come on, we need more

2   people," that you were in the area of the House of

3   Representatives.  You did not know that.  Is that what

4   you're saying?

5   A.  Not at the time.  No, ma'am.

6   Q.  Would you agree that is what you said to your roommate a

7   few days later?  Correct?  You agree that we read that

8   correctly?

9   A.  Later on.  Yes, ma'am.

10  Q.  And you also agree that, despite the flash bangs or

11  whatever you experienced earlier in the day, you did recall

12  saying, "Advance, advance, advance" to the rioters who were

13  around you both inside and outside of the Capitol?

14  A.  I did say that.  Yes.

15              THE COURT:  Why don't we take a lunch break here,

16  Ms. Seifert.

17              Ladies and gentlemen, I'll ask you to be back at

18  1:30.  Enjoy your lunch.

19              (Whereupon, the jury exited the courtroom at 12:19

20  p.m. and the following proceedings were had:)

21              MS. SEIFERT:  Did you say 12:30, your Honor?

22  Sorry.  1:30?

23              THE COURT:  1:30.

24              MS. SEIFERT:  Thank you.

25              THE COURT:  I see Mr. Crisp sent a defense theory

1    of the case, if you all can take a look at that and let me

2    know if you have any concerns about it.

3            And, Mr. Crisp, if you can get a proposed limiting

4    instruction to the prosecution as well.

5            See all at 1:30.

6            (Thereupon, a luncheon recess was taken, after

7    which the following proceedings were had:)

8            (Conclusion of morning session.)

1                    <u>**CERTIFICATE**</u>

2

3              I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10             Dated this 26th day of May, 2022.

11

12             <u>/s/ Lisa Edwards, RDR, CRR</u>
               Official Court Reporter
13             United States District Court for the
                 District of Columbia
14             333 Constitution Avenue, Northwest
               Washington, D.C. 20001
15             (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**'**

**'20** [2] - 859:17, 860:10

**/**

**/s** [1] - 938:12

**0**

**00** [2] - 877:21, 883:24
**030** [1] - 877:22

**1**

**1** [1] - 919:10
**10** [3] - 933:6, 933:11, 933:20
**100** [1] - 827:2
**100-T** [4] - 933:2, 933:12, 933:14
**10:06** [1] - 849:15
**10:25** [1] - 849:14
**10:34** [1] - 855:25
**10:56** [1] - 872:11
**11** [1] - 858:4
**110-T** [4] - 821:15, 911:17, 913:10, 933:11
**12:00** [1] - 864:10
**12:11** [1] - 922:16
**12:12** [2] - 878:19, 922:13
**12:19** [1] - 936:19
**12:30** [3] - 834:6, 836:9, 936:21
**12:33** [1] - 878:19
**12:53** [2] - 901:10, 902:7
**12:56** [2] - 901:13, 902:9
**14** [2] - 909:13, 922:8
**14:46** [1] - 888:11
**14th** [4] - 908:4, 908:23, 908:24, 909:5
**15** [2] - 850:3, 896:8
**158** [1] - 921:18
**15th** [2] - 911:21, 911:25
**17110** [1] - 820:20
**1730** [1] - 912:1
**18** [1] - 913:19
**1984** [1] - 905:22
**1:00** [1] - 866:18
**1:18** [1] - 889:6

**1:23** [1] - 929:22
**1:30** [5] - 866:18, 936:18, 936:22, 936:23, 937:5
**1:46** [1] - 930:4
**1:58** [2] - 841:8, 919:12

**2**

**2** [3] - 833:21, 921:19, 922:13
**2.208** [1] - 828:2
**2.209** [3] - 828:3, 828:4, 828:8
**2.501** [1] - 823:7
**20** [2] - 864:21, 896:8
**200** [3] - 919:1, 919:2, 920:9
**20001** [2] - 820:24, 938:14
**2009** [1] - 858:3
**2017** [2] - 871:24, 872:1
**202** [2] - 820:25, 938:15
**2020** [8] - 908:4, 908:9, 908:23, 908:24, 908:25, 909:5, 909:13, 910:15
**2021** [7] - 831:10, 832:7, 835:11, 858:17, 860:21, 911:21, 911:25
**2022** [2] - 820:6, 938:10
**20530** [1] - 820:17
**20th** [1] - 860:14
**21** [1] - 908:1
**21-00037** [1] - 820:3
**21-37** [1] - 822:3
**23** [3] - 830:17, 830:18, 925:8
**2501** [1] - 822:25
**26** [1] - 820:6
**26th** [1] - 938:10
**2:11** [2] - 923:13, 923:17
**2:12** [5] - 854:23, 854:24, 921:23, 922:24, 923:9
**2:13** [3] - 924:7, 924:17, 925:6
**2:14** [2] - 925:14, 925:22
**2:15** [1] - 931:3
**2:26** [2] - 845:5, 928:14
**2:26:02** [1] - 845:18

**2:28** [1] - 908:5
**2:30** [1] - 909:13

**3**

**3** [4] - 849:2, 933:7, 933:11, 933:21
**30** [2] - 864:21, 872:6
**304-A** [2] - 915:21, 915:22
**304-T** [1] - 915:21
**305** [1] - 919:11
**308** [2] - 921:21, 922:3
**309** [2] - 928:13, 928:16
**317** [3] - 901:23, 901:24, 902:3
**318** [2] - 902:8, 902:11
**333** [2] - 820:23, 938:14
**350.2** [1] - 907:21
**350.3** [1] - 907:20
**350.6** [2] - 901:1, 918:21
**354-3269** [2] - 820:25, 938:15
**39** [1] - 876:11
**3:11** [1] - 873:9

**4**

**4** [2] - 924:5, 924:6
**40** [1] - 864:11
**400** [4] - 854:24, 872:11, 872:22, 922:14
**401** [2] - 922:15, 922:18
**403** [10] - 825:1, 873:8, 873:9, 873:11, 924:12, 924:14, 925:13, 925:16, 926:7
**4031** [1] - 820:19
**404** [3] - 825:1, 874:19, 874:21
**406** [2] - 875:21, 875:24
**407** [2] - 876:10, 876:13
**408** [1] - 907:22
**409** [3] - 877:21, 877:24, 907:21
**410** [2] - 878:18, 878:21
**411** [2] - 879:4, 879:6
**412** [2] - 883:23,

884:1
**413** [3] - 887:1, 887:4, 888:1
**414** [2] - 888:2, 888:4
**415** [2] - 888:10, 888:13
**416** [3] - 889:6, 889:8, 891:2
**42** [2] - 858:6, 858:8
**420** [6] - 929:13, 929:15, 929:21, 929:24, 930:15, 930:25
**43** [1] - 823:7
**45** [1] - 841:8
**450** [1] - 917:1
**451** [6] - 821:13, 833:7, 833:10, 833:12, 841:8, 841:11
**452** [8] - 821:13, 833:7, 833:10, 833:12, 844:20, 844:22, 845:18, 846:2
**4898** [3] - 901:5, 901:9, 901:22
**4899** [3] - 901:7, 901:12, 901:22

**5**

**5** [2] - 925:14, 928:13
**511** [6] - 821:13, 833:3, 833:7, 833:10, 833:13, 833:14
**52** [1] - 912:6
**53** [1] - 914:5
**555** [1] - 820:16
**5:35** [1] - 888:2
**5:58** [1] - 887:2
**5th** [1] - 860:21

**6**

**6** [5] - 832:7, 834:18, 835:11, 901:2, 928:12
**60** [1] - 925:10
**601-A** [2] - 834:22, 834:24
**601-C** [1] - 835:21
**605-B** [5] - 821:14, 848:23, 848:25, 849:5, 849:6
**6706** [1] - 820:24
**6:15** [1] - 890:24
**6th** [20] - 831:10, 832:19, 833:18, 834:4, 835:3, 835:5, 836:1, 836:6, 836:18,

837:2, 841:9, 860:25, 861:23, 862:2, 862:21, 895:13, 898:19, 901:10, 901:13, 912:9

**7**

**7:00** [1] - 848:7
**7:53** [1] - 879:4

**8**

**830** [1] - 821:5
**833** [1] - 821:13
**849** [1] - 821:14
**856** [1] - 821:9
**897** [1] - 821:9

**9**

**9** [1] - 929:11
**9-millimeter** [1] - 894:4
**90-degree** [1] - 880:22
**913** [1] - 821:15
**9:18** [1] - 820:7
**9:30** [2] - 822:11, 827:19
**9:39** [1] - 829:20
**9:43** [1] - 875:22

**A**

**a.m** [4] - 820:7, 829:21, 849:16, 855:25
**ability** [1] - 938:7
**able** [3] - 876:2, 876:4, 882:11
**absolutely** [4] - 846:16, 859:15, 869:21, 875:19
**accessing** [1] - 840:18
**accident** [1] - 913:24
**accomplish** [1] - 883:9
**account** [1] - 826:4
**accountability** [1] - 896:15
**accurate** [2] - 857:24, 938:4
**acknowledge** [2] - 888:24, 931:24
**acknowledged** [1] -

940

841:1
**acknowledging** [1] - 889:1
**action** [3] - 838:20, 838:24, 895:8
**Action** [1] - 820:3
**activity** [2] - 846:25, 847:3
**actual** [2] - 894:25, 900:18
**add** [1] - 822:24
**added** [1] - 934:19
**addict** [1] - 857:15
**addicted** [1] - 857:9
**additional** [2] - 843:3, 848:20
**address** [1] - 868:23
**adjacent** [1] - 870:16
**admitted** [7] - 823:13, 834:23, 835:22, 872:16, 900:25, 901:18, 901:21
**adrenaline** [1] - 869:22
**advance** [6] - 831:22, 832:24, 934:9, 936:12
**advances** [2] - 831:17, 831:19
**advantage** [1] - 884:9
**advise** [2] - 829:3, 829:7
**advised** [1] - 840:22
**advocate** [1] - 859:11
**advocated** [1] - 859:1
**afternoon** [3] - 841:9, 897:12, 897:13
**agency** [2] - 830:19, 830:20
**AGENT** [1] - 829:12
**agent** [4] - 830:4, 830:5, 837:23, 842:14
**Agent** [6] - 830:10, 830:14, 841:14, 843:5, 848:15, 901:21
**agents** [6] - 833:19, 835:7, 840:11, 896:9, 912:6, 912:8
**ago** [3] - 853:13, 890:7, 904:13
**agree** [10] - 825:9, 855:12, 860:1, 863:15, 863:16, 863:17, 869:20, 936:6, 936:7, 936:10
**agreed** [1] - 912:14

**ahead** [2] - 893:23, 935:3
**air** [3] - 894:23, 930:9, 930:18
**alcoholic** [1] - 857:10
**alleged** [1] - 826:2
**alleviated** [2] - 858:25
**allowed** [1] - 867:21
**almost** [2] - 841:20, 859:6
**alpha** [2] - 858:6, 858:8
**altogether** [3] - 823:3, 823:14, 921:18
**AMERICA** [1] - 820:3
**America** [1] - 822:3
**American** [4] - 866:6, 871:1, 905:9, 906:5, 926:23
**Americans** [1] - 884:21
**ammunition** [1] - 823:1
**amount** [2] - 864:20, 869:10
**analysis** [1] - 894:9
**AND** [1] - 820:19
**anger** [2] - 884:12, 884:23
**angle** [1] - 880:22
**angrier** [2] - 893:3
**angry** [3] - 870:8, 870:10, 870:11
**answer** [8] - 897:20, 897:23, 905:18, 906:22, 909:3, 913:22, 914:15, 917:8
**apart** [2] - 915:1, 934:7
**apologize** [11] - 842:25, 870:15, 872:9, 882:7, 888:2, 907:20, 917:10, 924:11, 928:13, 933:12, 935:6
**aPPEARANCES** [1] - 820:13
**appeared** [2] - 842:23, 847:19
**applied** [1] - 893:25
**apply** [1] - 825:7
**approach** [2] - 824:1, 850:6
**approaching** [1] - 889:14
**appropriate** [2] - 824:4, 824:10
**approval** [1] - 853:2

**approved** [1] - 850:15
**area** [31] - 834:16, 835:1, 835:15, 835:24, 841:4, 841:23, 844:16, 848:2, 865:13, 866:7, 866:23, 868:3, 871:14, 876:7, 878:23, 879:1, 879:8, 882:11, 886:9, 887:14, 888:15, 889:10, 889:12, 890:3, 898:20, 920:3, 922:20, 922:25, 923:4, 930:22, 936:2
**arms** [2] - 836:21, 930:9
**Arms** [2] - 832:1, 832:21
**Army** [2] - 857:23, 858:2
**arranged** [1] - 822:10
**arrest** [2] - 858:3, 886:5
**arrested** [1] - 895:22
**arrival** [3] - 833:25, 834:19, 834:21
**arrivals** [1] - 834:15
**arrive** [4] - 834:6, 834:13, 836:7, 864:8
**arrived** [5] - 836:12, 842:19, 846:23, 868:14, 899:3
**arriving** [1] - 864:9
**arrow** [1] - 926:11
**article** [1] - 911:4
**aside** [2] - 883:1, 883:11
**asleep** [1] - 895:2
**assault** [1] - 903:18
**assigned** [1] - 831:8
**associate's** [3] - 857:1, 904:25, 905:8
**ASSOCIATES** [1] - 820:19
**attachment** [1] - 834:2
**attack** [1] - 895:14
**attacked** [2] - 868:12, 870:11
**attacking** [1] - 863:20
**attempt** [1] - 886:4
**attempts** [1] - 909:7
**attention** [8] - 863:22, 881:10, 881:18, 883:18, 896:20, 898:9,

931:10, 934:4
**ATTORNEY'S** [1] - 820:15
**attorneys** [1] - 849:11
**audio** [1] - 879:23
**August** [1] - 830:17
**AUSA** [1] - 822:9
**available** [1] - 853:10
**Ave** [1] - 865:8
**Avenue** [3] - 820:23, 834:10, 900:22, 902:24, 938:14
**aware** [7] - 826:8, 860:22, 861:2, 886:11, 908:24, 909:2, 909:5

**B**

**bachelor's** [1] - 857:2
**backed** [2] - 885:14, 886:8
**background** [5] - 856:23, 857:22, 902:2, 902:21, 904:24
**backing** [1] - 880:18
**backpack** [3] - 921:1, 921:4, 921:6
**ballpark** [1] - 866:19
**bang** [3] - 869:2, 869:8, 874:2
**banged** [2] - 924:24, 925:2
**banging** [1] - 925:4
**bangs** [3] - 869:10, 917:15, 936:10
**banter** [1] - 882:5
**barely** [1] - 885:12
**barricades** [1] - 842:5
**barrier** [1] - 868:20
**barriers** [1] - 866:22
**base** [1] - 862:22
**based** [5] - 822:10, 838:15, 868:5, 868:6, 908:18
**basement** [6] - 838:22, 839:14, 839:15, 839:17, 846:13, 929:11
**become** [1] - 861:2
**BEFORE** [1] - 820:10
**began** [3] - 843:13, 844:9, 846:4
**begin** [1] - 905:4
**beginning** [1] - 919:15

**behalf** [3] - 822:8, 822:14, 859:1
**behind** [10] - 824:7, 826:5, 844:14, 845:20, 845:22, 889:19, 889:21, 889:23, 889:24, 890:1
**below** [3] - 839:13, 846:7, 846:8
**bench** [1] - 829:18
**bending** [2] - 870:20, 873:3
**benefit** [1] - 832:5
**Benjamin** [1] - 906:11
**bent** [1] - 880:22
**best** [3] - 865:22, 893:12, 938:7
**between** [1] - 838:6
**Biden** [1] - 909:15
**Biden's** [1] - 908:10
**big** [4] - 877:12, 889:18, 918:9, 932:21
**bigger** [2] - 866:5, 893:20
**bike** [10] - 840:15, 840:17, 840:20, 840:23, 843:10, 866:22, 868:20, 916:25, 917:12, 917:22
**bit** [13] - 856:10, 857:4, 857:21, 863:10, 879:17, 879:21, 880:13, 885:7, 896:23, 896:25, 904:23, 909:11, 929:13
**blessed** [1] - 851:16
**blocking** [1] - 932:11
**blond** [2] - 845:21, 845:23
**blond-brown** [1] - 845:23
**blood** [2] - 869:5, 920:16
**bloodshed** [1] - 894:14
**blue** [1] - 884:22
**bombarded** [1] - 886:6
**Book** [2] - 826:7, 827:23
**books** [7] - 905:15, 905:17, 905:21, 905:24, 906:1, 906:3, 906:5
**born** [2] - 856:16, 856:18
**bothers** [1] - 885:25

**bottom** [8] - 847:15, 907:22, 908:4, 914:5, 919:5, 919:11, 922:9, 926:11

**brave** [1] - 903:13

**breached** [2] - 840:21, 840:23, 847:23

**breaches** [1] - 842:4

**breaching** [8] - 840:15, 840:16, 842:7, 843:10, 846:16, 847:18, 847:19

**break** [3] - 849:11, 849:21, 936:15

**breathe** [1] - 869:16

**brief** [8] - 828:5, 840:13, 842:3, 848:21, 897:9, 901:16, 911:14, 926:4

**briefed** [6] - 838:17, 839:24, 843:5, 843:7, 843:9, 843:16

**briefly** [1] - 859:22

**bring** [3] - 827:17, 863:5, 883:3

**bringing** [1] - 882:24

**broader** [1] - 825:15

**broken** [2] - 924:18, 925:25

**Brookdale** [1] - 856:25

**brother** [2] - 842:17, 882:17

**brothers** [2] - 857:19, 857:20

**brought** [2] - 896:11, 930:18

**brown** [1] - 845:23

**Building** [9] - 831:9, 834:10, 862:7, 862:11, 865:6, 899:13, 900:6, 904:20, 927:19

**building** [35] - 822:19, 842:7, 843:11, 846:16, 847:18, 847:19, 847:24, 854:6, 862:3, 862:7, 862:9, 869:24, 870:1, 870:4, 871:13, 871:15, 874:24, 875:5, 877:10, 878:15, 882:24, 883:4, 888:7, 890:13, 891:12, 891:17, 891:20, 892:1, 892:3, 892:11, 892:15, 900:8, 927:20, 928:1,

929:5

**buildings** [3] - 822:20, 900:1, 900:2

**busts** [1] - 875:14

**buy** [2] - 905:15, 921:3

**BY** [65] - 820:21, 830:9, 833:16, 835:23, 836:5, 838:23, 841:13, 842:10, 845:1, 846:3, 856:13, 864:7, 872:23, 873:12, 874:22, 876:1, 876:14, 877:9, 878:1, 878:22, 879:7, 880:25, 884:2, 887:5, 888:5, 888:14, 889:9, 891:3, 892:23, 895:9, 897:11, 901:4, 902:1, 902:13, 907:23, 908:3, 908:15, 909:12, 909:22, 911:16, 913:16, 915:24, 918:23, 919:4, 919:13, 919:24, 920:10, 921:20, 921:24, 922:4, 922:19, 924:16, 925:18, 926:9, 927:9, 927:12, 928:17, 929:14, 930:1, 930:6, 930:16, 931:2, 933:8, 933:13, 933:22

---

## C

**camera** [3] - 845:20, 851:19, 854:23

**cameras** [2] - 851:18, 923:7

**camouflage** [3] - 921:1, 921:4, 921:6

**candidly** [1] - 854:5

**Capitol** [89] - 822:19, 822:20, 822:21, 831:9, 831:12, 831:15, 831:18, 831:21, 831:25, 832:1, 832:8, 832:19, 832:20, 834:5, 834:9, 834:21, 836:8, 836:17, 836:20, 836:21, 837:23, 838:5, 839:12, 840:10, 840:22, 842:6, 843:2, 844:12, 844:17, 846:20, 847:6, 848:3, 851:4,

852:18, 853:1, 862:7, 862:10, 865:1, 865:6, 865:9, 866:7, 866:9, 866:23, 867:8, 886:17, 895:14, 899:13, 899:15, 899:17, 899:18, 899:22, 899:25, 900:1, 900:6, 900:16, 902:24, 903:5, 903:12, 903:21, 904:1, 904:4, 904:7, 904:8, 904:12, 904:14, 904:20, 910:19, 910:23, 911:3, 912:8, 913:17, 913:20, 913:25, 915:4, 915:9, 915:13, 916:11, 922:22, 924:5, 927:1, 927:16, 927:18, 927:19, 928:25, 929:9, 932:2, 932:6, 933:20, 936:13

**car** [1] - 906:21

**caravans** [1] - 865:8

**care** [3] - 853:1, 862:18, 883:16

**cared** [2] - 881:11, 894:25

**career** [1] - 857:14

**cares** [1] - 881:25, 893:4

**Carriage** [4] - 834:7, 834:8, 846:23, 847:1

**carriage** [3] - 834:11, 834:13, 836:13

**carriageway** [1] - 834:15

**carry** [1] - 849:12

**cars** [3] - 841:14, 841:16, 841:20

**Case** [1] - 822:2

**case** [8] - 826:12, 829:24, 849:10, 849:20, 906:8, 911:19, 921:8, 937:1

**Casillas** [7] - 851:21, 853:22, 853:23, 854:18, 854:23, 908:2, 933:12

**catch** [1] - 861:15

**caught** [1] - 891:10

**ceiling** [1] - 934:3

**cell** [1] - 898:12

**Center** [8] - 927:2, 929:10, 929:16, 932:7, 932:14, 932:16, 932:18, 935:22

**center** [3] - 876:3,

878:4, 879:11

**Central** [2] - 856:18, 856:19

**centralized** [1] - 883:17

**Ceremonial** [5] - 836:15, 839:10, 842:3, 842:11, 844:15

**ceremonial** [1] - 839:11

**certain** [3] - 831:22, 853:9, 907:16

**certainly** [1] - 893:5

**CERTIFICATE** [1] - 938:1

**certification** [12] - 860:8, 861:9, 861:17, 861:18, 861:20, 891:25, 892:7, 892:18, 897:4, 909:24, 910:4, 910:8

**certified** [1] - 908:18

**certifies** [1] - 861:21

**certify** [3] - 853:10, 910:12, 938:4

**Chaclan** [1] - 855:22

**chair** [1] - 887:9

**challenge** [1] - 908:10

**challenging** [1] - 907:15

**chamber** [1] - 848:1

**Chamber** [2] - 837:5, 844:14

**Chambers** [1] - 838:9

**change** [1] - 850:12

**changed** [1] - 886:2

**chanting** [3] - 915:5, 929:1, 929:3

**chants** [1] - 915:7

**chaos** [1] - 867:7

**chaotic** [1] - 869:19

**charge** [1] - 842:14

**Charge** [1] - 843:6

**Charlotte** [10] - 832:12, 832:13, 837:9, 837:19, 837:25, 838:12, 839:7, 842:17, 845:12, 845:22

**chat** [2] - 826:8, 827:16

**chatting** [1] - 875:7

**cheat** [1] - 829:6

**check** [2] - 841:1, 935:23

**check-in** [1] - 935:23

**checking** [2] - 855:21, 875:6

**cheer** [7] - 903:13, 903:22, 904:1, 904:7, 904:12, 904:15, 929:1

**childcare** [1] - 822:10

**choked** [1] - 890:5

**choose** [1] - 891:5

**chronology** [1] - 876:25

**circle** [2] - 845:9, 930:7

**circling** [1] - 923:12

**civil** [3] - 892:25, 893:2, 894:13

**clarify** [4] - 847:5, 850:22, 893:8, 898:15

**clarity's** [1] - 897:2

**clashing** [2] - 867:13, 868:10

**classes** [1] - 905:9

**clean** [2] - 894:15, 912:23

**clear** [5] - 824:19, 844:7, 846:8, 846:9, 925:24

**cleared** [1] - 851:25

**clearing** [2] - 846:10, 882:24

**clearly** [2] - 868:21, 895:16

**CLERK** [2] - 828:3, 828:9

**clerk** [5] - 827:6, 827:22, 858:10, 858:11, 858:13

**client** [1] - 826:18

**clip** [1] - 852:17

**clips** [11] - 851:6, 851:8, 851:10, 851:13, 851:15, 851:16, 851:18, 851:24, 851:25, 852:19, 876:24

**close** [4] - 857:6, 921:17, 921:18, 922:12

**closed** [2] - 835:16, 890:4

**Closed** [1] - 835:24

**closer** [3] - 832:5, 867:2, 867:4

**closest** [1] - 834:10

**closing** [1] - 824:10

**co** [1] - 822:9

**co-counsel** [1] - 822:9

**College** [3] - 856:25, 908:11, 910:4

**COLUMBIA** [2] - 820:1, 820:15

**Columbia** [2] - 820:23, 938:13
**coming** [9] - 834:5, 847:17, 851:24, 865:15, 872:13, 873:13, 913:6, 916:18, 924:17
**comment** [1] - 882:23
**commotion** [1] - 839:20
**communicate** [3] - 857:20, 931:9, 931:11
**communicating** [1] - 876:20
**Community** [1] - 856:25
**company** [2] - 858:16, 858:19
**competing** [1] - 909:14
**compiled** [1] - 852:6
**complete** [1] - 938:6
**completed** [1] - 832:24
**complex** [2] - 841:18, 848:3
**concerns** [2] - 846:14, 937:2
**conclude** [1] - 897:2
**conclusion** [1] - 864:22
**Conclusion** [1] - 937:8
**concurred** [1] - 843:21
**condition** [1] - 842:4
**conduct** [2] - 822:19, 831:16
**conducted** [4] - 861:23, 862:1, 891:25, 892:19
**conduit** [1] - 836:23
**confers** [2] - 872:5, 912:12
**conflict** [1] - 914:18
**confront** [1] - 903:18
**congregation** [1] - 900:9
**Congress** [18] - 861:20, 862:4, 862:6, 862:8, 886:15, 886:17, 886:18, 892:6, 899:23, 900:6, 900:8, 900:10, 903:17, 927:17, 929:5, 934:21, 934:24, 935:8
**congressional** [2] - 834:12, 927:20

**Congressman** [1] - 842:18
**congressmen** [8] - 903:14, 903:22, 904:2, 904:3, 904:12, 904:15, 904:20, 929:1
**congresspersons** [1] - 891:19
**connected** [1] - 887:24
**connecting** [2] - 877:15, 877:17
**connection** [1] - 886:8
**conscious** [1] - 869:24
**consented** [1] - 895:24
**consider** [1] - 882:15
**considered** [1] - 882:17
**considering** [1] - 826:4
**constitutes** [1] - 938:4
**Constitution** [7] - 820:23, 834:10, 865:8, 900:23, 902:25, 910:12, 938:14
**construed** [1] - 934:8
**content** [1] - 852:16
**context** [2] - 912:7
**contingency** [1] - 839:2
**continue** [1] - 932:11
**control** [3] - 853:9, 894:6, 894:20
**conversation** [6] - 840:12, 859:6, 879:21, 881:6, 890:18, 895:21
**conversations** [5] - 882:1, 882:2, 892:24, 905:13, 905:22
**coordinate** [2] - 831:25, 836:22
**coordinated** [1] - 832:20
**coordinating** [1] - 837:21
**cope** [1] - 863:23
**copies** [1] - 853:9
**cops** [5] - 884:11, 884:14, 884:18, 886:2, 887:23
**copy** [2] - 912:24, 933:14
**corner** [1] - 847:17

**correct** [171] - 825:25, 834:2, 849:1, 857:25, 858:18, 859:18, 879:13, 880:9, 882:12, 887:8, 889:13, 890:16, 891:5, 895:23, 897:17, 898:2, 898:3, 898:7, 898:8, 898:10, 898:11, 898:13, 898:14, 898:20, 898:23, 899:1, 899:10, 899:13, 899:19, 899:23, 900:16, 900:19, 901:10, 901:11, 901:13, 901:14, 903:5, 903:23, 904:5, 904:21, 905:22, 905:23, 905:24, 905:25, 906:9, 906:10, 906:11, 906:12, 906:14, 906:15, 907:8, 907:9, 907:12, 907:13, 907:17, 907:18, 908:11, 909:19, 910:5, 910:8, 910:13, 910:14, 910:16, 910:17, 910:25, 911:1, 911:5, 911:6, 912:18, 913:8, 915:2, 915:3, 915:5, 915:10, 915:15, 915:25, 916:3, 916:8, 916:11, 916:13, 916:19, 916:22, 917:1, 917:13, 918:1, 918:2, 918:5, 918:11, 918:15, 918:16, 918:18, 919:5, 919:8, 919:9, 920:13, 920:14, 920:16, 920:17, 920:21, 920:24, 921:10, 921:12, 921:14, 922:10, 922:11, 923:4, 923:7, 923:8, 923:19, 923:21, 923:24, 924:2, 924:3, 924:18, 924:20, 924:25, 925:1, 925:2, 925:3, 925:4, 925:5, 925:6, 925:7, 925:8, 925:9, 925:22, 925:25, 926:18, 927:4, 927:14, 927:15, 927:17, 927:22, 927:23, 927:24, 928:4, 928:8, 928:18, 928:20,

928:23, 929:2, 929:6, 929:7, 929:16, 930:10, 930:11, 930:20, 930:21, 930:22, 930:23, 931:7, 931:9, 931:12, 931:15, 931:16, 931:18, 931:21, 931:23, 932:8, 932:12, 932:14, 932:16, 933:15, 933:16, 933:18, 934:17, 935:9, 935:11, 935:15, 935:16, 936:7
**correctly** [9] - 908:19, 909:18, 911:22, 912:3, 914:2, 914:23, 934:13, 934:14, 936:8
**costumes** [1] - 895:17
**couch** [1] - 842:16
**counsel** [10] - 822:5, 822:9, 828:9, 872:5, 910:10, 912:11, 912:12, 912:14, 924:9, 933:6
**counter** [3] - 854:24, 926:5, 930:4
**counterpart** [2] - 836:19, 837:23
**counterparts** [1] - 838:15
**country** [1] - 893:3
**County** [1] - 856:20
**couple** [5] - 835:20, 839:21, 880:13, 898:16, 900:13
**courage** [1] - 914:21
**Court** [16] - 820:22, 820:22, 825:12, 825:16, 827:6, 827:7, 828:21, 829:3, 851:3, 852:6, 854:12, 908:22, 908:25, 909:6, 938:12, 938:13
**COURT** [92] - 820:1, 822:1, 822:12, 822:15, 822:24, 823:7, 823:12, 823:17, 823:20, 824:2, 824:8, 824:14, 824:23, 825:2, 825:4, 825:19, 825:21, 825:24, 826:1, 826:11, 826:14, 826:16, 826:18, 826:22, 826:24, 827:9, 827:13,

827:15, 827:22, 828:2, 828:4, 828:13, 828:17, 828:24, 829:6, 829:11, 829:13, 829:17, 829:22, 830:5, 833:8, 833:10, 838:19, 845:24, 848:13, 848:15, 848:19, 848:25, 849:3, 849:5, 849:9, 849:17, 849:19, 849:25, 850:3, 850:7, 850:21, 850:23, 852:2, 852:10, 852:20, 853:16, 853:20, 853:22, 853:24, 854:1, 854:11, 854:14, 854:17, 855:12, 855:15, 855:18, 855:21, 856:1, 856:11, 864:2, 864:5, 872:8, 872:16, 872:18, 892:22, 895:6, 897:8, 901:18, 912:21, 913:1, 913:8, 919:23, 924:9, 936:15, 936:23, 936:25
**court** [39] - 832:5, 841:11, 844:22, 846:2, 855:20, 872:22, 873:11, 874:21, 875:24, 876:13, 877:24, 878:21, 879:6, 884:1, 887:4, 888:4, 888:13, 889:8, 891:2, 897:19, 897:23, 901:25, 902:12, 909:7, 915:23, 917:18, 920:9, 922:3, 922:18, 924:14, 925:13, 925:16, 926:7, 928:16, 929:24, 930:15, 930:25, 933:17, 935:4
**Court's** [4] - 824:7, 825:1, 825:7, 872:4
**courtroom** [8] - 829:11, 829:15, 829:20, 849:15, 855:24, 897:14, 898:1, 936:19
**COURTROOM** [5] - 822:2, 829:19, 833:4, 855:23, 872:13
**courts** [1] - 828:7
**cover** [1] - 911:20
**cowboy** [1] - 884:19

**crap** [1] - 883:2
**created** [2] - 901:9, 901:12
**credit** [1] - 884:7
**crime** [1] - 857:10
**crimes** [1] - 824:15
**criminal** [1] - 857:14
**Criminal** [2] - 820:3, 822:2
**Crisp** [16] - 822:14, 822:25, 823:18, 823:23, 826:11, 827:25, 829:8, 848:13, 849:3, 849:17, 856:4, 864:2, 935:11, 935:17, 936:25, 937:3
**CRISP** [93] - 820:18, 820:19, 822:13, 823:19, 824:1, 824:3, 824:10, 824:19, 824:24, 825:3, 825:6, 825:14, 825:23, 825:25, 826:10, 826:13, 826:15, 826:17, 826:21, 826:23, 827:1, 827:12, 828:1, 828:5, 828:10, 829:10, 833:9, 848:14, 849:4, 849:18, 849:21, 850:2, 850:6, 850:10, 852:5, 852:12, 853:18, 854:2, 854:16, 854:20, 855:1, 855:5, 855:17, 856:5, 856:9, 856:13, 864:7, 872:4, 872:6, 872:9, 872:15, 872:17, 872:19, 872:23, 873:7, 873:12, 874:18, 874:22, 875:21, 876:1, 876:10, 876:14, 877:7, 877:9, 877:21, 878:1, 878:18, 878:22, 879:4, 879:7, 880:21, 880:25, 883:23, 884:2, 887:1, 887:5, 888:1, 888:5, 888:10, 888:14, 889:6, 889:9, 890:24, 891:3, 892:21, 892:23, 895:7, 895:9, 897:6, 912:13, 912:18, 913:2, 913:9
**CROSS** [1] - 897:10
**Cross** [1] - 821:3
**CROSS-**

**EXAMINATION** [1] - 897:10
**crowd** [5] - 870:2, 870:5, 870:7, 892:17, 918:1
**crowds** [1] - 914:14
**CRR** [3] - 820:21, 938:3, 938:12
**crush** [1] - 919:21
**crutch** [5] - 919:20, 919:22, 919:23, 919:25
**Crypt** [22] - 847:6, 875:1, 876:16, 876:17, 876:21, 877:1, 877:12, 877:18, 878:10, 886:25, 889:4, 911:7, 911:8, 927:8, 927:10, 927:13, 928:3, 928:4, 928:8, 928:20, 928:23
**cunt** [1] - 916:8
**CUSANELLI** [2] - 820:6, 856:8
**Cusanelli** [11] - 821:9, 822:4, 822:14, 849:25, 856:6, 856:14, 897:12, 911:21, 912:2, 915:25, 933:23

# D

**D.C** [12] - 820:6, 820:17, 820:24, 860:11, 862:12, 863:1, 864:9, 864:14, 871:10, 871:22, 900:2, 938:14
**dancing** [1] - 879:15
**Daniel** [1] - 910:10
**darker** [1] - 845:23
**date** [2] - 860:15, 861:21
**Dated** [1] - 938:10
**daughter** [3] - 832:13, 837:17, 845:22
**days** [4] - 853:13, 897:17, 898:1, 936:7
**deal** [1] - 935:5
**December** [12] - 860:9, 860:10, 860:14, 860:18, 908:4, 908:9, 908:23, 908:24, 909:5, 909:13, 910:15
**decide** [1] - 910:7
**decides** [1] - 909:17

**decision** [2] - 826:19, 869:24
**dedicated** [1] - 827:7
**deeper** [1] - 928:8
**deescalate** [1] - 884:7
**Defendant** [6] - 820:7, 827:24, 828:12, 828:15, 828:22
**DEFENDANT** [2] - 820:18, 821:8
**defense** [14] - 822:17, 826:12, 829:5, 833:6, 849:20, 851:9, 851:17, 851:22, 853:3, 853:5, 856:3, 856:6, 912:11, 936:25
**DEFENSE** [1] - 856:8
**define** [2] - 822:19, 882:7
**definitely** [4] - 913:20, 917:6, 920:20, 934:9
**degree** [3] - 857:1, 904:25, 905:8
**Deibert** [1] - 901:21
**democracy** [1] - 903:18
**demonstrators** [1] - 846:12
**denied** [2] - 908:25, 909:6
**denotes** [1] - 852:17
**deny** [1] - 917:21
**Department** [1] - 830:22
**DEPUTY** [5] - 822:2, 829:19, 833:4, 855:23, 872:13
**describe** [4] - 831:24, 844:11, 863:11, 875:11
**described** [1] - 882:5
**designed** [1] - 825:17
**desk** [1] - 935:23
**despite** [3] - 904:6, 904:18, 936:10
**destroyed** [1] - 905:17
**detail** [5] - 836:20, 836:23, 837:22, 839:7, 842:15
**determination** [2] - 843:18, 843:20
**detour** [1] - 886:24
**different** [8] - 851:24, 852:25,

854:20, 874:7, 880:13, 894:20, 894:21, 907:24
**dignitaries** [1] - 831:14
**Direct** [1] - 821:3
**DIRECT** [2] - 830:8, 856:12
**direct** [7] - 826:3, 886:23, 898:16, 926:16, 935:7, 935:16, 935:19
**directing** [1] - 882:9
**direction** [7] - 842:16, 874:4, 878:8, 879:1, 888:6, 889:3, 926:11
**directions** [1] - 881:3
**directly** [1] - 843:5
**disclose** [2] - 853:5, 853:6
**disclosed** [3] - 853:4, 853:7, 853:13
**discovery** [2] - 850:24, 850:25
**discuss** [1] - 849:12
**discussed** [1] - 838:15
**discussing** [2] - 845:2, 845:10
**discussion** [6] - 840:13, 842:3, 844:8, 857:22, 860:10, 880:7
**discussions** [6] - 834:20, 844:6, 859:16, 869:8, 895:5, 895:10
**disgusting** [2] - 863:14, 863:20
**disorderly** [1] - 822:18
**disoriented** [1] - 869:12
**displayed** [1] - 834:23
**disrespectful** [1] - 871:8
**disruptive** [1] - 822:18
**distance** [1] - 857:11
**distracted** [2] - 890:18, 890:19
**District** [3] - 820:22, 820:23, 938:13
**district** [1] - 938:13
**DISTRICT** [4] - 820:1, 820:1, 820:11, 820:15
**division** [2] - 831:8, 842:6

**document** [4] - 828:9, 833:17, 833:21, 901:3
**done** [4] - 829:2, 840:19, 859:24, 917:6
**door** [9] - 845:7, 847:9, 854:23, 855:2, 855:10, 873:5, 925:4, 925:21, 925:22
**doors** [4] - 871:4, 877:12, 877:18, 887:14
**doorway** [1] - 842:13
**down** [61] - 824:6, 836:3, 837:15, 838:18, 839:14, 839:17, 839:19, 842:1, 844:11, 844:16, 845:16, 846:7, 846:8, 846:19, 847:12, 847:17, 847:22, 848:15, 860:10, 861:4, 861:5, 865:6, 865:8, 865:9, 865:15, 865:23, 870:14, 870:15, 870:19, 870:20, 873:23, 879:11, 885:4, 887:7, 887:9, 887:11, 889:4, 894:10, 898:19, 899:12, 899:15, 899:17, 900:16, 900:22, 902:24, 903:12, 903:21, 908:13, 909:11, 909:20, 913:17, 914:12, 922:22, 922:25, 924:4, 926:17, 927:1, 927:11, 929:9, 930:18, 934:5
**download** [1] - 850:17
**downloaded** [1] - 851:12
**downstairs** [1] - 844:10
**dozen** [1] - 896:9
**dressed** [1] - 895:17
**drive** [2] - 827:7, 865:20
**driver** [1] - 882:11
**driving** [1] - 870:11
**drone** [1] - 895:3
**drug** [1] - 857:15
**drugs** [1] - 857:9
**dual** [1] - 830:23
**dude** [1] - 885:10
**due** [1] - 846:25

944

**during** [4] - 824:9,
848:24, 855:10,
906:13
**dusting** [1] - 873:4
**duty** [1] - 862:25

**E**

**EA** [3] - 838:17,
838:19, 838:20
**early** [3] - 849:11,
857:16, 876:22
**easier** [1] - 918:25
**east** [3] - 840:22,
841:5, 841:22
**edge** [1] - 928:4
**edits** [1] - 823:11
**educational** [2] -
856:23, 904:23
**EDWARDS** [2] -
820:21, 938:3
**Edwards** [1] - 938:12
**effect** [1] - 893:16
**egregious** [1] -
903:18
**either** [3] - 827:24,
831:13, 861:13
**elated** [1] - 866:1
**election** [15] -
859:20, 860:4, 860:5,
906:20, 907:4, 907:8,
907:10, 907:14,
908:10, 909:1, 909:7,
909:24, 910:13,
910:25, 914:8
**elections** [1] -
859:17
**Electoral** [2] -
908:11, 910:4
**electors** [5] - 861:20,
907:16, 908:6,
908:17, 909:14
**electronic** [1] - 933:9
**Eleventh** [1] - 820:16
**Ellipse** [5] - 864:14,
873:18, 898:20,
899:3, 899:21
**ELMO** [1] - 911:15
**email** [2] - 822:17,
834:2
**embarrassed** [1] -
887:21
**embarrassing** [2] -
900:4, 900:10
**embellish** [1] -
881:14
**embellishing** [1] -
881:9
**embellishment** [1] -

893:1
**emergency** [4] -
838:20, 838:24,
839:4, 839:8
**emotional** [2] -
870:12, 884:24
**employed** [1] -
858:16
**employees** [3] -
840:11, 858:25, 859:1
**encounter** [1] -
846:11
**encountered** [1] -
840:7
**end** [10] - 823:8,
823:13, 893:8,
896:16, 912:25,
926:17, 927:3, 927:5,
932:8, 932:10
**ended** [4] - 885:2,
905:2, 913:23, 913:24
**enforcement** [2] -
895:24, 911:19
**engaged** [1] - 841:24
**enjoy** [1] - 936:18
**ensure** [3] - 844:7,
846:8, 846:11
**ensured** [1] - 838:17
**enter** [1] - 925:10
**entered** [12] -
829:15, 829:20,
833:13, 840:5, 849:7,
855:24, 877:10,
889:5, 913:11, 918:8,
928:3, 928:5
**entirely** [1] - 911:9
**entities** [2] - 836:21,
836:22
**entrance** [6] -
834:11, 836:13,
922:24, 934:1,
934:16, 935:14
**era** [1] - 906:14
**escorted** [1] - 837:19
**ESQ** [3] - 820:14,
820:14, 820:18
**essentially** [4] -
850:11, 850:14,
858:9, 875:14
**established** [1] -
835:2
**evening** [2] - 829:23,
848:6
**event** [2] - 839:1,
839:7
**events** [2] - 831:20,
836:6
**evidence** [11] -
823:13, 833:13,
848:20, 849:7,

849:10, 851:18,
898:4, 898:13,
912:17, 912:22,
913:11
**EVIDENCE** [1] -
821:11
**exact** [10] - 823:11,
835:17, 860:15,
860:17, 861:3,
864:20, 903:7, 903:8,
904:17, 917:14
**exactly** [1] - 916:15
**exaggerate** [1] -
881:14
**exaggerating** [1] -
881:12
**examination** [1] -
898:16
**EXAMINATION** [3] -
830:8, 856:12, 897:10
**examine** [1] - 920:2
**except** [2] - 852:16,
932:23
**excuse** [1] - 830:3,
903:13
**Excuse** [1] - 838:19
**excused** [1] - 848:18
**exhausted** [2] -
870:10
**exhibit** [10] - 834:3,
835:24, 836:3,
845:18, 849:2, 852:6,
901:17, 909:20,
924:9, 933:9
**Exhibit** [54] - 821:13,
821:14, 821:15,
833:3, 833:12,
841:10, 844:21,
846:1, 849:6, 854:24,
872:11, 872:21,
873:8, 873:10,
874:18, 874:20,
875:21, 875:23,
876:10, 876:12,
877:21, 877:23,
878:18, 878:20,
879:4, 879:5, 883:23,
883:25, 887:1, 887:3,
888:1, 888:3, 888:10,
888:12, 889:6, 889:7,
891:1, 901:24, 902:3,
902:11, 913:10,
915:22, 920:8, 922:2,
922:17, 924:13,
925:12, 925:15,
926:6, 928:15,
929:23, 930:14,
930:24
**exhibits** [13] - 827:4,
835:20, 850:10,

850:11, 851:9,
851:19, 851:21,
852:15, 853:4, 853:5,
853:7, 854:19, 901:20
**EXHIBITS** [1] -
821:11
**exist** [1] - 894:19
**exit** [2] - 847:2,
929:10
**exited** [2] - 849:15,
936:19
**exiting** [1] - 890:12
**experienced** [2] -
881:11, 936:11
**extensive** [1] -
862:13
**extent** [1] - 887:24
**exterior** [1] - 929:17
**extremely** [1] -
887:20

**F**

**face** [3] - 896:10,
920:16, 926:14
**facilitate** [1] - 836:25
**facilitating** [1] -
836:16
**fact** [10] - 837:1,
854:12, 857:22,
900:21, 905:11,
906:7, 907:11,
910:11, 918:3, 931:19
**failed** [1] - 914:13
**fair** [14] - 859:3,
862:14, 862:16,
867:12, 869:5,
869:19, 881:14,
896:22, 906:17,
909:23, 909:25,
917:22, 928:7, 930:9
**fairly** [2] - 852:8,
852:10
**faithful** [1] - 907:16
**faithless** [1] - 908:6
**fall** [1] - 885:11
**falls** [1] - 895:2
**familiar** [2] - 903:16,
904:17
**families** [1] - 831:5
**family** [5] - 831:15,
837:1, 837:8, 848:10,
857:5
**family's** [2] - 832:19,
836:17
**fan** [1] - 859:11
**far** [1] - 854:19
**fashion** [2] - 881:7,
882:5

**fast** [4] - 860:21,
890:24, 924:7, 926:2
**fast-forward** [4] -
860:21, 890:24,
924:7, 926:2
**faster** [3] - 906:25,
917:8, 929:13
**father** [2] - 857:13,
857:14
**Fathers** [1] - 905:24
**favorite** [1] - 862:25
**Feds** [1] - 895:11
**fell** [2] - 914:25,
934:6
**fellow** [1] - 859:1
**felt** [3] - 859:14,
913:19, 914:14
**few** [12] - 827:15,
839:19, 868:18,
875:7, 876:20,
876:24, 877:6, 890:7,
897:15, 898:1,
905:10, 936:17
**Fifield** [8] - 822:8,
822:12, 822:22,
823:4, 825:9, 827:13,
827:18, 855:21
**FIFIELD** [13] -
820:14, 822:7,
822:23, 823:5,
823:10, 823:15,
825:11, 825:20,
826:9, 827:14,
852:11, 852:13,
853:19
**fight** [1] - 896:14
**figure** [1] - 851:17
**figuring** [1] - 862:17
**filed** [1] - 909:1
**final** [3] - 822:16,
824:9, 853:7
**finalized** [3] -
851:10, 851:13,
851:14
**finalizes** [1] - 832:25
**finally** [2] - 851:9,
887:20
**fine** [3] - 823:15,
849:24, 915:17
**finger** [1] - 888:17
**finish** [3] - 897:20,
897:22, 935:4
**finished** [1] - 841:20
**fire** [2] - 887:14,
894:3
**firearm** [3] - 893:24,
893:25, 894:3
**firearms** [2] - 823:1,
894:1
**first** [22] - 823:2,

945

823:12, 839:25,
845:19, 846:20,
846:21, 846:22,
847:2, 847:5, 847:13,
853:11, 871:12,
875:8, 877:12,
883:11, 885:15,
886:4, 898:19,
907:20, 911:24, 928:3
**first-floor** [1] -
847:13
**fishing** [1] - 829:14
**fist** [1] - 880:23
**five** [3] - 871:19,
896:3, 932:4
**fix** [1] - 823:22
**fixed** [1] - 842:23
**flag** [15] - 870:24,
870:25, 871:1, 871:3,
871:6, 871:8, 871:9,
871:10, 873:4,
874:13, 876:18,
890:7, 926:19,
926:23, 927:4
**flags** [4] - 866:9,
871:7, 890:10, 923:23
**flash** [1] - 869:2,
869:7, 869:10, 874:2,
917:15, 936:10
**flesh** [1] - 896:11
**flipping** [1] - 919:2
**floor** [20] - 836:14,
837:8, 837:9, 837:25,
838:5, 838:8, 839:11,
839:13, 839:25,
840:4, 844:13,
846:19, 846:20,
846:22, 847:2, 847:5,
847:13, 848:5, 890:10
**Floor** [1] - 820:16
**floored** [1] - 908:22
**fly** [1] - 824:18
**focused** [2] - 831:3,
870:19
**folks** [8] - 827:22,
847:18, 847:19,
855:18, 923:13,
924:17, 926:10, 931:5
**follow** [3] - 870:4,
878:8, 900:13
**followed** [1] - 865:8
**following** [16] -
827:21, 829:16,
829:21, 849:16,
850:5, 850:8, 855:19,
855:25, 866:15,
870:2, 870:6, 871:17,
874:7, 892:16,
936:20, 937:7
**FOR** [6] - 820:1,

820:14, 820:15,
820:18, 821:4, 821:8
**forbid** [1] - 894:18
**force** [1] - 932:6
**foregoing** [1] - 938:4
**foreign** [2] - 831:5,
831:13
**forgetting** [1] -
828:25
**formal** [1] - 832:25
**former** [1] - 859:11
**forming** [1] - 865:7
**forth** [5] - 827:2,
827:3, 842:17, 919:3,
932:4
**forward** [8] - 822:5,
860:21, 890:24,
912:5, 924:7, 925:14,
926:2, 927:7
**Founding** [1] -
905:24
**four** [2] - 840:10,
926:5
**Fourth** [1] - 820:16
**foyer** [1] - 871:14
**Franklin** [1] - 906:11
**frankly** [3] - 829:5,
894:23, 896:9
**fraudulent** [1] -
914:9
**free** [1] - 848:16
**Freehold** [2] -
856:19, 856:22
**frequently** [1] -
857:9
**Friday** [3] - 851:10,
851:15, 911:25
**friend** [2] - 882:16,
906:21, 908:5
**friend's** [1] - 881:10
**friends** [9] - 859:9,
863:7, 863:8, 863:10,
863:12, 906:7,
906:19, 907:2, 907:3
**frivolous** [1] - 854:7
**front** [20] - 841:5,
841:22, 842:13,
845:9, 845:12,
847:10, 851:3,
866:10, 866:14,
867:2, 884:19, 911:2,
915:10, 915:11,
915:14, 918:14,
918:15, 922:15,
922:22, 925:21
**Front** [1] - 820:19
**fucking** [1] - 934:12
**full** [1] - 938:5
**furthered** [1] -
892:12

## G

**G-I-E-B-L-E-S** [1] -
843:6
**gallery** [14] - 837:10,
837:11, 837:15,
837:20, 837:21,
838:1, 838:3, 838:4,
838:7, 838:9, 838:11,
838:13, 839:13,
935:24
**gear** [2] - 920:24,
921:9, 921:10
**general** [2] - 831:24,
838:24, 844:4,
844:12, 923:12
**generally** [5] -
825:21, 826:6, 828:6,
863:11, 923:3
**gentleman** [2] -
845:6, 878:5, 921:1
**gentlemen** [8] -
822:15, 829:22,
830:13, 849:9, 856:1,
921:8, 921:9, 936:17
**George** [1] - 905:22
**Georgia** [2] - 908:6,
909:14
**gesture** [2] - 888:17
**gestures** [1] - 884:16
**gesturing** [1] - 880:2
**Giebles** [6] - 842:14,
843:6, 843:7, 843:14,
843:21, 844:8
**glass** [2] - 931:4,
934:2
**goal** [3] - 878:11,
878:17, 892:10
**God** [1] - 894:17
**GOLT** [1] - 829:12
**goof** [1] - 887:22
**gotta** [2] - 886:14,
886:15
**Government** [19] -
822:6, 823:16, 826:5,
827:4, 828:23, 830:1,
848:19, 848:22,
849:8, 849:10,
850:11, 850:20,
850:24, 851:4, 854:8,
856:2, 870:19, 897:7,
898:10
**government** [1] -
893:4
**GOVERNMENT** [3] -
820:14, 821:4, 830:7
**government's** [2] -
821:13, 821:15
**Government's** [54] -

821:14, 828:11,
828:14, 833:12,
841:10, 844:21,
845:18, 846:1, 849:6,
872:10, 872:15,
872:21, 873:8,
873:10, 874:18,
874:20, 875:23,
876:12, 877:23,
878:20, 879:5,
883:25, 887:1, 887:3,
888:3, 888:12, 889:7,
891:1, 898:4, 898:7,
901:1, 901:23,
901:24, 902:3, 902:8,
901:10, 907:19,
913:10, 915:22,
917:1, 919:1, 919:2,
920:8, 922:2, 922:14,
922:17, 924:13,
925:12, 925:15,
926:6, 928:15,
929:23, 930:14,
930:24
**governor** [1] -
909:15
**grab** [1] - 901:16
**great** [3] - 827:9,
827:15, 829:13
**Greek** [1] - 906:1
**Greg** [1] - 842:18
**grew** [1] - 881:23
**grievances** [1] -
858:25
**ground** [11] - 870:20,
870:24, 871:7,
880:14, 882:8, 882:9,
885:11, 885:23,
896:11, 922:23
**ground-guiding** [4] -
880:14, 882:8, 882:9
**grounds** [4] -
840:18, 866:9,
913:22, 914:5
**group** [5] - 835:7,
841:16, 866:8, 890:3,
918:9
**guarding** [1] - 915:9
**guess** [6] - 834:12,
836:12, 878:16,
889:4, 908:22, 934:7
**guidance** [1] -
825:16
**guiding** [4] - 880:14,
882:8, 882:9
**guy** [2] - 885:22,
885:25
**guys** [4] - 859:6,
882:5, 886:14, 886:15

## H

**H-A-W-A** [1] - 833:20
**hair** [4] - 845:6,
845:20, 845:21,
845:23
**Hale** [10] - 821:9,
822:4, 822:14,
849:25, 856:6,
897:12, 911:21,
912:2, 915:25, 933:23
**HALE** [2] - 820:6,
856:8
**Hale-Cusanelli** [10] -
821:9, 822:4, 822:14,
849:25, 856:6,
897:12, 911:21,
912:2, 915:25, 933:23
**HALE-CUSANELLI**
[2] - 820:6, 856:8
**half** [1] - 857:20
**half-brothers** [1] -
857:20
**halfway** [1] - 845:16
**hall** [4] - 926:17,
926:19, 927:3, 927:5
**hallway** [12] -
839:20, 873:23,
877:15, 877:18,
879:11, 889:4, 927:2,
929:16, 932:8,
932:10, 932:25,
934:15
**hand** [14] - 871:3,
876:18, 880:5, 880:7,
880:10, 880:12,
880:22, 881:8,
884:16, 919:15,
920:19, 933:25,
934:7, 934:8
**handgun** [1] - 894:4
**handles** [1] - 873:5
**hands** [3] - 846:5,
930:17, 930:18
**happy** [3] - 851:17,
851:21
**hard** [2] - 851:20,
869:16
**Harrisburg** [1] -
820:20
**hat** [4] - 873:20,
873:24, 874:1, 884:19
**Hawa** [8] - 833:19,
840:7, 840:8, 840:9,
840:10, 840:12,
841:24, 846:7
**HBC** [1] - 858:20
**head** [9] - 869:1,
869:7, 869:18,

946

873:20, 873:23, 873:24, 874:1, 874:2, 875:13

**headed** [1] - 889:3
**heading** [3] - 846:19, 876:15, 917:25
**heads** [1] - 831:5
**hear** [18] - 824:23, 843:24, 847:14, 847:17, 856:3, 864:16, 864:17, 869:15, 895:4, 899:9, 899:12, 902:2, 902:14, 902:16, 902:19, 902:20, 915:6
**heard** [2] - 823:24, 826:2, 839:19, 843:8, 849:10, 856:2, 859:5, 861:5, 863:14, 868:6, 869:8, 879:8, 883:20, 895:1, 896:8, 898:4, 898:7, 906:8, 910:10, 911:7, 915:4, 915:6, 932:18, 933:17
**hearing** [4] - 853:11, 862:10, 864:4, 869:13
**heavily** [1] - 860:5
**hectic** [1] - 891:9
**held** [2] - 880:21, 928:3
**hell** [1] - 886:20
**helmets** [1] - 921:12
**help** [6] - 851:17, 885:20, 886:1, 892:11, 896:20, 896:21
**hereby** [1] - 938:3
**hiding** [2] - 889:19, 889:21
**high** [3] - 856:21, 856:22, 858:2
**High** [1] - 856:22
**higher** [2] - 832:4, 914:6
**highlight** [1] - 933:3
**hindsight** [1] - 895:16
**historic** [3] - 861:10, 861:12, 863:3
**historical** [2] - 866:5, 893:17, 895:4
**history** [10] - 856:25, 866:6, 893:19, 904:25, 905:4, 905:6, 905:9, 906:1, 906:5
**hit** [8] - 863:1, 867:8, 869:1, 869:7, 870:12, 874:2, 880:19, 890:5
**hmm** [1] - 908:21
**hold** [2] - 831:10,

883:4
**holding** [3] - 842:21, 890:9, 898:22
**hole** [1] - 896:16
**home** [2] - 879:18, 891:14
**Homeland** [1] - 830:22
**honest** [1] - 935:20
**honestly** [1] - 827:1
**Honor** [35] - 822:7, 822:13, 823:5, 823:19, 826:9, 826:15, 826:17, 827:12, 827:14, 828:1, 828:5, 828:6, 828:12, 828:21, 829:4, 829:10, 848:14, 848:21, 849:4, 849:8, 849:18, 853:18, 856:5, 856:9, 872:6, 892:21, 897:9, 901:16, 912:13, 912:18, 912:25, 913:2, 913:7, 926:4, 936:21
**HONORABLE** [1] - 820:10
**hope** [1] - 829:23
**hopefully** [1] - 852:8
**hoping** [1] - 896:15
**hordes** [1] - 875:16
**horrific** [2] - 881:21, 881:22
**horse** [1] - 834:13
**hours** [3] - 895:3, 896:3
**House** [18] - 832:1, 837:15, 837:20, 837:21, 837:24, 838:1, 838:6, 862:9, 932:25, 934:2, 934:16, 934:22, 934:24, 935:1, 935:14, 935:23, 935:24, 936:2
**housekeeping** [1] - 848:22
**HR** [1] - 858:8
**Huettler** [2] - 908:16, 908:21
**huge** [1] - 890:3
**human** [1] - 858:8
**Humvee** [2] - 880:14, 880:18, 882:9
**hundreds** [1] - 865:24
**hurt** [8] - 867:10, 867:11, 870:13, 885:21, 885:24,

886:1, 887:23, 920:4

**I**

**idea** [7] - 868:25, 875:3, 875:10, 875:19, 879:15, 881:21, 894:13
**identical** [1] - 852:16
**identified** [3] - 840:8, 845:19, 851:1
**identify** [3] - 822:5, 845:4, 876:2
**idiot** [2] - 895:15, 900:11
**idiotic** [3] - 900:3, 900:5, 900:11
**IMG** [1] - 901:5
**immediate** [1] - 839:23
**immediately** [2] - 842:9, 845:20
**imminent** [1] - 839:22
**imminently** [1] - 839:9
**impeachment** [2] - 913:4, 913:6
**importance** [1] - 846:9
**important** [1] - 912:7
**impression** [1] - 900:8
**impressive** [2] - 927:24, 928:1
**IN** [1] - 821:11
**inauguration** [4] - 835:6, 838:16, 872:1
**inch** [1] - 871:1
**incident** [2] - 839:1, 840:13
**include** [2] - 825:12, 826:24
**includes** [1] - 822:20
**including** [1] - 906:13
**indicate** [1] - 835:15
**indicates** [1] - 829:12
**individual** [2] - 846:5, 846:6
**individuals** [4] - 832:15, 842:21, 845:10, 847:23
**indulgence** [7] - 828:5, 848:21, 872:4, 897:9, 901:16, 911:14, 926:4
**infantry** [1] - 858:13

**information** [2] - 833:22, 843:3
**informed** [5] - 842:6, 909:23, 910:3, 910:6, 910:7
**ing** [1] - 895:5, 895:10, 895:19
**initial** [1] - 853:14
**injured** [2] - 867:9, 873:21
**inquiry** [1] - 828:22
**insert** [1] - 824:5
**inserting** [1] - 824:11
**inside** [17] - 838:10, 838:13, 855:3, 870:14, 886:6, 892:11, 899:23, 924:5, 928:22, 929:16, 931:12, 931:17, 931:21, 931:23, 932:2, 934:10, 936:13
**inspect** [1] - 835:4
**Inspector** [2] - 842:5, 843:2
**inspector** [2] - 842:24, 843:1
**instance** [3] - 839:6, 907:7, 927:1
**instead** [1] - 889:23
**instinct** [1] - 889:22
**instruction** [13] - 822:18, 823:24, 824:15, 824:20, 824:25, 825:12, 826:12, 826:25, 827:16, 827:23, 828:7, 913:3, 937:4
**instructions** [5] - 822:16, 823:6, 824:9, 825:4, 843:14
**intact** [1] - 835:11
**intend** [2] - 849:22, 861:5
**intends** [1] - 829:8
**intent** [7] - 825:7, 826:5, 876:6, 876:8, 892:7, 892:9, 897:3
**intention** [2] - 823:21, 874:10
**intentionally** [1] - 823:22
**interacting** [4] - 867:13, 886:3, 887:15, 890:20
**interaction** [1] - 885:3
**interest** [3] - 853:1, 859:2, 859:3
**interested** [1] -

825:24
**interests** [1] - 852:21
**interfered** [1] - 885:16
**internet** [3] - 895:18, 910:2, 910:4
**interpreted** [1] - 899:18
**interrupt** [1] - 865:3
**interview** [6] - 895:24, 896:1, 896:23, 911:18, 911:20, 912:1
**introduce** [2] - 830:12, 912:16
**introduced** [2] - 825:13, 852:15
**investigations** [1] - 830:25
**invoke** [1] - 896:4
**involved** [2] - 857:10, 885:12
**involves** [1] - 912:24
**involving** [1] - 908:25
**irregularities** [1] - 859:23
**issue** [1] - 850:10
**issues** [3] - 851:7, 852:1, 872:19
**it'll** [2] - 830:17, 917:8
**itinerary** [3] - 833:1, 833:23, 834:4
**itself** [2] - 836:6, 910:23

**J**

**Jacobs** [9] - 859:5, 879:17, 881:6, 881:7, 882:2, 882:15, 893:15, 895:21, 933:15
**January** [26] - 831:10, 832:7, 832:19, 833:18, 834:4, 834:18, 835:3, 835:5, 835:11, 835:25, 836:6, 836:18, 837:2, 841:9, 858:16, 859:16, 860:21, 861:24, 862:2, 895:13, 898:19, 901:10, 901:13, 911:21, 911:25, 912:9
**Jefferson** [1] - 906:9
**Jersey** [3] - 856:18,

856:19, 900:4
**job** [3] - 894:2, 894:3, 894:5
**jobs** [1] - 884:11
**join** [2] - 839:10, 899:18
**joined** [1] - 858:2
**joining** [1] - 822:10
**joins** [1] - 844:14
**JONATHAN** [1] - 820:18
**Jonathan** [1] - 822:13
**Judge** [5] - 826:13, 833:9, 854:16, 855:17, 897:6
**JUDGE** [1] - 820:11
**jumped** [1] - 862:25
**juror** [3] - 828:19, 828:20, 829:13
**jury** [21] - 822:16, 824:9, 827:8, 827:11, 827:17, 829:19, 829:20, 830:13, 832:5, 833:14, 841:8, 844:19, 849:15, 855:23, 855:24, 856:16, 872:12, 875:12, 912:20, 913:12, 936:19
**JURY** [2] - 820:10, 913:14
**jury's** [1] - 858:7
**Justin** [1] - 908:5

## K

**Karen** [3] - 822:9, 832:11, 845:12
**KAREN** [1] - 820:14
**Kathryn** [1] - 822:7
**KATHRYN** [1] - 820:14
**keep** [11] - 828:17, 855:6, 866:15, 870:6, 871:2, 871:10, 871:17, 881:10, 905:19, 919:2, 930:12
**kind** [13] - 824:16, 826:6, 832:25, 842:23, 843:25, 852:21, 854:18, 884:22, 890:4, 894:24, 905:7, 934:6
**knocked** [1] - 890:6
**knowing** [2] - 839:23, 840:23
**knowledge** [3] - 862:13, 864:13,

879:14
**knowledgeable** [3] - 906:16, 906:18, 910:15
**known** [2] - 833:1, 892:18

## L

**ladies** [6] - 829:22, 830:12, 849:9, 856:1, 921:9, 936:17
**landing** [1] - 846:8
**Lanelle** [2] - 833:19, 840:7
**language** [6] - 824:17, 824:20, 824:24, 825:17, 863:15, 863:21
**Lani** [3] - 834:20, 844:6, 846:7
**lapel** [1] - 864:3
**large** [7] - 852:5, 866:8, 869:9, 918:1, 919:14, 920:19
**larger** [1] - 865:13
**LARP** [5] - 895:5, 895:7, 895:10, 895:19
**LARP-ing** [3] - 895:5, 895:10, 895:19
**last** [11] - 822:17, 827:10, 827:18, 829:13, 853:15, 861:14, 878:25, 894:5, 897:15, 898:1, 919:11
**late** [2] - 864:11, 864:17
**law** [3] - 827:22, 895:24, 911:18
**LAW** [2] - 828:3, 828:9
**Lawn** [2] - 923:10, 923:17
**lawsuits** [1] - 909:2
**lawyers** [2] - 851:6, 851:25
**learn** [1] - 881:1
**learned** [1] - 911:7
**least** [5] - 835:4, 861:15, 884:13, 896:3, 913:22
**leave** [10] - 837:12, 842:20, 848:2, 878:12, 886:9, 886:15, 886:21, 888:7, 890:4, 891:5
**leaving** [1] - 865:7, 888:6

**left** [15] - 848:1, 857:15, 870:7, 871:10, 879:2, 884:3, 888:16, 888:18, 891:11, 891:12, 892:3, 899:6, 900:18, 920:15, 926:12
**legislature** [2] - 862:11, 909:16
**less** [1] - 859:8
**level** [5] - 837:10, 846:21, 847:6, 847:9, 847:13
**liaison** [3] - 831:8, 831:12, 836:19
**library** [2] - 905:14, 905:15
**life** [6] - 857:11, 857:16, 862:8, 862:10, 863:23, 895:8
**lighter** [1] - 845:21
**likely** [4] - 893:9, 893:12, 893:13, 894:15
**limited** [2] - 822:21, 824:6
**limiting** [5] - 823:24, 824:19, 824:25, 913:3, 937:3
**line** [7] - 829:14, 835:2, 835:10, 852:14, 877:19, 895:18, 918:14
**Line** [4] - 913:19, 933:7, 933:11, 933:20
**link** [1] - 863:8
**LISA** [2] - 820:21, 938:3
**Lisa** [2] - 938:12
**list** [2] - 852:6, 901:17
**listed** [1] - 851:19
**listen** [1] - 899:2
**literally** [1] - 900:7
**litigation** [1] - 908:25
**live** [1] - 902:17
**live-streaming** [1] - 902:17
**lived** [1] - 862:22
**LLC** [1] - 820:19
**Lloyd** [9] - 842:6, 842:20, 843:2, 843:8
**load** [1] - 846:25
**loaded** [1] - 846:24
**loads** [2] - 850:25
**lobby** [1] - 844:14
**located** [2] - 844:12, 847:7
**Location** [2] - 921:19, 924:6

**location** [5] - 844:3, 848:2, 874:24, 883:15, 883:17
**look** [9] - 823:8, 826:7, 829:6, 851:6, 863:4, 886:13, 917:2, 923:16, 937:1
**looked** [4] - 839:20, 842:13, 852:1, 885:24
**looking** [11] - 824:22, 842:16, 845:7, 845:19, 847:16, 864:11, 875:11, 878:16, 907:24, 922:22, 930:10
**looks** [6] - 823:7, 852:25, 889:19, 917:6, 923:6, 933:16
**lose** [1] - 894:7
**loss** [1] - 869:13
**lost** [1] - 905:14
**loud** [2] - 847:17, 847:21
**LOUIS** [1] - 820:6
**love** [1] - 893:19
**lunch** [2] - 936:15, 936:18
**luncheon** [1] - 937:6

## M

**ma'am** [110] - 897:13, 897:18, 897:25, 898:3, 898:6, 898:21, 899:5, 899:8, 899:14, 899:20, 899:24, 900:17, 900:20, 900:23, 901:6, 901:8, 901:11, 901:14, 902:4, 902:19, 903:1, 903:8, 903:16, 903:20, 904:5, 904:22, 905:2, 905:5, 905:8, 905:20, 905:23, 905:25, 906:2, 906:4, 906:6, 906:10, 906:12, 906:18, 906:21, 906:24, 907:6, 907:9, 908:8, 908:12, 908:20, 909:4, 909:8, 910:1, 910:9, 910:14, 910:17, 910:22, 911:7, 911:23, 912:4, 914:3, 914:24, 915:3, 915:12, 915:18, 916:1, 916:5, 916:9, 916:12, 917:19, 917:24, 918:2,

918:16, 919:18, 920:2, 920:14, 920:22, 921:5, 922:7, 923:8, 923:18, 923:20, 923:22, 923:25, 924:3, 924:19, 925:20, 925:23, 926:15, 927:20, 927:25, 928:11, 928:19, 928:24, 929:19, 930:3, 930:8, 930:11, 930:21, 930:23, 931:6, 931:8, 931:13, 932:5, 932:9, 932:17, 933:1, 933:19, 934:14, 934:24, 935:12, 935:16, 936:5, 936:9
**mad** [1] - 916:6
**magazines** [1] - 823:1
**magically** [1] - 861:13
**magnificent** [1] - 875:15
**major** [6] - 893:19, 905:2, 905:3, 905:4, 905:6, 905:7
**majored** [1] - 856:25
**majority** [1] - 867:3
**Malcolm** [1] - 916:6
**man** [1] - 845:19
**Management** [1] - 858:20
**map** [1] - 835:10
**march** [2] - 865:1, 865:16
**mark** [2] - 876:5, 911:17
**marked** [2] - 848:23, 852:15
**markings** [2] - 835:14, 849:1
**marks** [1] - 907:24
**mass** [1] - 875:3
**massive** [1] - 869:10
**matter** [5] - 848:22, 857:14, 861:9, 861:13, 913:7
**MC** [1] - 834:6
**McFADDEN** [1] - 820:10
**mean** [23] - 831:19, 834:11, 840:16, 858:7, 862:5, 865:5, 878:12, 878:14, 879:23, 881:4, 882:8, 883:1, 883:6, 886:19, 887:22, 887:23,

889:22, 893:18, 894:9, 894:16, 894:18, 895:12, 895:16

**meandered** [1] - 876:25

**meandering** [2] - 874:9, 891:8

**meaning** [2] - 908:16, 908:17

**means** [4] - 880:18, 882:9, 894:17, 895:19

**meant** [2] - 882:7, 895:13

**meet** [1] - 836:10

**member** [1] - 844:17

**members** [3] - 834:12, 899:23, 929:5

**mention** [1] - 935:13

**mentioned** [5] - 846:18, 900:15, 910:18, 916:21, 934:21

**message** [1] - 908:5

**messages** [4] - 898:12, 905:13, 907:4, 907:6

**messing** [1] - 873:5

**metadata** [1] - 918:24

**metal** [2] - 919:25, 920:19

**Metro** [1] - 867:9

**Meyers** [1] - 911:25

**mic** [1] - 832:3

**Michael** [2] - 845:8, 845:11

**microphone** [2] - 864:3, 912:15

**middle** [5] - 841:16, 845:7, 860:14, 860:17, 896:17

**might** [5] - 828:21, 885:25, 887:24, 894:19, 929:13

**Mike** [7] - 845:19, 909:16, 910:7, 910:21, 910:24, 911:4, 914:20

**military** [6] - 857:21, 858:5, 880:10, 920:24, 921:8, 921:10

**Millennial** [1] - 863:12

**mind** [9] - 823:10, 823:17, 823:21, 825:2, 826:6, 855:21, 860:6, 869:3, 872:10

**minute** [4] - 874:19, 883:22, 904:13,

904:24

**minutes** [12] - 827:15, 839:19, 850:3, 852:12, 864:11, 864:21, 876:24, 918:4, 918:17, 922:8, 926:5, 932:4

**misremembering** [1] - 911:8

**missed** [1] - 828:13

**missing** [1] - 828:18

**mission** [3] - 830:23, 831:1, 831:3

**moment** [5] - 830:6, 866:5, 868:24, 892:21, 916:17

**moments** [1] - 890:7

**Monmouth** [1] - 856:20

**month** [1] - 871:23

**mood** [1] - 865:25

**MORNING** [1] - 820:4

**morning** [18] - 822:1, 822:7, 822:12, 822:13, 822:15, 830:10, 830:11, 830:14, 834:18, 834:20, 835:7, 835:11, 835:25, 853:11, 856:14, 856:15, 862:20, 937:8

**MOS** [1] - 858:5

**Mossberg** [1] - 894:5

**most** [8] - 832:24, 834:9, 863:19, 881:16, 893:9, 893:11, 893:13, 894:15

**mother** [4] - 857:6, 857:9, 857:17, 905:17

**motion** [3] - 843:13, 849:17, 930:17

**motorcade** [8] - 834:6, 834:7, 840:24, 840:25, 841:3, 841:4, 841:17, 841:25

**mouth** [1] - 916:19

**move** [15] - 832:3, 832:4, 836:6, 841:1, 841:20, 842:8, 843:13, 844:1, 844:7, 844:9, 849:19, 877:8, 912:21, 917:1, 917:12

**moved** [2] - 838:1, 844:9, 917:22

**movement** [3] - 833:7, 836:17, 866:5

**movements** [1] -

841:19

**moves** [2] - 843:19, 848:23

**moving** [4] - 841:21, 841:23, 846:13, 905:19

**MR** [91] - 822:13, 823:19, 824:1, 824:3, 824:10, 824:19, 824:24, 825:3, 825:6, 825:14, 825:23, 825:25, 826:10, 826:13, 826:15, 826:17, 826:21, 826:23, 827:1, 827:12, 828:1, 828:5, 828:10, 829:10, 833:9, 848:14, 849:4, 849:18, 849:21, 850:2, 850:6, 850:10, 852:5, 852:12, 853:18, 854:2, 854:16, 854:20, 855:1, 855:5, 855:17, 856:5, 856:9, 856:13, 864:7, 872:4, 872:6, 872:9, 872:15, 872:17, 872:19, 872:23, 873:7, 873:12, 874:18, 874:22, 875:21, 876:1, 876:10, 876:14, 877:7, 877:9, 877:21, 878:1, 878:18, 878:22, 879:4, 879:7, 880:21, 880:25, 883:23, 884:2, 887:1, 887:5, 888:1, 888:5, 888:10, 888:14, 889:6, 889:9, 890:24, 891:3, 892:21, 892:23, 895:7, 895:9, 897:6, 912:13, 912:18, 913:2, 913:9

**MS** [135] - 822:7, 822:23, 823:5, 823:10, 823:15, 825:11, 825:20, 826:9, 827:14, 828:11, 828:14, 828:20, 829:2, 830:2, 830:9, 833:2, 833:5, 833:14, 833:16, 835:21, 835:23, 836:3, 836:5, 838:23, 841:7, 841:12, 841:13, 842:1, 842:10, 844:19, 844:23, 845:1, 845:17, 845:25,

846:3, 848:12, 848:21, 849:1, 849:8, 850:22, 850:24, 852:4, 852:11, 852:13, 853:3, 853:19, 853:21, 853:23, 853:25, 854:12, 854:22, 855:3, 855:14, 897:9, 897:11, 901:2, 901:4, 901:15, 901:20, 902:1, 902:10, 902:13, 907:19, 907:23, 908:1, 908:3, 908:13, 908:15, 909:10, 909:12, 909:20, 909:22, 911:14, 911:16, 912:10, 912:14, 912:19, 912:23, 913:5, 913:12, 913:15, 913:16, 915:20, 915:24, 918:21, 918:23, 918:25, 919:4, 919:10, 919:13, 919:24, 920:7, 920:10, 921:17, 921:20, 921:22, 921:24, 922:1, 922:4, 922:12, 922:19, 924:4, 924:11, 924:15, 924:16, 925:11, 925:14, 925:17, 925:18, 926:2, 926:8, 926:9, 927:7, 927:9, 927:11, 927:12, 928:12, 928:17, 929:9, 929:14, 929:21, 930:1, 930:4, 930:6, 930:13, 930:16, 931:1, 931:2, 933:6, 933:8, 933:11, 933:13, 933:20, 933:22, 936:21

**mud** [1] - 873:18

**multiple** [6] - 855:1, 882:2, 907:2, 930:19, 931:14, 931:20

**music** [1] - 902:20

## N

**name** [2] - 834:14, 888:23

**names** [1] - 855:7

**narrowing** [1] - 824:6

**nature** [3] - 834:1,

880:8, 895:11

**near** [8] - 823:7, 847:13, 923:6, 934:16, 934:22, 935:14, 935:22, 935:23

**necessarily** [2] - 824:12, 874:23

**necessary** [1] - 827:8

**need** [14] - 826:24, 828:25, 831:22, 849:19, 849:23, 851:18, 851:19, 852:14, 852:20, 889:2, 905:7, 905:14, 934:4, 936:1

**needed** [6] - 843:15, 884:22, 886:20, 931:11, 931:17, 931:20

**Neptune** [1] - 856:18

**never** [10] - 857:10, 862:9, 862:16, 862:18, 866:3, 880:12, 893:25, 934:21

**New** [3] - 856:18, 856:19, 900:4

**news** [1] - 911:4

**next** [19] - 830:1, 837:20, 841:1, 841:25, 844:2, 844:4, 848:2, 850:1, 875:18, 876:17, 877:12, 886:22, 902:8, 902:15, 902:17, 908:13, 909:10, 914:12, 919:15

**nice** [1] - 878:15

**night** [2] - 822:17, 907:10

**nihilistic** [1] - 863:12

**nobody** [1] - 914:15

**noise** [1] - 847:21

**nomenclature** [1] - 854:4

**North** [1] - 820:19

**north** [1] - 834:9

**north-most** [1] - 834:9

**Northwest** [3] - 820:16, 820:23, 938:14

**Nos** [2] - 821:13, 833:12

**notes** [2] - 855:13, 938:5

**nothing** [3] - 875:15, 881:2, 892:14

**noticed** [1] - 920:20
**notification** [3] - 832:22, 832:25, 833:17
**notified** [1] - 840:14
**November** [1] - 859:16
**nowhere** [1] - 896:17
**number** [3] - 851:20, 868:17, 869:9
**numbers** [2] - 823:9, 842:7

## O

**object** [8] - 850:20, 851:23, 852:21, 912:16, 919:14, 919:17, 919:25, 920:19
**objection** [9] - 822:22, 822:23, 833:8, 833:10, 837:25, 849:3, 849:5, 852:23, 913:1
**objections** [2] - 833:9, 861:21
**objects** [1] - 833:6
**obligation** [1] - 851:1
**observations** [2] - 893:11, 895:4
**observed** [1] - 835:8
**obstruct** [1] - 897:3
**obstruction** [1] - 826:5
**obvious** [1] - 883:1
**obviously** [6] - 868:19, 877:15, 879:8, 887:6, 894:2, 897:7
**occupational** [1] - 858:5
**occurred** [4] - 844:9, 862:18, 885:5, 885:6
**occurring** [1] - 840:14
**odd** [1] - 824:11
**OF** [4] - 820:1, 820:3, 820:10, 820:15
**offended** [2] - 863:17, 863:19
**offensive** [4] - 825:17, 826:3, 863:14, 863:20
**offensively** [1] - 882:19
**office** [12] - 831:8, 832:20, 838:18, 838:21, 839:11,

839:15, 840:1, 840:5, 842:19, 842:22, 846:18, 858:15
**OFFICE** [1] - 820:15
**Office** [5] - 836:15, 839:10, 842:3, 842:12, 844:15
**officer** [10] - 842:4, 842:24, 858:22, 885:4, 888:21, 889:20, 889:22, 916:10, 935:7, 935:13
**Officer** [3] - 830:3, 848:23, 932:18
**officers** [5] - 839:21, 889:21, 915:9, 915:15, 918:14
**offices** [1] - 832:2
**official** [4] - 851:16, 852:17, 853:12, 938:12
**Official** [1] - 820:22
**often** [1] - 857:10
**old** [1] - 886:1
**older** [1] - 885:25
**on-site** [1] - 836:24
**once** [2] - 832:24, 844:8
**one** [29] - 833:19, 840:11, 855:3, 855:4, 861:15, 868:19, 870:16, 874:9, 874:19, 878:8, 883:15, 884:9, 885:4, 894:7, 897:23, 900:23, 901:7, 901:9, 901:12, 902:4, 903:20, 908:9, 911:12, 921:22, 925:22, 929:15, 929:17, 932:23
**one-on-ones** [1] - 844:9
**ones** [5] - 850:18, 853:16, 855:8, 866:25, 884:9
**open** [34] - 835:16, 841:11, 844:22, 846:2, 855:20, 872:22, 873:11, 874:21, 875:24, 876:13, 877:24, 878:21, 879:6, 884:1, 887:4, 888:4, 888:13, 889:8, 891:2, 901:25, 902:12, 915:23, 920:9, 922:3, 922:13, 922:18, 924:14, 925:13, 925:16, 926:7, 928:16,

929:24, 930:15, 930:25
**opinion** [1] - 862:14
**opinions** [1] - 894:25
**opponent** [1] - 913:6
**opportunity** [2] - 871:9, 894:20
**opposed** [1] - 852:18
**opposing** [2] - 872:5, 912:12
**optimal** [1] - 892:15
**option** [1] - 893:12
**order** [4] - 840:19, 854:15, 917:14, 917:20
**ordnance** [1] - 869:8
**original** [1] - 889:4
**originally** [1] - 824:14
**Orwell's** [1] - 905:22
**ostensibly** [1] - 874:13
**outcome** [1] - 894:15
**outlet** [2] - 881:24
**outside** [11] - 844:13, 855:4, 868:18, 886:5, 915:4, 915:13, 925:21, 932:24, 934:10, 936:13
**overbroad** [1] - 824:21
**overnight** [2] - 862:23, 891:15
**overrule** [1] - 852:22
**overturn** [2] - 909:7, 910:25
**own** [2] - 852:21, 893:24
**owned** [1] - 893:25

## P

**p.m** [17] - 841:9, 845:5, 845:18, 848:7, 901:10, 901:13, 902:7, 908:5, 909:13, 919:12, 921:23, 923:13, 923:17, 924:17, 925:6, 928:14, 936:20
**PAC** [2] - 858:10, 858:13
**packed** [1] - 867:3
**PAGE** [1] - 821:11
**page** [8] - 823:6, 823:8, 907:24, 908:4, 908:13, 911:20, 911:24, 933:5

**Page** [9] - 833:21, 849:2, 901:2, 907:21, 912:5, 914:5, 933:6, 933:11, 933:20
**paid** [1] - 898:9
**pain** [1] - 874:3
**panel** [2] - 829:19, 855:23
**paperwork** [2] - 838:16, 839:17
**paragraph** [2] - 823:3, 823:14
**pardon** [1] - 852:13
**park** [1] - 882:10
**parking** [1] - 864:11
**part** [26] - 824:12, 824:25, 825:1, 830:16, 830:19, 841:18, 850:25, 866:3, 866:4, 874:24, 875:5, 887:21, 887:22, 893:17, 893:20, 893:21, 894:2, 894:3, 896:5, 896:6, 900:15, 915:8, 915:14, 923:12, 934:18
**particular** [4] - 840:23, 874:10, 876:25, 905:7
**particularly** [2] - 874:17, 910:22
**partners** [1] - 837:22
**parts** [2] - 835:5, 835:8
**party** [2] - 827:24, 913:5
**pass** [1] - 846:20
**past** [3] - 842:15, 872:25, 932:7
**path** [4] - 844:6, 844:7, 846:15, 886:23
**Paul** [3] - 821:5, 830:3, 830:14
**PAUL** [1] - 830:7
**pause** [7] - 841:12, 844:23, 924:15, 925:17, 926:8, 930:4, 931:1
**pdf** [1] - 908:1
**Pence** [34] - 832:11, 832:12, 832:18, 834:5, 836:7, 836:12, 836:17, 837:4, 837:9, 837:16, 837:19, 837:25, 838:12, 839:6, 842:15, 842:17, 842:18, 845:8, 845:11, 845:12, 845:13,

845:19, 845:23, 891:16, 909:16, 910:7, 910:21, 910:24, 911:4, 914:21
**Pence's** [9] - 832:23, 833:18, 833:22, 834:19, 837:23, 839:7, 839:11, 840:1, 840:5
**Pennsylvania** [5] - 820:20, 900:22, 900:23, 902:24, 908:6
**people** [73] - 840:15, 840:18, 842:7, 843:9, 845:4, 846:16, 860:1, 863:18, 863:19, 865:7, 865:22, 866:8, 866:11, 866:15, 867:10, 867:11, 867:20, 869:11, 870:13, 871:18, 874:5, 874:7, 874:13, 875:7, 875:17, 876:9, 876:20, 877:6, 878:12, 880:2, 880:5, 881:22, 882:24, 883:3, 883:5, 883:14, 886:1, 887:10, 890:3, 890:12, 893:3, 893:4, 895:17, 902:17, 906:8, 914:16, 915:5, 918:4, 918:9, 918:11, 920:4, 923:10, 923:12, 923:15, 923:17, 923:19, 923:21, 924:24, 925:2, 928:22, 931:14, 931:17, 931:21, 931:22, 931:23, 932:2, 932:3, 933:25, 934:3, 934:5, 936:1, 936:2
**people's** [1] - 883:18
**percent** [1] - 827:2
**perfect** [1] - 844:24
**perhaps** [1] - 860:15
**perimeter** [7] - 835:2, 835:4, 835:5, 835:8, 835:9, 835:10, 835:13
**period** [2] - 855:10, 876:21
**permit** [1] - 894:1
**person** [4] - 902:2, 902:15, 920:15, 934:11
**person's** [1] - 919:15
**personally** [1] - 835:4
**perspective** [2] -

838:5, 925:25
**pertain** [1] - 825:9
**philosophy** [1] - 906:3
**phone** [4] - 842:5, 898:12, 901:20, 918:24
**phrased** [1] - 893:10
**physically** [1] - 848:2
**pick** [4] - 890:7, 916:25, 917:12, 924:6
**picked** [1] - 868:25
**picking** [4] - 868:20, 870:24, 871:6, 873:3
**picture** [1] - 845:7
**pillars** [1] - 875:14
**place** [7] - 837:12, 856:9, 868:8, 874:11, 875:15, 883:11, 885:15
**placed** [1] - 866:22
**Plaintiff** [1] - 820:4
**plan** [3] - 825:21, 871:18, 877:5
**planned** [2] - 841:18, 841:19
**planning** [1] - 839:2
**plans** [2] - 871:19, 877:6
**play** [15] - 845:25, 854:6, 854:7, 854:18, 854:25, 901:15, 902:10, 920:7, 921:22, 922:1, 922:14, 922:15, 928:13, 929:21, 930:13
**played** [4] - 841:7, 855:9, 902:20, 915:20
**playing** [4] - 827:5, 885:7, 895:8, 895:20
**plaza** [1] - 846:24
**podium** [2] - 824:1, 864:5
**Point** [4] - 919:10, 924:5, 928:12, 929:11
**point** [37] - 823:20, 824:6, 837:4, 838:1, 838:4, 838:15, 839:21, 841:17, 842:2, 843:13, 843:17, 843:25, 844:5, 844:8, 847:22, 866:16, 869:1, 879:16, 885:3, 886:2, 890:12, 890:20, 891:4, 899:21, 904:21, 914:16, 914:17, 916:15, 916:18, 916:21,

917:11, 922:9, 922:13, 925:24, 928:7, 929:1, 932:2
**pointed** [3] - 827:22, 889:2, 896:9
**pointing** [3] - 826:1, 878:7, 884:17
**police** [34] - 835:14, 867:9, 867:13, 868:10, 884:7, 884:10, 885:3, 885:13, 886:12, 887:15, 888:7, 889:19, 889:21, 889:22, 889:23, 889:24, 890:2, 890:20, 891:23, 892:4, 915:8, 915:14, 916:10, 918:14, 926:22, 927:3, 932:7, 932:10, 934:18, 934:20, 934:21, 935:7, 935:13
**Police** [11] - 832:1, 832:20, 834:21, 835:18, 835:19, 836:20, 837:23, 843:3, 851:4, 852:18, 867:9
**Police's** [1] - 853:1
**politics** [3] - 859:2, 859:3, 906:16
**poor** [1] - 935:4
**portion** [1] - 923:11
**portions** [4] - 851:1, 912:16, 912:22, 912:24
**posed** [1] - 913:19
**position** [8] - 828:11, 828:14, 831:10, 836:22, 842:23, 844:10, 860:2, 926:16
**possess** [1] - 894:3
**possible** [3] - 869:2, 893:5, 927:6
**post** [1] - 932:21
**posted** [1] - 927:3
**posting** [1] - 835:8
**potentially** [2] - 846:15, 921:9
**powwow** [1] - 884:15
**practice** [1] - 829:7
**precise** [1] - 935:18
**preparation** [1] - 843:25
**prepare** [2] - 832:18, 834:19
**preparing** [1] - 842:20
**preplanning** [2] -

831:20, 839:1
**present** [1] - 842:12
**presidency** [1] - 861:15
**President** [40] - 832:11, 832:18, 832:23, 833:18, 833:22, 834:5, 834:19, 836:7, 836:12, 836:14, 836:16, 837:4, 839:9, 839:11, 840:1, 840:5, 842:3, 842:15, 845:8, 845:11, 859:11, 860:22, 891:16, 898:22, 899:3, 899:9, 902:5, 902:14, 902:16, 903:4, 904:6, 904:19, 907:14, 908:10, 909:1, 909:6, 910:18, 910:20, 913:18, 928:25
**president** [19] - 831:4, 831:14, 839:10, 842:8, 843:4, 843:12, 843:15, 843:22, 843:23, 846:13, 848:1, 861:16, 861:21, 868:7, 903:25, 910:12, 914:20
**president's** [10] - 836:20, 836:23, 837:1, 837:22, 841:4, 841:17, 842:15, 843:17, 846:15, 846:18
**President's** [2] - 842:11, 844:15
**presidential** [1] - 909:1
**press** [1] - 920:7
**pretend** [1] - 895:20
**pretty** [9] - 826:16, 854:11, 862:13, 869:19, 875:15, 905:11, 906:16, 909:23, 910:3
**primarily** [1] - 831:16
**privately** [2] - 872:5, 912:12
**problem** [2] - 852:7, 855:1
**problematic** [1] - 824:5
**problems** [1] - 894:18
**procedure** [1] - 910:16
**procedures** [3] -

838:17, 838:21, 838:24
**proceeded** [1] - 845:15
**proceedings** [11] - 827:21, 829:16, 829:21, 849:16, 850:5, 850:8, 855:19, 855:25, 936:20, 937:7, 938:6
**Proceedings** [1] - 911:24
**process** [9] - 850:13, 851:5, 867:18, 867:19, 871:13, 871:17, 908:11, 909:24, 910:5
**processes** [1] - 862:14
**produced** [2] - 850:25, 938:6
**productive** [1] - 863:24
**professional** [1] - 863:4
**progress** [3] - 829:23, 918:5, 932:11
**projectiles** [1] - 867:8
**proof** [1] - 823:21
**proponent** [1] - 859:11
**proposed** [1] - 937:3
**prosecution** [1] - 937:4
**protectee** [5] - 831:21, 832:7, 839:2, 839:23, 843:19
**protectees** [3] - 831:17, 841:2, 847:16
**protecting** [1] - 831:4
**protection** [1] - 830:25
**protective** [8] - 831:1, 831:2, 831:16, 831:20, 832:15, 836:23, 921:14
**protest** [12] - 865:10, 866:8, 868:3, 871:23, 874:15, 876:8, 883:6, 892:10, 892:12, 895:15, 913:21, 913:25
**protester** [2] - 910:24, 911:3
**protesters** [16] - 841:22, 846:11, 846:14, 867:7, 867:12, 868:10,

868:13, 872:25, 885:4, 886:3, 887:15, 920:18, 920:23, 921:10, 931:3, 932:11
**protesting** [3] - 883:8, 923:23
**protests** [1] - 895:11
**proved** [1] - 826:5
**provide** [1] - 894:19
**public** [2] - 835:16, 851:3
**publish** [3] - 833:14, 851:3, 872:18
**published** [34] - 833:11, 841:11, 844:22, 846:2, 872:12, 872:22, 873:11, 874:21, 875:24, 876:13, 877:24, 878:21, 879:6, 884:1, 887:4, 888:4, 888:13, 889:8, 891:2, 901:25, 902:12, 912:10, 915:23, 920:9, 922:3, 922:18, 924:14, 925:13, 925:16, 926:7, 928:16, 929:24, 930:15, 930:25
**pull** [15] - 849:23, 851:21, 853:24, 854:4, 854:21, 854:23, 855:9, 873:7, 907:19, 918:21, 919:12, 925:11, 929:12, 929:13, 933:10
**pulled** [5] - 861:13, 894:23, 896:9
**pulling** [1] - 872:10
**purpose** [3] - 824:6, 824:7, 913:3
**purposes** [1] - 827:8
**push** [1] - 890:21
**pushed** [2] - 890:3, 926:10
**put** [6] - 850:12, 876:17, 896:14, 898:10, 898:13, 926:11
**putting** [1] - 850:19

## Q

**qualified** [1] - 894:4
**quarter** [1] - 866:18
**questions** [9] - 848:12, 848:14,

896:23, 897:6,
900:13, 906:20,
907:3, 907:11, 907:15
**quick** [2] - 852:8,
852:10
**quickly** [1] - 826:10
**quite** [2] - 896:23,
896:25
**quote** [7] - 846:10,
904:7, 911:5, 916:6,
935:8, 935:16, 935:19
**quote-unquote** [1] -
846:10
**quoted** [1] - 906:7
**quotes** [2] - 906:8,
906:11

## R

**rack** [4] - 868:20,
916:25, 917:12,
917:22
**racks** [6] - 840:15,
840:17, 840:20,
840:23, 843:10,
866:22
**raised** [2] - 856:17,
856:19
**rally** [3] - 860:11,
860:19, 898:23
**rather** [2] - 823:22,
824:17
**RDR** [3] - 820:21,
938:3, 938:12
**read** [15] - 879:22,
905:11, 908:19,
909:18, 910:3,
911:21, 912:3, 914:2,
914:20, 914:23,
933:4, 933:10,
934:13, 934:14, 936:7
**reading** [1] - 910:2
**ready** [3] - 827:19,
851:10, 851:15
**real** [3] - 876:8,
878:11, 895:2
**realistically** [1] -
889:22
**realize** [7] - 862:6,
891:22, 891:24,
895:16, 899:24,
900:5, 904:19
**realized** [2] - 885:13,
891:8
**really** [13] - 853:1,
857:11, 867:9,
875:16, 881:4, 883:6,
886:6, 894:22,
896:20, 908:22,

914:15, 920:2, 920:5
**reason** [1] - 823:9
**rebuild** [1] - 905:15
**recalled** [1] - 904:11
**RECEIVED** [1] -
821:11
**received** [1] - 822:17
**recess** [3] - 827:20,
850:4, 937:6
**recognize** [9] -
834:23, 860:1,
863:24, 864:6,
882:21, 889:10,
919:19, 922:20,
922:25
**recollection** [10] -
865:22, 869:15,
874:11, 884:6,
886:13, 896:2,
903:24, 911:6,
911:12, 918:20
**reconcile** [3] -
850:18, 884:11,
894:13
**record** [5] - 822:6,
845:17, 852:22,
880:21, 897:23
**recorded** [2] - 902:7,
902:9, 916:13
**Red** [3] - 821:3,
826:7, 827:23
**red** [1] - 835:2
**redacted** [1] - 912:24
**reference** [2] - 823:2,
827:5
**referenced** [1] -
905:21
**references** [5] -
823:1, 825:13,
825:15, 825:16, 826:2
**referencing** [1] -
824:25
**referring** [2] -
837:16, 841:3
**refers** [1] - 844:17
**reflect** [2] - 845:17,
845:24
**refresh** [2] - 911:12,
918:20
**related** [1] - 824:12
**relationship** [2] -
857:13, 857:17
**relaying** [1] - 843:22
**released** [1] - 851:8
**relevant** [1] - 912:24
**relocate** [1] - 844:10
**relocated** [1] -
840:25
**relocating** [1] -
841:18

**relocation** [1] - 844:7
**remain** [1] - 830:6
**remember** [45] -
835:17, 859:19,
861:3, 864:8, 866:25,
868:20, 868:21,
869:2, 869:17,
870:17, 870:20,
870:22, 870:23,
871:6, 874:4, 874:5,
874:14, 874:17,
874:23, 874:25,
875:4, 875:11,
877:17, 878:2, 878:5,
878:23, 879:1,
879:22, 880:1, 881:5,
885:9, 885:10,
885:12, 885:22,
886:11, 903:7, 903:8,
903:20, 904:8,
904:17, 914:19,
928:5, 933:24, 934:9
**remove** [1] - 876:4
**rep** [1] - 858:9
**repeat** [2] - 825:22,
915:11
**repeating** [2] -
823:10, 910:1
**rephrase** [5] - 840:3,
865:14, 899:16,
904:10, 923:14
**reply** [1] - 908:17
**report** [1] - 918:24
**reported** [1] - 859:24
**REPORTED** [1] -
820:21
**REPORTER** [4] -
838:19, 864:2, 895:6,
924:9
**reporter** [2] - 832:5,
897:19, 897:23, 935:4
**Reporter** [2] -
820:22, 938:12
**representative** [2] -
858:23, 858:24
**representatives** [1] -
900:10
**Representatives** [9] -
932:25, 934:2,
934:17, 934:22,
934:24, 935:15,
935:23, 935:24, 936:3
**representing** [2] -
909:14, 909:15
**request** [2] - 824:4,
913:3
**requesting** [3] -
822:18, 826:12, 829:8
**require** [1] - 910:12
**required** [2] - 851:4,

894:2
**resist** [2] - 896:10,
896:14
**resolve** [1] - 896:16
**resolved** [1] - 860:8
**resources** [1] - 858:8
**respect** [6] - 830:23,
833:18, 841:21,
843:4, 843:15, 910:18
**respond** [3] - 839:9,
839:25, 843:23
**responded** [2] -
842:2, 888:24
**responding** [1] -
838:21
**response** [2] -
908:16, 908:21
**responsibility** [1] -
896:6
**rest** [1] - 871:2
**rested** [1] - 828:23
**restricted** [2] -
841:23, 844:18
**restroom** [1] -
877:20
**rests** [1] - 849:8
**results** [4] - 907:11,
907:15, 908:18,
910:25
**retained** [1] - 834:14
**retrieve** [1] - 838:16
**return** [2] - 848:5,
848:10
**returned** [2] - 838:9,
848:8
**reverse** [1] - 886:24
**reviewed** [2] -
861:20, 907:4
**revolution** [4] -
916:3, 916:4, 916:8,
916:19
**Revolutionary** [1] -
906:13
**rioters** [5] - 846:12,
846:14, 928:4, 931:4,
936:12
**ripped** [1] - 920:13
**road** [1] - 863:1
**role** [4] - 831:13,
836:16, 838:16, 895:8
**room** [8] - 842:12,
843:25, 875:8,
877:13, 896:1,
927:14, 927:21,
927:24, 934:1
**Room** [1] - 820:24
**roommate** [4] -
894:25, 933:15,
934:19, 936:6
**route** [1] - 902:25

**ruling** [2] - 824:7,
825:1
**run** [4] - 847:23,
851:22, 889:19, 890:1
**running** [1] - 839:21

## S

**S/A** [1] - 911:25
**safe** [2] - 844:10,
846:24
**safely** [1] - 846:25
**SAIC** [4] - 843:5,
843:14, 843:21, 844:8
**sake** [1] - 897:2
**salesman** [1] -
906:21
**sat** [2] - 862:7,
862:17
**saw** [23] - 839:21,
843:24, 865:7, 866:8,
866:21, 867:7, 867:9,
867:10, 867:11,
867:12, 878:25,
887:11, 887:14,
887:19, 890:7,
916:25, 920:3,
920:15, 921:8, 921:9,
927:5
**scaffolding** [10] -
870:17, 916:17,
916:22, 916:24,
917:12, 918:9,
920:12, 920:13,
922:23, 922:25
**scaffolds** [1] -
872:25
**scared** [1] - 896:7
**scene** [1] - 884:3
**school** [4] - 856:21,
856:22, 858:2, 905:8
**School** [1] - 856:22
**Schwager** [1] -
910:10
**science** [2] - 857:1,
905:3
**scraped** [1] - 896:11
**screaming** [1] -
928:22
**screams** [2] -
847:18, 847:21
**screen** [6] - 845:9,
874:24, 879:2, 884:4,
888:18, 926:11
**screening** [2] -
850:13, 851:5
**scroll** [1] - 909:11
**scurrying** [1] -
839:20

**seat** [2] - 829:17, 829:25

**seated** [1] - 862:11

**second** [10] - 823:3, 823:14, 836:14, 839:13, 839:25, 840:4, 846:19, 911:13, 925:10, 925:22

**seconds** [8] - 841:9, 844:24, 845:5, 871:20, 872:7, 876:11, 925:8, 925:14

**Secret** [11] - 830:2, 830:15, 830:16, 830:19, 830:23, 831:2, 831:12, 831:17, 832:16, 836:19, 836:24

**Security** [1] - 830:22

**security** [2] - 851:7, 858:22

**see** [63] - 824:16, 828:7, 835:24, 835:25, 840:5, 841:14, 841:21, 845:4, 850:3, 852:24, 854:19, 864:16, 866:7, 866:14, 867:15, 868:10, 871:3, 878:3, 878:4, 878:15, 878:18, 879:16, 881:10, 881:25, 882:11, 886:1, 886:7, 887:9, 887:10, 887:18, 887:20, 888:1, 890:12, 894:14, 899:1, 899:2, 901:5, 911:20, 917:16, 918:10, 918:13, 919:14, 920:18, 920:23, 920:25, 923:10, 923:13, 923:15, 923:16, 924:17, 925:19, 926:10, 926:14, 926:22, 927:2, 927:21, 930:2, 931:3, 931:5, 931:7, 932:13, 936:25, 937:5

**seeing** [16] - 837:8, 866:25, 867:6, 867:7, 870:12, 870:17, 871:7, 874:4, 874:5, 885:10, 917:17, 917:19, 926:21, 929:17, 930:19, 932:24

**seeking** [6] - 823:24,

825:8, 825:16, 827:24, 912:16, 912:21

**seem** [1] - 860:7

**segment** [1] - 878:20

**segments** [27] - 841:10, 844:21, 846:1, 872:21, 873:10, 874:20, 875:23, 876:12, 877:23, 879:5, 883:25, 887:3, 888:3, 888:12, 889:7, 891:1, 920:8, 922:2, 922:17, 924:13, 925:12, 925:15, 926:6, 928:15, 929:23, 930:14, 930:24

**Seifert** [6] - 822:9, 828:2, 848:19, 897:8, 901:19, 936:16

**SEIFERT** [125] - 820:14, 828:11, 828:14, 828:20, 829:2, 830:2, 830:9, 833:2, 833:5, 833:14, 833:16, 835:21, 835:23, 836:3, 836:5, 838:23, 841:7, 841:12, 841:13, 842:1, 842:10, 844:19, 844:23, 845:1, 845:17, 845:25, 846:3, 848:12, 848:21, 849:1, 849:8, 850:22, 850:24, 852:4, 853:3, 853:21, 853:23, 853:25, 854:12, 854:22, 855:3, 855:14, 897:9, 897:11, 901:2, 901:4, 901:15, 901:20, 902:1, 902:10, 902:13, 907:19, 907:23, 908:1, 908:3, 908:13, 908:15, 909:10, 909:12, 909:20, 909:22, 911:14, 911:16, 912:10, 912:14, 912:19, 912:23, 913:5, 913:12, 913:15, 913:16, 915:20, 915:24, 918:21, 918:23, 918:25, 919:4, 919:10, 919:13, 919:24, 920:7, 920:10, 921:17,

921:20, 921:22, 921:24, 922:1, 922:4, 922:12, 922:19, 924:4, 924:11, 924:15, 924:16, 925:11, 925:14, 925:17, 925:18, 926:2, 926:8, 926:9, 927:7, 927:9, 927:11, 927:12, 928:12, 928:17, 929:9, 929:14, 929:21, 930:1, 930:4, 930:6, 930:13, 930:16, 931:1, 931:2, 933:6, 933:8, 933:11, 933:13, 933:20, 933:22, 936:21, 936:24

**Senate** [25] - 832:1, 834:7, 834:8, 834:16, 837:5, 838:2, 838:3, 838:4, 838:7, 838:9, 838:13, 844:13, 844:14, 846:23, 847:1, 847:9, 848:5, 854:23, 855:2, 855:10, 862:9, 871:4, 877:12, 877:18, 910:11

**senators** [10] - 834:13, 844:18, 891:19, 903:13, 903:22, 904:1, 904:3, 904:12, 904:15, 904:19

**send** [2] - 832:25, 861:19

**seniors** [1] - 867:10

**sense** [4] - 823:4, 824:17, 826:8, 854:10

**senses** [1] - 884:23

**sent** [6] - 833:17, 833:19, 886:24, 908:5, 908:6, 936:25

**sentence** [3] - 823:2, 823:12, 823:13

**sentences** [1] - 913:18

**sergeant** [1] - 836:21

**Sergeant** [2] - 832:1, 832:21

**Service** [11] - 830:3, 830:15, 830:16, 830:19, 830:24, 831:2, 831:13, 831:17, 832:16, 836:19, 836:24

**service** [1] - 858:3

**SESSION** [1] - 820:4

**session** [1] - 937:8

**set** [2] - 844:16, 849:22

**several** [4] - 853:13, 900:1, 918:4, 918:17

**shaking** [1] - 873:18

**sheet** [1] - 829:6

**sheets** [1] - 920:12

**shield** [1] - 926:14

**shift** [2] - 862:23, 891:15

**shins** [1] - 896:12

**shock** [3] - 870:12, 881:19, 881:22

**shoes** [1] - 873:18

**shortly** [3] - 822:10, 895:21, 902:23

**shot** [7] - 845:5, 845:14, 845:21, 845:22, 923:13, 923:19, 929:17

**shotgun** [1] - 894:5

**show** [8] - 834:22, 835:20, 865:10, 865:17, 900:25, 911:17, 912:19, 933:2

**showing** [2] - 850:15, 884:18

**shown** [3] - 833:2, 835:10, 844:19

**shows** [1] - 834:6

**side** [7] - 840:22, 872:15, 884:20, 886:16, 902:18, 917:1, 917:13

**side's** [2] - 894:7

**sidebar** [1] - 850:9

**sign** [2] - 835:24, 932:24

**signals** [2] - 880:5, 880:7, 880:10, 881:8, 933:25, 934:7, 934:8

**significant** [1] - 858:13

**signs** [9] - 835:13, 835:14, 835:15, 835:19, 835:25, 880:12, 932:21, 932:23, 935:22

**silver** [1] - 919:17

**similar** [4] - 855:7, 855:8, 857:14, 886:23

**simplest** [2] - 893:9, 893:13

**sisters** [1] - 857:19

**site** [1] - 836:24

**sitting** [1] - 897:14

**situation** [5] - 839:22, 843:9, 843:16, 869:20, 884:8

**skylight** [4] - 879:8, 930:10, 930:22, 932:3

**skylights** [1] - 880:2

**slate** [1] - 894:15

**slates** [1] - 861:19

**slide** [1] - 864:3

**slightly** [2] - 832:4, 916:23

**slow** [2] - 870:14, 870:15

**small** [2] - 871:1, 932:23

**social** [2] - 857:1, 905:3

**someone** [9] - 829:7, 876:17, 883:16, 885:20, 890:10, 890:18, 895:20, 914:20, 926:20

**sometime** [2] - 848:6, 864:10

**soon** [1] - 828:22

**sorry** [20] - 823:5, 824:23, 840:3, 860:16, 885:18, 887:21, 888:2, 895:6, 897:21, 902:16, 912:10, 913:12, 915:18, 922:14, 924:21, 928:12, 933:12, 934:25, 935:2, 936:22

**sort** [2] - 824:11, 826:1, 860:11, 884:14

**sound** [1] - 902:5

**sounds** [10] - 828:18, 828:24, 862:6, 892:13, 900:3, 900:5, 900:11, 903:16, 904:17, 909:19

**span** [1] - 861:3

**speakers** [1] - 902:18

**speaking** [5] - 899:4, 899:7, 902:2, 902:14, 902:16

**SPECIAL** [1] - 829:12

**special** [3] - 830:3, 840:11, 842:14

**Special** [3] - 830:14, 841:14, 843:5

**specialist** [1] - 858:8

**specialty** [1] - 858:5

**specific** [6] - 824:20, 824:24, 825:13, 851:6, 914:10, 917:20

**specifically** [7] - 828:8, 831:7, 844:3,

868:19, 903:20, 914:19, 926:25

**specify** [1] - 823:6

**speculate** [1] - 835:18

**speech** [13] - 860:23, 861:11, 861:14, 861:15, 864:16, 864:19, 865:25, 868:6, 884:19, 898:24, 899:1, 900:16, 903:4

**spent** [2] - 862:16, 864:11

**sprayed** [2] - 867:8, 869:16

**staff** [1] - 842:18

**stage** [1] - 840:24

**staged** [1] - 841:16

**stages** [1] - 841:3

**staircase** [8] - 844:16, 845:2, 845:16, 846:8, 846:21, 847:12, 847:15, 847:22

**stairs** [21] - 844:11, 844:17, 846:19, 917:23, 917:25, 918:1, 918:3, 918:5, 918:17, 919:5, 919:8, 919:11, 920:12, 921:19, 921:25, 922:6, 922:9, 922:10, 923:9, 923:15, 924:1

**stairwell** [2] - 846:5, 846:10

**stamp** [2] - 850:14, 852:17

**stand** [6] - 830:3, 830:4, 856:7, 919:22, 926:23, 927:3

**standing** [21] - 830:6, 837:24, 838:20, 841:22, 846:5, 874:11, 911:2, 916:10, 918:10, 920:11, 926:19, 928:20, 928:21, 931:3, 931:4, 931:5, 932:3, 934:3, 934:15, 935:21, 935:25

**stands** [2] - 875:16, 877:19

**start** [8] - 866:10, 897:22, 901:22, 907:22, 912:5, 912:6, 914:6, 919:14

**started** [8] - 841:20, 864:25, 865:7, 867:7, 874:7, 884:24,

902:24, 914:18

**starting** [14] - 822:6, 873:9, 874:19, 875:22, 877:21, 878:19, 883:24, 884:13, 887:2, 888:2, 888:10, 889:6, 929:21, 933:7

**state** [7] - 823:21, 831:5, 869:3, 904:13, 909:13, 912:15, 914:25

**statement** [6] - 899:17, 904:19, 913:5, 916:2, 916:7, 933:14

**statements** [9] - 825:13, 825:22, 826:2, 843:21, 898:16, 910:20, 915:8, 915:14, 933:17

**STATES** [4] - 820:1, 820:3, 820:11, 820:15

**States** [17] - 820:22, 822:3, 822:8, 822:20, 822:21, 830:2, 830:15, 831:6, 848:3, 848:5, 852:18, 858:2, 903:25, 909:6, 910:11, 916:11, 938:13

**states** [3] - 861:19, 901:9, 901:12

**stating** [1] - 847:20

**stationed** [2] - 831:7, 923:3

**statue** [1] - 876:17

**statues** [3] - 875:6, 875:13, 927:21

**status** [2] - 832:15, 840:24

**stay** [4] - 864:5, 864:19, 864:22, 878:11

**staying** [1] - 890:23

**Steal** [5] - 911:5, 915:5, 928:22, 929:2, 929:3

**steer** [1] - 903:12

**stenographic** [1] - 938:5

**step** [1] - 848:15

**steps** [6] - 831:22, 831:24, 834:9, 834:15, 834:16, 887:10

**still** [11] - 829:3, 860:5, 876:17, 884:24, 899:6, 914:4, 923:10, 923:23,

929:4, 935:19

**stood** [2] - 877:19, 892:15

**stop** [7] - 852:25, 880:18, 880:20, 884:22, 892:7, 914:8, 914:14

**Stop** [5] - 911:5, 915:5, 928:22, 929:2, 929:3

**story** [1] - 934:19

**streaming** [1] - 902:17

**Street** [2] - 820:16, 820:19

**street** [1] - 900:22

**strike** [3] - 823:2, 823:14

**striking** [1] - 822:25

**strongly** [1] - 859:14

**studies** [1] - 900:4

**stuff** [3] - 854:7, 878:16, 890:5

**stupid** [2] - 862:6, 892:13

**submit** [1] - 832:22

**submitted** [1] - 912:25

**substantive** [1] - 913:4

**suggest** [3] - 825:4, 825:14, 828:21

**suggesting** [1] - 824:8

**suggests** [1] - 822:25

**suit** [2] - 862:25, 863:2

**supervisor** [2] - 840:10, 843:18

**support** [2] - 884:18, 886:13

**supposed** [6] - 865:1, 867:24, 868:2, 868:4, 884:21, 890:4

**Supreme** [3] - 908:22, 908:25, 909:6

**surge** [1] - 889:18

**surprised** [1] - 920:4

**switch** [1] - 911:15

**SWORN** [2] - 830:7, 856:8

**synonymous** [1] - 900:6

**system** [1] - 909:7

---

**T**

---

**table** [1] - 872:13

**tactical** [5] - 880:7, 880:10, 880:12, 881:8, 934:8

**tactics** [1] - 858:13

**tall** [1] - 832:4

**taught** [1] - 880:12

**team** [1] - 836:24

**televised** [4] - 916:3, 916:4, 916:5, 916:8

**ten** [1] - 852:12

**Tenders** [1] - 828:9

**tenor** [1] - 886:2

**term** [2] - 822:19, 846:12

**terminology** [2] - 894:8, 895:18

**terms** [5] - 825:10, 827:6, 882:15, 886:2, 913:4

**terrace** [3] - 847:10, 873:1, 922:21

**terribly** [1] - 824:5

**testify** [7] - 826:19, 827:24, 828:24, 829:3, 829:4, 829:8, 910:11

**testifying** [2] - 826:22, 850:1

**testimony** [8] - 848:16, 848:24, 859:5, 904:2, 904:18, 929:4, 935:17, 935:21

**text** [5] - 898:12, 905:13, 907:4, 907:6, 909:10

**thankfully** [1] - 847:25

**THE** [112] - 820:1, 820:10, 820:14, 820:15, 820:18, 821:4, 821:8, 822:1, 822:2, 822:12, 822:15, 822:24, 823:7, 823:12, 823:17, 823:20, 824:2, 824:8, 824:14, 824:23, 825:2, 825:4, 825:19, 825:21, 825:24, 826:1, 826:11, 826:14, 826:16, 826:18, 826:22, 826:24, 827:9, 827:13, 827:15, 827:22, 828:2, 828:3, 828:4, 828:9, 828:13, 828:17, 828:24, 829:6, 829:11, 829:13, 829:17, 829:19, 829:22,

830:5, 833:4, 833:8, 833:10, 838:19, 838:20, 842:2, 845:24, 848:13, 848:15, 848:17, 848:19, 848:25, 849:3, 849:5, 849:9, 849:17, 849:19, 849:25, 850:3, 850:7, 850:21, 850:23, 852:2, 852:10, 852:20, 853:16, 853:20, 853:22, 853:24, 854:1, 854:11, 854:14, 854:17, 855:12, 855:15, 855:18, 855:21, 855:23, 856:1, 856:11, 864:2, 864:5, 864:6, 872:8, 872:13, 872:16, 872:18, 880:24, 892:22, 895:6, 895:8, 897:8, 901:18, 912:21, 913:1, 913:8, 913:14, 919:23, 924:9, 936:15, 936:23, 936:25

**theory** [2] - 826:12, 936:25

**theory-of-the-case** [1] - 826:12

**therefore** [1] - 834:14

**thereof** [1] - 909:24

**Thereupon** [4] - 827:20, 829:15, 850:4, 937:6

**they've** [1] - 853:13

**thief** [1] - 857:15

**thin** [1] - 894:23

**thinking** [6] - 869:4, 878:14, 892:13, 892:16, 894:22, 896:5

**third** [2] - 837:9, 838:8

**Thomas** [1] - 906:8

**thorough** [1] - 854:11

**thoroughly** [1] - 854:8

**thousands** [3] - 865:24, 923:21, 923:22

**threat** [1] - 839:1

**three** [4] - 832:15, 871:1, 882:3, 884:14

**three-inch** [1] - 871:1

**throughout** [2] -

954

862:8, 862:10
**throughs** [1] - 835:6
**throwing** [1] - 887:10
**thrown** [2] - 869:10, 909:2
**thumb** [1] - 827:7
**Thursday** [1] - 853:15
**Tim** [7] - 842:14, 843:6, 863:14, 872:24, 873:13, 889:16, 892:24
**time/date** [1] - 850:14
**timeframe** [1] - 860:23
**timeline** [1] - 824:12
**timestamp** [4] - 850:17, 850:19, 852:7, 873:9
**TIMOTHY** [2] - 820:6, 856:8
**Timothy** [6] - 821:9, 822:3, 822:14, 856:6, 911:21, 912:1
**today** [7] - 831:1, 848:16, 857:17, 904:2, 904:18, 911:25, 935:17
**together** [3] - 884:14, 933:10, 933:18
**Tom** [1] - 842:5
**ton** [1] - 896:22
**took** [13] - 837:8, 884:9, 886:23, 905:10, 915:8, 915:14, 918:17, 918:19, 919:5, 919:7, 921:21, 922:8, 928:18
**top** [11] - 887:10, 919:7, 921:19, 921:25, 922:5, 922:9, 923:9, 923:15, 924:1, 926:12, 931:4
**topic** [1] - 916:18
**touch** [1] - 845:9
**tourists** [1] - 932:19
**tours** [1] - 935:23
**towards** [7] - 839:2, 842:13, 845:7, 866:10, 879:14, 902:24, 930:10
**tower** [2] - 866:9, 923:6
**Township** [1] - 856:22
**tracking** [3] - 825:11, 850:16, 854:5
**training** [3] - 856:24,

858:14, 880:11
**transcript** [5] - 903:9, 911:18, 933:14, 938:5, 938:6
**TRANSCRIPT** [1] - 820:10
**transcripts** [1] - 879:22
**traveled** [1] - 863:7
**traveling** [1] - 847:12
**traverse** [1] - 847:22
**traversing** [1] - 838:6
**TREVOR** [1] - 820:10
**trial** [6] - 853:5, 853:10, 866:21, 887:13, 924:20, 924:22
**TRIAL** [1] - 820:10
**tried** [5] - 857:11, 863:8, 884:9, 905:2, 931:14
**trip** [1] - 890:11
**trouble** [3] - 864:4, 891:10, 896:13
**true** [6] - 895:3, 906:19, 907:2, 907:11, 938:4, 938:5
**Trump** [27] - 859:12, 860:11, 860:19, 860:22, 861:13, 865:2, 865:6, 865:10, 886:13, 898:22, 899:3, 899:9, 899:12, 900:16, 902:5, 902:14, 902:16, 904:6, 904:19, 907:14, 909:1, 909:15, 910:19, 910:20, 913:18, 922:5, 928:25
**Trump's** [3] - 864:16, 903:4, 909:6
**truth** [2] - 896:19, 913:7
**try** [3] - 854:18, 855:16, 905:12
**trying** [19] - 824:17, 825:17, 846:7, 850:18, 854:2, 855:5, 884:7, 884:11, 885:11, 885:20, 886:1, 890:21, 916:5, 931:9, 931:10, 931:11, 933:24, 934:4, 935:5
**turned** [2] - 843:12, 843:21
**TV** [1] - 923:6
**tweet** [3] - 911:3, 911:8, 914:20

**two** [9] - 824:16, 844:24, 845:5, 857:20, 868:19, 884:14, 900:23, 907:24, 929:15
**type** [2] - 839:22, 905:6
**types** [1] - 838:25
**typo** [1] - 823:21

## U

**U.S** [20] - 831:9, 831:12, 831:15, 831:25, 832:8, 834:9, 836:8, 836:17, 838:5, 842:6, 844:12, 844:18, 846:20, 851:4, 899:22, 899:25, 911:2, 915:9, 915:13
**unauthorized** [1] - 840:18
**under** [6] - 830:22, 834:14, 834:15, 834:16, 900:7, 932:3
**understood** [3] - 825:20, 826:9, 908:9
**unfaithful** [1] - 907:17
**unfortunately** [1] - 851:23
**uniform** [2] - 916:11, 934:12
**uniformed** [2] - 842:4, 918:14
**union** [2] - 858:22, 858:24
**UNITED** [4] - 820:1, 820:3, 820:11, 820:15
**united** [1] - 820:22
**United** [16] - 822:3, 822:8, 822:20, 822:21, 830:2, 830:15, 831:5, 848:3, 848:5, 852:18, 858:2, 903:25, 909:6, 910:11, 916:11, 938:13
**unless** [1] - 829:8
**unofficial** [1] - 852:18
**unquote** [1] - 846:10
**up** [77] - 824:17, 832:3, 836:2, 836:14, 837:9, 838:17, 839:10, 843:17, 843:25, 844:24, 847:16, 849:23,

852:14, 853:24, 854:4, 854:21, 854:24, 855:9, 856:9, 863:8, 864:3, 865:10, 865:17, 866:14, 868:20, 868:25, 869:5, 869:6, 869:22, 870:24, 871:6, 872:10, 873:3, 873:7, 880:18, 880:22, 881:9, 881:23, 885:11, 890:7, 891:10, 895:17, 896:14, 896:16, 898:4, 900:13, 903:17, 905:2, 907:19, 913:13, 913:23, 913:24, 916:25, 917:11, 917:12, 917:23, 917:25, 918:6, 918:17, 918:21, 919:12, 920:11, 921:21, 922:24, 924:1, 925:11, 926:12, 927:3, 929:12, 929:13, 930:9, 930:10, 930:17, 933:10, 934:18, 935:24
**upper** [1] - 884:3
**upset** [2] - 868:15, 868:16
**urgency** [2] - 843:9, 843:16
**USAfx** [3] - 850:12, 850:17, 853:15

## V

**validity** [1] - 859:19
**value** [1] - 881:19
**vantage** [1] - 925:24
**various** [3] - 825:22, 835:8, 867:8
**vehicle** [1] - 882:10
**verbal** [1] - 843:24
**verbiage** [1] - 835:17
**version** [5] - 851:13, 851:14, 851:24, 853:12, 933:3
**versions** [2] - 853:6, 853:14
**versus** [2] - 822:3, 913:4
**vests** [1] - 921:14
**via** [2] - 834:6, 834:13
**vice** [23] - 831:4,

831:14, 836:20, 836:23, 837:1, 837:22, 839:10, 841:4, 841:17, 842:8, 842:14, 843:4, 843:12, 843:15, 843:17, 843:22, 843:23, 846:13, 846:15, 846:18, 848:1, 861:21, 910:12
**Vice** [23] - 832:11, 832:18, 832:23, 833:18, 833:22, 834:4, 834:19, 836:7, 836:12, 836:14, 836:16, 837:4, 839:9, 839:11, 840:1, 840:5, 842:3, 842:11, 842:15, 844:15, 845:8, 845:11, 891:16
**video** [45] - 841:15, 844:24, 846:4, 847:16, 868:19, 870:16, 870:22, 878:25, 887:15, 898:9, 900:22, 901:5, 902:3, 902:7, 902:8, 902:10, 902:14, 902:23, 916:7, 916:13, 916:16, 917:16, 917:20, 919:5, 919:7, 919:11, 919:15, 920:21, 921:21, 922:1, 922:5, 923:16, 924:6, 924:7, 924:20, 924:22, 925:11, 926:3, 927:8, 928:10, 928:18, 929:12, 930:2, 930:7, 930:19
**videos** [9] - 849:23, 850:25, 851:1, 852:16, 855:2, 868:17, 868:18, 901:15, 929:15
**view** [1] - 922:15
**violently** [1] - 887:15
**visibility** [1] - 882:14
**visit** [6] - 831:5, 832:19, 832:21, 832:23, 833:1, 833:18
**visiting** [3] - 831:15, 831:17, 832:7
**Visitor** [8] - 927:1, 929:9, 929:16, 932:7, 932:14, 932:16, 932:18, 935:22
**visits** [2] - 831:16, 836:25
**voice** [3] - 897:23,

915:25, 916:1
**vote** [1] - 908:17
**vs** [1] - 820:5
**vulgar** [1] - 826:2
**vulnerable** [1] -
867:10

# W

**WADE** [1] - 830:7
**Wade** [6] - 821:5,
830:3, 830:5, 830:10,
830:14, 848:15
**wait** [4] - 865:10,
897:19, 897:22, 918:3
**waiting** [4] - 828:20,
855:22, 918:10,
920:11
**walk** [4] - 835:6,
865:19, 903:12,
903:21
**walk-throughs** [1] -
835:6
**walked** [3] - 865:21,
871:4, 875:8
**walking** [7] - 835:7,
865:23, 879:11,
879:14, 900:22,
902:24, 920:1
**wandered** [5] -
864:12, 864:13,
875:6, 878:10, 891:14
**wandering** [2] -
877:3, 878:14
**wants** [5] - 828:12,
828:15, 829:4, 829:5
**War** [1] - 906:13
**war** [3] - 892:25,
893:2, 894:14
**warnings** [1] -
880:13
**Washington** [8] -
820:6, 820:17,
820:24, 862:11,
864:14, 871:22,
900:2, 938:14
**wasteful** [1] - 855:11
**watch** [2] - 917:5,
917:16
**watched** [3] -
924:20, 924:22,
924:24
**watching** [2] -
872:24, 930:12
**water** [1] - 856:9
**Watts** [2] - 848:24,
932:18
**wave** [4] - 884:15,
926:23, 927:4, 931:14

**waved** [1] - 931:20
**waving** [6] - 874:13,
874:14, 923:23,
926:19, 932:3, 936:1
**ways** [2] - 829:2,
908:10
**weapons** [1] - 896:9
**wear** [1] - 863:2
**wearing** [5] - 895:17,
920:23, 921:10,
921:12, 921:14
**week** [3] - 853:14,
853:15, 861:4
**weeks** [1] - 860:4
**weird** [1] - 869:3
**welcome** [2] -
829:22, 856:1
**well-read** [1] -
905:11
**west** [8] - 847:10,
911:2, 915:9, 915:11,
915:13, 918:15,
922:15, 922:22
**West** [2] - 923:10,
923:17
**western** [3] - 873:1,
922:21, 923:11
**white** [2] - 845:6,
845:20
**whole** [1] - 882:24
**win** [2] - 861:14,
894:8
**window** [5] - 891:4,
924:18, 924:24,
925:2, 925:25
**Wing** [5] - 847:9,
854:23, 855:2,
855:10, 877:18
**wins** [1] - 909:17
**witness** [12] -
827:18, 829:11,
829:15, 830:1, 833:3,
833:4, 841:8, 844:20,
845:19, 848:18,
872:1, 880:21
**WITNESS** [8] -
830:7, 838:20, 842:2,
848:17, 856:8, 864:6,
880:24, 895:8
**WITNESSES** [2] -
821:4, 821:8
**witnesses** [1] - 898:7
**woman** [3] - 845:21,
845:23, 884:18
**women** [1] - 903:14
**won** [1] - 922:5
**words** [7] - 883:1,
903:7, 903:8, 903:10,
903:19, 904:17, 935:8
**works** [1] - 849:22

**worn** [1] - 934:11
**worried** [2] - 896:13,
896:18
**writings** [1] - 906:13

# Y

**years** [4] - 830:17,
830:18, 858:4, 882:3
**yelling** [1] - 934:9
**yesterday** [7] -
823:25, 848:24,
859:5, 869:8, 870:17,
896:8, 933:17
**YMCA** [1] - 902:22
**Yo** [1] - 934:4
**yourself** [15] -
830:12, 837:17,
863:11, 876:2, 878:3,
895:1, 915:8, 915:14,
917:17, 925:19,
926:14, 930:2, 930:7,
930:18, 930:19
**yourselves** [1] -
822:6